**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:

KLUBER SKAHAN + ASSOCIATES, INC.

v.

CORDOGAN, CLARK & ASSOC., INC., an Illinois corporation, and JEYEONG KIM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KLUBER SKAHAN +ASSOCIATES, INC.

| NAME (Type or print) |
|---|
| Ellen K. Emery |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ellen K. Emery |
| FIRM |
| Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. |
| STREET ADDRESS |
| 140 South Dearborn Street, Suite 600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183693 | (312) 782-7606 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐