## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 08 C 1529

KLUBER SKAHAN + ASSOCIATES, INC., an Illinois Corp.
v.
CORDOGAN, CLARK & ASSOC., INC., an Illinois Corp. and
JEYEONG KIM, an Individual

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Cordogan, Clark & Assoc., Inc. and Jeyeong Kim

| |
|---|
| NAME (Type or print)<br>Anthony J. Ashley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anthony J. Ashley |
| FIRM<br>Vedder Price, P.C. |
| STREET ADDRESS<br>222 N. La Salle Street, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209519 | TELEPHONE NUMBER<br>(312) 609-7500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |
|---|

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing Appearance for Anthony J. Ashley to be served upon:

Derke J. Price
Ellen K. Emery
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603

by electronic means on March 27, 2008.

                                                        s/ Anthony J. Ashley