IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLUBER SKAHAN + ASSOCIATES, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORDOGAN, CLARK & ASSOC., INC.<br>and JEYEONG KIM,<br><br>　　　　　Defendants. | No. 08 C 1529<br><br>Judge: Judge James B. Zagel<br>Magistrate Judge Nolan |

## NOTICE OF MOTION

To:　Derke J. Price
　　　Ellen K. Emery
　　　Ancel, Glink, Diamond, Bush, DiCianni
　　　& Krafthefer, P.C.
　　　140 South Dearborn Street, Sixth Floor
　　　Chicago, Illinois 60603

　　　On April 15, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Motion for Leave to File *Instanter* Memorandum in Excess of 15 Pages in Support of Defendants' Motion to Dismiss Complaint.

　　　　　　　　　　　　　　　　　　　　　　　　CORDOGAN, CLARK & ASSOC., INC.
　　　　　　　　　　　　　　　　　　　　　　　　and JEYEONG KIM

　　　　　　　　　　　　　　　　　　　　　　　　By: s/ Anthony J. Ashley
　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Anthony J. Ashley
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated: April 7, 2008

## **CERTIFICATE OF SERVICE**

The undersigned certifies that true and correct copies of the foregoing were served on

Derke J. Price
Ellen K. Emery
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603

via electronically on April 7, 2008.

s/ Anthony J. Ashley