**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kluber Skahan + Associates, Inc.

                                Plaintiff,

v.                                                          Case No.: 1:08−cv−01529
                                                                Honorable James B. Zagel

Cordogan, Clark & Assoc. , Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

    MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 4/15/2008 regarding motion to dismiss[12]. Motion for leave to file [14] response to motion to dismiss[12]or an amended complaint by 6/3/2008 is granted. Status hearing set for 6/17/2008 at 10:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.