UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLUBER SKAHAN & ASSOCIATES, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) No. 08-C-1529 ) |
| v. | ) Judge Zagel ) |
| CORDOGAN, CLARK & ASSOC., INC., an Illinois corporation, and JEYEONG KIM, an individual, | ) Magistrate Judge Nolan ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
ADDITIONAL ATTORNEY APPEARANCE FORMS**

Pursuant to Local Rule 83.17 of the Local Rules for the Northern District of Illinois, Plaintiff KLUBER SKAHAN & ASSOCIATES, INC. ("KS+A") respectfully moves this court for leave to file additional attorney appearance forms. In support of this motion, KS+A states as follows:

1. KS+A filed the present action on March 14, 2008 and will file on June 3, 2008 its First Amended Complaint against Defendants Cordogan, Clark & Assoc., Inc. and Jeyeong Kim.

2. KS+A has recently retained Joseph V. Norvell and Joseph T. Kucala, Jr. of the law firm Norvell IP LLC to represent KS+A in this lawsuit. The attorney appearance forms for Messrs. Norvell and Kucala are attached hereto as Exhibit A. Messrs. Norvell and Kucala will act as co-counsel in this lawsuit.

3. KS+A requests that the Court grant it leave to file these additional attorney appearance forms.

4. There is no prejudice to Defendants in granting this motion.

WHEREFORE, KS+A prays for entry of an order granting this motion and allowing KS+A to file, instanter, the additional attorney appearance forms attached hereto as Exhibit A.

Dated: June 3, 2008                Respectfully submitted,

                                     By: /s/ Joseph T. Kucala, Jr. on behalf of Joseph V. Norvell
                                     Joseph V. Norvell (6225747)
                                     Joseph T. Kucala, Jr. (6275312)
                                     Norvell IP LLC
                                     1776 Ash Street
                                     Northfield, IL 60093
                                     Tel: 847-809-2212
                                     Fax: 312-268-5063
                                     jkucala@norvellip.com

                                     Derke J. Price (6198737)
                                     Ellen K. Emery (6183693)
                                     Ancel, Glink, Diamond, Bush, DiCanni & Krafthefer, P.C.
                                     140 South Dearborn Street, Sixth Floor
                                     Chicago, Illinois  60603
                                     Tel: 312-782-7606
                                     Fax: 312-782-0943

                                     ATTORNEYS FOR PLAINTIFF
                                     KLUBER SKAHAN + ASSOCIATES, INC.

# Exhibit A

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-1529 |
|---|---|

KLUBER SKAHAN & ASSOCIATES, INC.,
Plaintiff
v.
CORDOGAN, CLARK & ASSOC., INC. &
JEYEONG KIM, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Kluber Skahan & Associates, Inc.

| NAME (Type or print) |
|---|
| Joseph V. Norvell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /jvnorvell/ |

| FIRM |
|---|
| Norvell IP llc |

| STREET ADDRESS |
|---|
| 1776 Ash Street |

| CITY/STATE/ZIP |
|---|
| Northfield, Illinois 60093 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6225747 | 847-809-2212 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-1529 |
|---|---|
| KLUBER SKAHAN & ASSOCIATES, INC., Plaintiff  v.  CORDOGAN, CLARK & ASSOC., INC. & JEYEONG KIM, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Kluber Skahan & Associates, Inc.

| NAME (Type or print) |
|---|
| Joseph T. Kucala, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /Joseph T. Kucala, Jr./ |
| FIRM |
| Norvell IP llc |
| STREET ADDRESS |
| 1776 Ash Street |
| CITY/STATE/ZIP |
| Northfield, Illinois 60093 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275312 | 630-453-8380 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐