**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-1529

KLUBER SKAHAN & ASSOCIATES, INC.,
Plaintiff
v.
CORDOGAN, CLARK & ASSOC., INC. &
JEYEONG KIM, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Kluber Skahan & Associates, Inc.

| | |
|---|---|
| NAME (Type or print) Joseph T. Kucala, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ /Joseph T. Kucala, Jr./ | |
| FIRM Norvell IP llc | |
| STREET ADDRESS 1776 Ash Street | |
| CITY/STATE/ZIP Northfield, Illinois 60093 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6275312 | TELEPHONE NUMBER 630-453-8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |