**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-1529 |
|---|---|

KLUBER SKAHAN & ASSOCIATES, INC.,
Plaintiff

v.

CORDOGAN, CLARK & ASSOC., INC. &
JEYEONG KIM, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Kluber Skahan & Associates, Inc.

| NAME (Type or print) |
|---|
| Joseph V. Norvell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /jvnorvell/ |

| FIRM |
|---|
| Norvell IP llc |

| STREET ADDRESS |
|---|
| 1776 Ash Street |

| CITY/STATE/ZIP |
|---|
| Northfield, Illinois 60093 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6225747 | 847-809-2212 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐