# Exhibit A




# PULL STATION MOUNTING DETAIL

**SCALE: N.T.S.**




PENDANT DOUBLE
CLUSTER MTD.




PENDANT MTD.

NOTE:

1. VERIFY EXACT MOUNTING HEIGHT WITH ARCHITECT PRIOR TO INSTALLATION.

2. COLOR SELECTED BY ARCHITECT.

3. PROVIDE REMOTE BALLAST.

4. PROVIDE ALL MOUNTING HARDWARE AS NECESSARY.

# POOL LIGHTING MTD. DETAIL

**SCALE: N.T.S.**

-

CONTROL RELAY FUNCTION

| | |
|---|---|
| CR1 | RECALL TO ALTERNATE LEVEL |
| CR2 | RECALL TO DESIGNATED LEVEL |
| CR3 | ANNUNCIATION AT CONTROL UNIT AND REQUIRED REMOTE |
| CR4 | ELEVATOR POWER SHUTDOWN |




NOTE:

1. HEAT DETECTOR SHALL BE PLACED WITHIN 2ft OF SPRINKLER HEAD.
2. HEAT DETECTOR SHALL HAVE BOTH A LOWER TEMP. RATING AND A LOWER RESPONSE TIME INDEX. (FIXED 135°F, 40 ft OR HIGHER LISTED SPACING)
3. ELEVATOR SHUTDOUN SHALL COMPLY WITH ANSI/ASME A17.1–1998, RULE 102.2(C).

# ELEVATOR RECALL DETAIL

-

**SCALE: N.T.S.**




# MAIN SERVICE GROUNDING DETAIL

-

**SCALE: N.T.S.**




# ELECTRICAL WATER COOLER OUTLET DETAIL

-

**SCALE: N.TS.**




## ELECTRICAL ONE LINE DIAGRAM 3

**SCALE: N.T.S.**




## ELECTRICAL ONE LINE DIAGRAM 2

SCALE: N.T.S.




**ELECTRICAL ONE LINE DIAGRAM - SERVICE NO. 1**
SCALE: N.T.S.




# BUILDING STEEL GROUNDING DETAIL

**SCALE: N.T.S.**

-




# MAIN WATER GROUNDING DETAIL

-

**SCALE: N.T.S.**




# TYP. TELE/DATA STUB-UP DETAIL

**SCALE: N.TS.**

-




TYPICAL WALL PENETRATION

NOTES:

1. NEATLY CORE ALL MASONRY AND BLOCK WALLS.
2. RIGIDLY SUPPORT ALL RACEWAYS.
3. PROVIDE FIRE BARRIER CAULK AT FLOOR, CORRIDOR AND FIRE SEPARATION WALLS.

# TYP. WALL PENETRATION DETAIL

**SCALE: N.TS.**

-




TYPICAL FLOOR PENETRATION

NOTES:

1. NEATLY CORE ALL MASONRY AND BLOCK WALLS.
2. RIGIDLY SUPPORT ALL RACEWAYS.
3. PROVIDE FIRE BARRIER CAULK AT FLOOR, CORRIDOR AND FIRE SEPARATION WALLS.

# TYP. FLOOR PENETRATION DETAIL

**SCALE: N.TS.**

-




# A/V MOUNTING DETAIL

**SCALE: N.T.S.**

-




DUCT HOUSING PLACEMENT




INLET TUBE ORIENTATION

NOTE:

1. PROVIDE DUCT SMOKE DETECTORS FOR EACH MAIN SUPPLY & RETURN BRANCH DUCTS. SUPPLY SIDE DETECTORS SHALL BE LOCATED ON DOWNSTREAM SIDE OF FILTERS. ALL DETECTOR LOCATION SHALL BE MINIMUM 6 DUCT WIDTHS AWAY FROM ANY INLET,TURN, OR ANY OTHER TURBULENCE CAUSING OBSTRUCTION.

2. PROVIDE REMOTE TEST SWITCH & REMOTE INDICATOR FOR EACH DUCT SMOKE DETECTOR. REMOTE INDICATOR SHALL BE MOUNTED IN A CLEARLY VISIBLE LOCATION, AND SHALL BE BE REALILY ACCESSIBLE FOR MAINTENANCE AND TESTING. VERIFY EXACT LOCATION IN FIELD.

# DUCT SMOKE MOUNTING DETAIL

-

**SCALE: N.T.S.**




# DUCT BANK DETAIL

**SCALE: NTS**

-




# GYM. LIGHTING MOUNTING DETAIL

**SCALE: NTS**

-

# Exhibit B

## ABBREVIATIONS

| SYMBOL | DESCRIPTION |
|---|---|
| **A** | |
| A | AMPS |
| AF | AMPERE FRAME/AMPERE FUSE |
| AFF | ABOVE FINISHED FLOOR |
| AHU | AIR HANDLING UNIT |
| AIC | AMPERE INTERRUPTING CURRENT |
| AT | AMPERE TRIP |
| ATS | AUTOMATIC TRANSFER SWITCH |
| AWG | AMERICAN WIRE GAGE |
| **B** | |
| BKR | BREAKER |
| BOL | BUILT-IN OVERLOAD |
| BWE | BAKED WHITE ENAMEL |
| BTU | BRITISH THERMAL UNIT |
| **C** | |
| C | CONDUIT |
| CATV | CABLE TELEVISION SYSTEM |
| C/B | CIRCUIT BREAKER |
| CCTV | CLOSED CIRCUIT TELEVISION |
| CKT | CIRCUIT |
| CU | COPPER |
| **D** | |
| DPDT | DOUBLE-POLE, DOUBLE-THROW |
| DPST | DOUBLE-POLE, SINGLE-THROW |
| DS | DOWNSPOUT |
| **E** | |
| EBH | ELECTRIC BASEBOARD HEATER |
| EC, E.C | ELECTRICAL CONTRACTOR |
| ECH | ELECTRIC CABINET HEATER |
| EF | EXHAUST FAN |
| EM | EMERGENCY |
| EMT | ELECTRICAL METALLIC TUBING |
| EWC | ELECTRIC WATER COOLER |
| EWH | ELECTRIC WATER HEATER |
| **F** | |
| F | FUSED |
| FAAP | FIRE ALARM ANNUNCIATOR PANEL |
| FACP | FIRE ALARM CONTROL PANEL |
| FC | FUSE CLIP SIZE |
| FPB | FAN POWERED BOX |
| FBO | FURNISHED BY OTHERS |
| FLA | FULL LOAD AMPS |
| FLR | FLOOR |
| FPC | FIRE PROTECTION CONTRACTOR |
| FS | FLOAT SWITCH |
| FVNR | FULL-VOLTAGE, NON-REVERSING |
| **G** | |
| GC | GENERAL CONTRACTOR |
| GFI | GROUND FAULT CIRCUIT INTERRUPTER |
| GRD | GROUND |
| GRS | GALVANIZED RIGID STEEL |
| **H** | |
| HOA | HAND-OFF-AUTOMATIC |
| HP | HORSEPOWER |
| HPS | HIGH PRESSURE SODIUM |
| HVAC | HEATING AND VENTILATING CONTRACTOR |
| HWGC | HEAVY WALL GALVANIZED CONDUIT |
| **I** | |
| IDF | INTERMEDIATE DISTRIBUTION FRAME |
| IG | ISOLATED GROUND |
| INC | INCANDESCENT |
| INT | INTEGRAL |
| IR | IN ROOM |
| IU | IN UNIT |
| **J** | |
| JB | JUNCTION BOX |
| **K** | |
| Kcmil | 1000 CIRCULAR MILS |
| KV | KILOVOLT |
| KVA | KILOVOLT-AMPS |
| KVAR | KILOVOLT-AMPS REACTIVE |
| KW | KILOWATT |
| KWH | KILOWATT-HOUR |
| **L** | |
| LP | LOW PRESSURE |
| LV | LOW-VOLTAGE |
| LVT | LOW-VOLTAGE THERMOSTAT |
| **M** | |
| MAG | MAGNETIC MOTOR STARTER |
| MAN | MANUAL MOTOR STARTER W/THERMAL OVERLOAD PROTECTION |
| MC | MECHANICAL CONTRACTOR |
| MCA | MAXIMUM CURRENT AMPACITY |
| MCB | MAIN CIRCUIT BREAKER |
| MCC | MOTOR CONTROL CENTER |
| MD | MOTORIZED DAMPER |
| MDF | MAIN DISTRIBUTION FRAME |
| MDP | MAIN DISTRIBUTION PANEL |
| MFR | MANUFACTURER |
| MH | METAL HALIDE |
| MLO | MAIN LUG ONLY |
| MOCP | MINIMUM OVERCURRENT PROTECTION |
| MS | MANUAL SWITCH |
| MSBD | MAIN SWITCH BOARD |
| MTD | MOUNTED |
| MUA | MAKE-UP AIR UNIT |
| **N** | |
| N/A | NOT APPLICABLE |
| N.C. | NORMALLY CLOSED |
| NF | NON-FUSED |
| N.I.C. | NOT IN CONTRACT |
| NL | NIGHT LIGHT |
| N.O. | NORMALLY OPEN |
| N.T.S., NTS | NOT TO SCALE |
| NU | NEAR UNIT |
| **O** | |
| O.H | OVERHEAD |
| OU | ON UNIT |
| OCPD | OVERCURRENT PROTECTION DEVICE |
| **P** | |
| PB | PUSH BUTTON |
| PDU | POWER DISTRIBUTION UNIT |
| PH | PHASE |
| PNL | PANEL |
| PROWIDE | FURNISHED, INSTALLED, WIRED AND CONNECTED COMPLETE BY CONTRACTOR |
| PVC | POLYVINYL CONDUIT |
| PW | PRE-WIRED |
| **Q** | |
| QTY | QUANTITY |
| **R** | |
| REQ'D | REQUIRED |
| RTU | ROOF TOP UNIT |

| SYMBOL | DESCRIPTION |
|---|---|
| **S** | |
| SC | SEPARATE CIRCUIT |
| SD | SMOKE DETECTOR |
| SF | SQUARE FEET |
| SPDT | SINGLE-POLE, DOUBLE-THROW |
| SPST | SINGLE-POLE, SINGLE-THROW |
| SS | STAINLESS STEEL |
| SW | SWITCH |
| SWBD | SWITCHBOARD |
| **T** | |
| T | THERMOSTAT |
| TELE | TELEPHONE |
| TC | TIME CLOCK |
| TCP | TEMPERATURE CONTROL PANEL |
| TS | TOGGLE SWITCH |
| TTB | TELEPHONE TERMINAL BOARD |
| TTC | TELEPHONE TERMINAL CABINET |
| TWU | THRU WALL AIR CONDITIONING UNIT |
| TYP | TYPICAL |
| **U** | |
| UG | UNDERGROUND |
| UH | UNIT HEATER |
| UL | UNDERWRITERS LABORATORIES, INC |
| U.N.O | UNLESS NOTED OTHERWISE |
| UM | UNIT MANUFACTURER |
| UPS | UNINTERRUPTIBLE POWER SUPPLY |
| **V** | |
| V | VOLT |
| VA | VOLT-AMPERES |
| VAC | VOLT ALTERNATING CURRENT |
| VAV | VARIABLE AIR VOLUME |
| VFD | VARIABLE FREQUENCY DRIVE |
| **W** | |
| W | WATT |
| W/ | WITH |
| W/O | WITHOUT |
| WG | WIRE GUARD |
| WP | WEATHER PROOF |
| **X** | |
| X | EXISTING EQUIPMENT |
| XFMR | TRANSFORMER |
| XP | EXPLOSION-PROOF |
| **MISCELLANEOUS** | |
| 2-SP | TWO SPEED |

THIS IS A MASTER LEGEND AND NOT ALL SYMBOLS, ABBREVIATIONS, ETC. ARE NECESSARILY USED IN THIS PROJECT.

## ELECTRICAL SYMBOL'S LIST

(SYMBOL: CEILING | WALL | FLOOR — DESCRIPTION)

### LUMINARIES

- 2X4 FLUORESCENT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE. SHADING=NIGHT LIGHT
- 2X2 FLUORESCENT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE. NIGHT LIGHT AND EMERGENCY FIXTURE.
- FIXTURE WITH NORMAL/EMERGENCY LIGHTING TRANSFER DEVICE. SEE LIGHTING FIXTURE SCHEDULE.
- 4' FLUORESCENT INDIRECT FIXTURE TYPE. SEE LIGHT FIXTURE SCHEDULE.
- 4' FLUORESCENT STRIP FIXTURE TYPE. SEE LIGHT FIXTURE SCHEDULE. A= FIXTURE TYPE, 2= CIRCUIT ASSIGNMENT, a=SWITCH LEG
- DOWN LIGHT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE.
- TRACK LIGHT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE.
- WALL MTD. FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE
- SELF CONTAINED EMERGENCY BATTERY PACK W/ BATTERY BACK-UP SEE LIGHTING FIXTURE SCHEDULE
- LED EXIT SIGN. ARROWS AS INDICATED. SEE LIGHTING FIXTURE SCHEDULE. WG= WIRE GUARD, PG= PLEXIGLASS SHIELD
- EM/EXIT COMBO UNIT. SEE LIGHTING FIXTURE SCHEDULE
- SINGLE POLE TOGGLE SWITCH. 15A OR 20A AS REQUIRED. 120/277V a=SWITCHING CONTROL, P=PILOT LIGHT, K=KEYED SW., LV=LOW VOLTAGE
- 3-WAY TOGGLE SWITCH. 15A OR 20A AS REQUIRED. 120/277V 3=3 WAY DIMMER
- LIGHTING CONTROL DIMMER SWITCH. SIZE AS INDICATED
- MOMENTARY CONTACT SWITCH
- THERMAL OVERLOAD SWITCH
- DOCK LIGHT

### WIRING DEVICES & OUTLETS

- SPECIAL PURPOSE SINGLE RECEPTACLE. @18"AFF MATCH CONFIGURATION TO EQUIPMENT.
- DUPLEX RECEPTACLE. 20A 125V 2P 3W GRD. NEMA5-20R. @18"AFF D=DEDICATED CIRCUIT. 'I' =MTD. @48"AFF, OR @6" ABOVE COUNTER.
- GFCI(GROUND FAULT CIRCUIT INTERRUPTER) PROTECTED RECEPTACLE. WP=WEATHER PROOF. 20A 125V 2P 3W GRD. NEMA5-20R. @18"AFF
- GFCI(GROUND FAULT CIRCUIT INTERRUPTER) PROTECTED RECEPTACLE MTD. @48"AFF, OR @6" ABOVE COUNTER
- ISOLATED GROUND(IG) RECEPTACLE. @18"AFF 20A 125V 2P 3W GRD. NEMA5-20R OR AS SPECIFIED
- DOUBLE DUPLEX RECEPTACLE. @18"AFF 20A 125V 2P 3W GRD. NEMA5-20R.
- DUPLEX RECEPTACLE W/ VIDEO OUTLET IN 2-GANG JBOX. REFER TO VIDEO OUTLET DETAIL. 20A 125V 2P 3W GRD. NEMA5-20R. @96"AFF
- FURNITURE RECEPTACLE. COORDINATE WITH FURNITURE OR CABINET MANUFACTURER. 20A 125V 2P 3W GRD. NEMA5-20R OR AS SPECIFIED
- TAMPER PROOF DUPLEX RECEPTACLE. 20A 125V 2P 3W GRD @18" AFF D=DEDICATED CIRCUIT. 'I' =MTD. @48"AFF, OR @6" ABOVE COUNTER
- CEILING RECEPTACLE, DROP CORD, OR CORD REEL AS NOTED.
- TELEPHONE OUTLET @18"AFF. REFER TO COMMUNICATION OUTLET DETAIL. W=PUBLIC WALL PHONE @54"AFF 2V= 2 PHONE JACKS. =6" ABOVE COUNTER
- COMMUNICATIONS OUTLET @18"AFF. REFER TO COMMUNICATION OUTLET DETAIL. B = BLANK JACK, AV= AUDIO/VISUAL JACK, MIC= MICROPHONE JACK = 6" ABOVE COUNTER, AUX = AUX CONNECT.
- FLUSH MTD FLOOR BOX AND RECEPTACLE. (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER)
- STAINLESS STEEL PEDESTAL MTD FLOOR BOX AND RECEPTACLE (SEE FLOOR PLANS FOR RECEPTACLE TYPE - I.E. GFI, SPECIAL, ETC.)
- FLUSH MTD. FLOOR BOX AND TELE/DATA OUTLET (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER)
- MULTI SERVICE CAST IRON RECESSED FLOOR BOX. (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER)
- POKE THRU POWER. (SERVICE FITTING SELECTED BY ARCHITECT/OWNER)
- POKE THRU TELE/DATA (SERVICE FITTING SELECTED BY ARCHITECT/OWNER)
- POKE THRU COMBINATION POWER AND DATA (SEE PLANS FOR EXACT CONFIGURATIONS - SERVICE FITTING SELECTED BY ARCHITECT/OWNER)
- SPECIAL PURPOSE OUTLET. NEMA SIZE AS NOTED. PD = PEDESTAL MOUNTED, STAINLESS STEEL ENCLOSURE
- POWER CONNECTION FOR OPTHALMOSCOPE. COORDINATE EXACT MOUNTING HEIGHT AND WIRING REQUIREMENTS WITH EQUIPMENT
- MULTI-CHANNEL SURFACE RACEWAY @48"AFF OR @6" ABOVE COUNTER. RUN LENGTH AS SHOWN ON PLANS W/RECEP. 6" ON CENTER, U.N.O
- ELECTRIC BASEBOARD HEATER
- SCIENCE STATION. COMBINATION AC/DC OUTLET AND JACKS. FIXED AND VARIABLE CIRCUITS AS INDICATED.
- JUNCTION BOX
- HAND DRYER. PROVIDE TOGGLE 30A/1P DISCONNECT SWITCH ABOVE ACCESSIBLE CEILING.
- PULL BOX. SIZE AS NOTED.
- POWER/TELEPHONE/DATA POLE OR MULTI CHANNEL METAL RACEWAY VERTICAL RUN. REFER TO DRAWINGS & DETAILS.
- ELECTRICALLY HELD LIGHTING CONTACTOR. SIZE, COIL VOLTAGE, AND NUMBER OF POLES AS INDICATED.
- ELECTRONIC TIME CLOCK.
- PHOTOCELL.
- FLEXIBLE CONDUIT CONNECTION.
- WIRING IN CONDUIT CONCEALED ABOVE CEILING, IN WALL AND UNDER FLOOR OR UNDERGROUND.
- BRANCH CIRCUIT WIRING (CONDUIT) HOMERUN TO PANEL. ONE ARROW PER HOMERUN. SLASHES INDICATE NUMBER OF CONDUCTORS.
- INDICATES GROUND CONDUCTOR.
- INDICATES ISOLATED GROUND CONDUCTOR

### POWER EQUIPMENT & DEVICES

- MANUAL MOTOR STARTER OR 1P DISCONNECT SWITCH WITH THERMAL OVERLOAD PROTECTION
- SPEED CONTROL SWITCH FURNISHED BY MECHANICAL CONTRACTOR, INSTALLED AND WIRED BY ELECTRICAL CONTRACTOR.
- UP/DOWN/STOP PUSHBUTTON CONTROL STATION
- SAFETY SWITCH. N=NON-FUSED (AMPS/POLES/ENCLOSURE) F=FUSED (AMPS/FUSE/POLES/ENCLOSURE).
- MAGNETIC MOTOR STARTER. NEMA SIZE AS NOTED
- COMBINATION MAGNETIC MOTOR STARTER AND FUSED DISCONNECT SW (AMPS/FUSE/POLES/NEMA SIZE).
- MOTOR. HP= HORSE-POWER RATING
- ELECTRIC HEAT OUTLET
- RED MUSHROOM BUTTON FOR EMERGENCY SHUT-DOWN OF EQUIPMENT PUSH OFF, KEY REQUIRED TO TURN BACK ON
- PANEL 240V & BELOW.
- PANEL ABOVE 240V.
- TRANSFORMER. TYPE AND RATINGS ARE AS SHOWN
- GENERATOR REMOTE ANNUNCIATOR PANEL.
- EQUIPMENT CONTROL PANEL
- CEILING FAN

### FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

- FIRE ALARM CONTROL PANEL
- FIRE ALARM ANNUNCIATOR PANEL
- FIRE ALARM NOTIFICATION APPLIANCE CIRCUIT BOOSTER PANEL
- FIRE ALARM PULL STATION @48"AFF
- FIRE ALARM STROBE LIGHT. NUMBER INDICATES CANDELA LEVEL (110cd UNLESS NOTED OTHERWISE) @80"AFF
- FIRE ALARM HORN/STROBE COMBINATION. @80"AFF NUMBER INDICATES CANDELA LEVEL (110cd UNLESS NOTED OTHERWISE)
- SMOKE DETECTOR. E=ELEVATOR RECALL
- HEAT DETECTOR. NUMBER=TEMP. RATING. RR=RATE OF RISE
- FIRE ALARM DUCT SMOKE DETECTOR WITH FAN SHUT DOWN RELAY.
- REMOTE INDICATING LIGHT WITH TEST SWITCH
- PROGRAMMABLE FAN SHUT DOWN RELAY.
- SPRINKLER ALARM FLOW SWITCH. FURNISHED BY DIV 15, WIRED BY E.C
- SPRINKLER ALARM TAMPER SWITCH. FURNISHED BY DIV 15, WIRED BY E.C
- MONITOR/CONTROL MODULE. S=SINGLE POINT MONITOR MODULE, D=DUAL POINT, C=CONTROL MODULE.
- MAGNETIC DOOR HOLDER FOR FIRE ALARM SYSTEM. W=WALL, F=FLOOR.
- SPRINKLER BELL. WP=WEATHER PROOF
- END OF LINE RESISTOR.
- FIRE FIGHTERS HAT.
- ANSUL SYSTEM

### SECURITY & SIGNALING SYSTEM

- CCTV CAMERA. WP=WEATHER PROOF
- SECURITY MONITOR
- MOTION SENSOR. B=BROAD BEAM, L=LONG RANGE BEAM.
- PANIC BUTTON. D=DESK, W=WALL, F=FLOOR.
- AUTOMATIC DOOR OPENER. WP=WEATHER PROOF.
- DOOR PROCESSING UNIT
- SECURITY CONTROL PANEL "MAIN BRAIN"
- PROXIMITY READER. DOUBLE GANG JUNCTION BOX WITH SINGLE GANG PLASTER RING AND 3/4"C TO INDOOR ACCESSIBLE CEILING SPACE
- MAGNETIC DOOR CONTACT SWITCH.
- ELECTRIC DOOR STRIKE
- DOOR BELL/CHIME/BUZZER
- LOW VOLTAGE TRANSFORMER
- KEY PAD
- DOOR RELEASE BUTTON
- BELL

### INTERCOM, CLOCK, & SOUND SYSTEM

- PA/CLOCK SYSTEM CLOCK. D=DOUBLE FACE
- PA/CLOCK SYSTEM SPEAKER. L=LOUD SPEAKER, WP=WEATHER PROOF
- PA/CLOCK SYSTEM VOLUME CONTROL
- MICROPHONE JACK
- LOCAL SOUND SYSTEM SPEAKER.
- POWER SUPPLY.
- AMPLIFIER.
- SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F. ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET
- SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F. ROUTE 3/4"C FROM JUNCTION BOX TO SOUND SYSTEM CABINET.
- DUAL GANG WALL BOX FOR REMOTE CONTROL +45" A.F.F. ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET
- AUDIO/VISUAL OUTLET WITH 1" CONDUIT STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING. COORDINATE EXACT SIZE OF JUNCTION BOX WITH VOICE/DATA CONTRACTOR
- AUDIO/VISUAL JUNCTION BOX

### TELE/DATA, VIDEO SYSTEM

- TV OUTLET WITH 3/4"C. STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING. REFER TO TELE/DATA OUTLET DETAIL
- ANTENNA OUTLET
- INTERMEDIATE DISTRIBUTION FRAME.
- MAIN DISTRIBUTION FRAME
- PHONE DISTRIBUTION CABINET
- PLYWOOD TELEPHONE TERMINAL BOARD. SIZE AS SHOWN.
- FREE STANDING LOW VOLTAGE RACK
- CABLE RUNWAY

### NURSE CALL

- EMERGENCY PUSH-BUTTON
- STAFF STATION
- MASTER STATION
- DOME LIGHT
- ZONE DOME LIGHT

### DEMOLITION

| SYMBOL | DESCRIPTION |
|---|---|
| N | NEW DEVICE OR EQUIPMENT |
| R | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE DEMOLISHED COMPLETE INCLUDING BRANCH CIRCUITRY TO SOURCE |
| RR | REMOVED & REPLACED EXISTING EQUIPMENT WITH NEW AS SPECIFIED. |
| X | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO REMAIN. (CIRCUIT # = REROUTE EXISTING CIRCUIT TO NEW CIRCUIT NUMBER) |
| XR | EXISTING ELECTRICAL OUTLET OR EQUIPMENT RELOCATED. (NEW LOCATION) |
| XRR | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE REMOVED & RELOCATED(OLD LOCATION) |

### MISCELLANEOUS

- HVAC EQUIPMENT IDENTIFICATION (RTU 1)
- KEYNOTE IDENTIFICATION (16.01)
- DETAIL IDENTIFICATION (1 = DETAIL NUMBER, E7.1 = DRAWING NUMBER)

### MOUNTING HEIGHT

| | |
|---|---|
| FIRE ALARM PULL STATION | 48" |
| STROBES | 80" |
| FIRE ALARM BELLS(EXTERIOR) | 12'-0" |
| FACP & FAAP | 48" |
| EXIT SIGNS(BOTTOM) | 80" |
| TV OUTLET | 18" |
| INTERCOM | 48" |
| PHOTOCELL | 12'-0" |
| RECEPTACLE(CENTERLINE) | 18" |
| RECEPTACLE(EXTERIOR) | 24" |
| RECEPTACLE(WAREHOUSE) | 30" |
| TELEPHONE OUTLET(PUBLIC) | 54" |
| TELEPHONE OUTLET | 18" |
| SWITCH | 48" |
| SAFETY SWITCHES | 48" |
| PANELS(TOP) | 72" |
| CLOCK(CENTERLINE) | 96" |
| VIDEO OUTLET | 96" |

# Exhibit C

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

* *

**Registration Number:**

VAu 960-761

**Effective date of registration:**

May 22, 2008

## Title

**Title of Work:** KS+A Electrical Standards Drawings

**Nature of Work:** Technical Drawings and Text

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Kluber Skahan + Associates, Inc.

**Author Created:** Technical drawing, Text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Kluber Skahan + Associates, Inc.

901 Batavia Avenue, Suite 301, Batavia, IL 60510

## Limitation of copyright claim

**Material excluded from this claim:** The Previous Registration identified [below] is a derivative and includes some of the works contained in the present work. No claim is made to any preexisting material owned by third parties or information that is in the public domain.

**Previously registered:** Yes

**Previous registration and year:** VAu 739-704 2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Original work of authorship of specifications, text, and technical drawings.

## Certification

**Name:** Michael T. Kluber, authorized agent of Kluber Skahan + Associates, Inc.

**Date:** May 21, 2008

**Copyright Office notes:** Regarding year of completion: application states "1992-2008."

**IPN#:** * *

**Registration #:** VAU000960761

**Service Request #:** 1-64028219

Norvell IP LLC
Joseph T. Kucala, Jr.
1776 Ash Street
Northfield, IL 60093

# Exhibit D

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

* *

**Registration Number:**

VAu 960-756

**Effective date of registration:**

May 22, 2008

## Title

**Title of Work:** KS+A Symbols and Abbreviations

**Nature of Work:** Technical Drawing of Symbols and Text

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Kluber Skahan + Associates, Inc.

**Author Created:** Technical drawing, Text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Kluber Skahan + Associates, Inc.

901 Batavia Avenue, Suite 301, Batavia, IL 60510

## Limitation of copyright claim

**Material excluded from this claim:** The Previous Registration identified [below] is a derivative and includes some of the works contained in the present work. No claim is made to any preexisting material owned by third parties or information that is in the public domain.

**Previously registered:** Yes

**Previous registration and year:** VAu 739-704 2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Compilation of original work of authorship including text and symbols.

## Certification

**Name:** Michael T. Kluber, authorized agent of Kluber Skahan + Associates, Inc.

**Date:** May 21, 2008

**Copyright Office notes:** Regarding year of completion: application states "1992-2008."

**IPN#:** * *

**Registration #:** VAU000960756

**Service Request #:** 1-64028192

Norvell IP LLC
Joseph Kucala, Jr.
1776 Ash Street
Northfield, IL 60093