# Exhibit E

Certificate of Registratio...



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu740-105**

EFFECTIVE DATE OF REGISTRATION

1 · 5 · 07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  Title of This Work ▼
Park District-Southbury Site
Architectural Plans - not yet constructed

NATURE OF THIS WORK ▼ See instructions
Architectural Work

Previous or Alternative Titles ▼
N/A

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a**  NAME OF AUTHOR ▼
Kluber, Skahan & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☒ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**3 a**  Year in Which Creation of This Work Was Completed
2006
This information must be given ▼ in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation _____

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL  60510

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 05 2007
ONE DEPOSIT RECEIVED
JAN 05 2007 RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____ FORM VA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____ **Account Number** ▼ _____

N/A

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn-Suite 600
Chicago, IL 60603

Area code and daytime telephone number ( ) 312-782-7606    Fax number ( ) 312-782-0943

Email Ngrojean@ancelglink.com

**b**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Kluber, Skahan & Associates, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicholas A. Grojean    Date 1/2/07

Handwritten signature (X) ▼

X _____

**Certificate will be mailed in window envelope to this address:**

**Name** ▼ Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer

**Number/Street/Apt** ▼ 140 South Dearborn-Suite 600

**City/State/Zip** ▼ Chicago, IL 60603

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA — Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper    U.S. Government Printing Office: 2004-330-939/60,195

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**

REG

**VAu 756 – 017**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼

Park District-Southbury Site Architectural Plans-not yet constructed

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 740-105 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 1 _____ Line Heading or Description Nature of this Work

Incorrect Information as It Appears in Basic Registration ▼

The Nature of this Work was provided as Architectural Work.

Corrected Information ▼

The Nature of this Work should be Architectural Plans.

Explanation of Correction ▼

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 6a _____ Line Heading or Description Derivative work

Amplified Information and Explanation of Information ▼

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

---

| FORM CA RECEIVED | FORM CA |
|---|---|
| MAY 2 1 2008 | |
| FUNDS RECEIVED DATE | FOR COPYRIGHT OFFICE USE ONLY |
| MAY 2 1 2008 | |
| EXAMINED BY *wlb* | |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☒ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B *or* ☒ Part C

**Part B**
**Line 2a**        Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural Work."

Correct information:
The boxes should be checked for "Technical Drawings" and "Text."

**Part C**
**Line 6b**        Description: Material added to this work

Original work of authorship of specifications, text, and technical drawings.

**D**

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr.  c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

Phone ( 630 ) 453-8380          Fax ( 312 ) 268-5063          Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                      ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of  Kluber, Skahan & Associates, Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  Michael T. Kluber          Date ▼ 16 May 08

Handwritten signature (X) ▼  *Will T. Kl*

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  Joseph T. Kucala, Jr. |
| | Number/Street/Apt ▼  1776 Ash Street |
| | City/State/ZIP ▼  Northfield, Illinois 60093 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright © 2007 KLUBER, BAHNAM + ASSOCIATES, INC.

# ABBREVIATIONS

| SYMBOL | DESCRIPTION | SYMBOL | DESCRIPTION |
|---|---|---|---|
| **A** | | **S** | |
| A | AMPS | SC | SEPARATE CIRCUIT |
| AF | AMPERE FRAME/AMPERE FUSE | SD | SMOKE DETECTOR |
| AFF | ABOVE FINISHED FLOOR | SF | SQUARE FOOT |
| AHU | AIR HANDLING UNIT | SPD | SURGE PROTECTION DEVICE |
| AIC | AMPERE INTERRUPTING CURRENT | SPDT | SINGLE−POLE, DOUBLE−THROW |
| AT | AMPERE TRIP | SPST | SINGLE−POLE, SINGLE−THROW |
| ATS | AUTOMATIC TRANSFER SWITCH | SS | STAINLESS STEEL |
| AWG | AMERICAN WIRE GAGE | SW | SWITCH |
| | | SWBD | SWITCHBOARD |
| **B** | | **T** | |
| BKR | BREAKER | T | THERMOSTAT |
| BOL | BUILT−IN OVERLOAD | TELE | TELEPHONE |
| BWE | BAKED WHITE ENAMEL | TC | TIME CLOCK |
| BTU | BRITISH THERMAL UNIT | TCP | TEMPERATURE CONTROL PANEL |
| | | TD | TIME DELAY |
| **C** | | TTB | TELEPHONE TERMINAL BOARD |
| C | CONDUIT | TTB | TELEPHONE TERMINAL BOARD |
| CATV | CABLE TELEVISION SYSTEM | TTC | TELEPHONE TERMINAL CABINET |
| C/B | CIRCUIT BREAKER | TMU | THRU WALL AIR CONDITIONING UNIT |
| CCTV | CLOSED CIRCUIT TELEVISION | TYP. | TYPICAL |
| CKT | CIRCUIT | | |
| CU | COPPER | **U** | |
| | | UG | UNDERGROUND |
| **D** | | UH | UNIT HEATER |
| DPDT | DOUBLE−POLE, DOUBLE−THROW | U.L. | UNDERWRITERS LABORATORIES, INC. |
| DPST | DOUBLE−POLE, SINGLE−THROW | U.N.O. | UNLESS NOTED OTHERWISE |
| DS | DOWNSPOUT | UM | UNIT MANUFACTURER |
| | | UPS | UNINTERRUPTIBLE POWER SUPPLY |
| **E** | | **V** | |
| EBH | ELECTRIC BASEBOARD HEATER | V | VOLT |
| EC | ELECTRICAL CONTRACTOR | VA | VOLT−AMPERES |
| ECH | ELECTRIC CABINET HEATER | VAC | VOLT ALTERNATING CURRENT |
| EF | EXHAUST FAN | VAV | VARIABLE AIR VOLUME |
| EM | EMERGENCY | VFD | VARIABLE FREQUENCY DRIVE |
| EMT | ELECTRICAL METALLIC TUBING | | |
| EWC | ELECTRIC WATER COOLER | **W** | |
| EWH | ELECTRIC WATER HEATER | W | WITH |
| | | W/ | WITH |
| **F** | | W/O | WITHOUT |
| F | FUSED | WG | WIRE GUARD |
| FAAP | FIRE ALARM ANNUNCIATOR PANEL | WP | WEATHER PROOF |
| FACP | FIRE ALARM CONTROL PANEL | | |
| FC | FUSE CLIP SIZE | **X** | |
| FPB | FAN POWERED BOX | | |
| FBO | FURNISHED BY OTHERS | X | EXISTING EQUIPMENT |
| FLA | FULL LOAD AMPS | XP | EXPLOSION−PROOF |
| FLR | FLOOR | | |
| FPS | FIRE PROTECTION CONTRACTOR | **MISCELLANEOUS** | |
| FS | FLOAT SWITCH | | |
| FVNR | FULL−VOLTAGE, NON−REVERSING | 2−SP | TWO SPEED |
| **G** | | | |
| GC | GENERAL CONTRACTOR | | |
| GFI | GROUND FAULT CIRCUIT INTERRUPTER | | |
| GRD | GROUND | | |
| GRS | GALVANIZED RIGID STEEL | | |
| **H** | | | |
| HOA | HAND−OFF−AUTOMATIC | | |
| HP | HORSEPOWER | | |
| HPS | HIGH PRESSURE SODIUM | | |
| HVAC | HEATING AND VENTILATING CONTRACTOR | | |
| HVAC | HEAVY WALL GALVANIZED CONDUIT | | |
| **I** | | | |
| IDF | INTERMEDIATE DISTRIBUTION FRAME | | |
| IG | ISOLATED GROUND | | |
| INC | INCANDESCENT | | |
| INT | INTEGRAL | | |
| IR | IN ROOM | | |
| IU | IN UNIT | | |
| **J** | | | |
| JB | JUNCTION BOX | | |
| **K** | | | |
| Kcmil | 1000 CIRCULAR MILS | | |
| KV | KILOVOLT | | |
| KVA | KILOVOLT−AMPS | | |
| KVAR | KILOVOLT−AMPS REACTIVE | | |
| KW | KILOWATT | | |
| KWH | KILOWATT−HOUR | | |
| **L** | | | |
| LP | LOW PRESSURE | | |
| LV | LOW−VOLTAGE | | |
| LVT | LOW−VOLTAGE THERMOSTAT | | |
| **M** | | | |
| MAG | MAGNETIC MOTOR STARTER | | |
| MAN | MANUAL MOTOR STARTER W/THERMAL OVERLOAD PROTECTION | | |
| MC | MECHANICAL CONTRACTOR | | |
| MCA | MAXIMUM CURRENT AMPACITY | | |
| MCB | MAIN CIRCUIT BREAKER | | |
| MCC | MOTOR CONTROL CENTER | | |
| MD | MOTORIZED DAMPER | | |
| MDF | MAIN DISTRIBUTION FRAME | | |
| MDP | MAIN DISTRIBUTION PANEL | | |
| MFR | MANUFACTURER | | |
| MH | METAL HALIDE | | |
| MLO | MAIN LUG ONLY | | |
| MOCP | MINIMUM OVERCURRENT PROTECTION | | |
| MS | MANUAL SWITCH | | |
| MSBD | MAIN SWITCH BOARD | | |
| MTD | MOUNTED | | |
| MUA | MAKE−UP AIR UNIT | | |
| **N** | | | |
| N/A | NOT APPLICABLE | | |
| N.C. | NORMALLY CLOSED | | |
| NF | NON−FUSED | | |
| N.I.C. | NOT IN CONTRACT | | |
| NL | NIGHT LIGHT | | |
| N.O. | NORMALLY OPEN | | |
| N.T.S., NTS | NOT TO SCALE | | |
| NU | NEAR UNIT | | |
| **O** | | | |
| O.H. | OVERHEAD | | |
| OU | ON UNIT | | |
| OCPD | OVERCURRENT PROTECTION DEVICE | | |
| **P** | | | |
| PB | PUSH BUTTON | | |
| PDU | POWER DISTRIBUTION UNIT | | |
| PH | PHASE | | |
| PNL | PANEL | | |
| PROV/DC | FURNISHED, INSTALLED, WIRED AND CONNECTED COMPLETE BY CONTRACTOR | | |
| PVC | POLYVINYL CONDUIT | | |
| PW | PRE−WIRED | | |
| **Q** | | | |
| QTY. | QUANTITY | | |
| **R** | | | |
| REQ'D | REQUIRED | | |
| RTU | ROOF TOP UNIT | | |

THIS IS A MASTER LEGEND. NOT ALL SYMBOLS, ABBREVIATIONS, ETC., ARE NECESSARILY USED IN THIS PROJECT.

# ELECTRICAL SYMBOL'S LIST

## LUMINARIES

| SYMBOL (CEILING / WALL / FLOOR) | DESCRIPTION |
|---|---|
| | 2X4 FLUORESCENT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE, "SHADING=NIGHT LIGHT" |
| | 2X2 FLUORESCENT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE, "NIGHT LIGHT AND EMERGENCY FIXTURE" |
| | FIXTURE WITH NORMAL/EMERGENCY LIGHTING. "SHADING=EMERGENCY" SEE LIGHTING FIXTURE SCHEDULE |
| | 4' FLUORESCENT INDIRECT FIXTURE TYPE. SEE LIGHT FIXTURE SCHEDULE. |
| | 4' FLUORESCENT STRIP FIXTURE TYPE, SEE LIGHT FIXTURE SCHEDULE. ⊣= CIRCUIT "PNL−CKT", CIRCUIT ASSIGNMENT, a=SWITCH LEG |
| | DOWN LIGHT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | TRACK LIGHT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | WALL MTD. FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | SELF CONTAINED EMERGENCY BATTERY PACK W/ BATTERY BACK−UP SEE LIGHTING FIXTURE SCHEDULE. |
| | LED EXIT SIGN, ARROWS AS REQUIRED, SEE LIGHTING FIXTURE SCHEDULE. W=WH. WIRE GUARD, PS= PLEXIGLASS SHIELD. |
| | EM/EXT COMBO UNIT, SEE LIGHTING FIXTURE SCHEDULE. |
| | SINGLE POLE TOGGLE SWITCH, 15A OR 20A AS REQUIRED, 120/277V. a=SWITCHING CONTROL, P=PILOT LIGHT, K=KEYED SW., LV=LOW VOLTAGE |
| | 3−WAY TOGGLE SWITCH, 15A OR 20A AS REQUIRED. 120/277V 3=3 WAY DIMMER |
| | LIGHTING CONTROL DIMMER SWITCH, SIZE AS INDICATED. |
| | MOMENTARY CONTACT SWITCH. K=KEY SWITCH. |
| | THERMAL OVERLOAD SWITCH. |

## WIRING DEVICES & OUTLETS

| SYMBOL | DESCRIPTION |
|---|---|
| | SPECIAL PURPOSE SINGLE RECEPTACLE, @#&"AFF MATCH CONFIGURATION TO EQUIPMENT. |
| | DUPLEX RECEPTACLE, 20A 125V 2P 3W GRD, NEMA5−20R, @18"AFF D=DEDICATED CIRCUIT, '1'=#CD, @#&"AFF, OR @#&" ABOVE COUNTER. |
| | GFI/GROUND FAULT CIRCUIT INTERRUPTED RECEPTACLE, WP=WEATHER PROOF, 20A 125V 2P 3W GRD, NEMA5−20R, @#&"AFF |
| | ISOLATED GROUND(IG) RECEPTACLE, @#&"AFF 20A 125V 2P 3W GRD, NEMA5−20R OR AS SPECIFIED. |
| | DOUBLE DUPLEX RECEPTACLE, @#&"AFF 20A 125V 2P 3W GRD, NEMA5−20R. |
| | DUPLEX RECEPTACLE W/ VIDEO OUTLET IN 2−GANG JBOX. REFER TO VIDEO OUTLET DETAIL. 20A 125V 2P 3W GRD, NEMA5−20R, @#&"AFF |
| | FURNITURE RECEPTACLE. COORDINATE WITH FURNITURE OR CABINET MANUFACTURER. 20A 125V 2P 3W GRD, NEMA5−20R OR AS SPECIFIED. |
| | TAMPER PROOF DUPLEX RECEPTACLE, 20A 125V 2P 3W GRD, @18"AFF D=DEDICATED CIRCUIT, '1'=#CD, @#&"AFF, OR @#&" ABOVE COUNTER. |
| | CEILING RECEPTACLE, DROP CORD, OR CORD REEL AS NOTED. |
| | TELEPHONE OUTLET @#&"AFF, REFER TO COMMUNICATION OUTLET DETAIL. W=PUBLIC WALL PHONE @#&"AFF,  2V= 2 PHONE JACKS. V=4" ABOVE COUNTER |
| | COMMUNICATIONS OUTLET @#&"AFF. REFER TO COMMUNICATION OUTLET DETAIL.  B = BLANK JACK,  AV= AUDIO/VISUAL JACK, WX= MICROPHONE JACK.    V= 4" ABOVE COUNTER, AUX = AUX. CONNECT. |
| | FLUSH MTD. FLOOR BOX AND RECEPTACLE, (COVER & CARPET FLANGE SELECTED BY ARCH/TECT/OWNER) |
| | FLUSH MTD. FLOOR BOX AND COMMUNICATION OUTLET, (COVER & CARPET FLANGE SELECTED BY ARCH/TECT/OWNER) |
| | FLUSH MTD. FLOOR BOX AND TELE/DATA OUTLET (COVER & CARPET FLANGE SELECTED BY ARCH/TECT/OWNER) |
| | MULTI SERVICE CAST IRON RECESSED FLOOR BOX. (COVER & CARPET FLANGE SELECTED BY ARCH/TECT/OWNER) |
| | POKE THRU POWER. (SERVICE FITTING SELECTED BY ARCH/TECT/OWNER) |
| | POKE THRU TELE/DATA. (SERVICE FITTING SELECTED BY ARCH/TECT/OWNER) |
| | POKE THRU COMBINATION POWER AND DATA (SEE PLANS FOR EXACT CONFIGURATIONS −SERVICE FITTING SELECTED BY ARCH/TECT/OWNER) |
| | SPECIAL PURPOSE OUTLET, NEMA SIZE AS NOTED. |
| | PD = PEDESTAL MOUNTED, STAINLESS STEEL, ENCLOSURE |
| | MULTI−CHANNEL SURFACE RACEWAY @#&"AFF OR @#&" ABOVE COUNTER. RUN LENGTH AS SHOWN. M=PLANS ORIENT TO LONG SYSTEM |
| | SIDENCE STATION, COMBINATION AC/DC OUTLET AND JACKS. FIXED EACH SYSTEM. JUNCTION BOX TO SOUND SYSTEM CABINET. |
| | HAND DRYER.  PROVIDE TOGGLE 20A/1P DISCONNECT SWITCH ABOVE ACCESSIBLE CEILING. |
| | JUNCTION BOX |
| | PULL BOX, SIZE AS NOTED. |
| | POWER/TELE/PHONE/DATA POLE OR MULTI CHANNEL METAL RACEWAY VERTICAL RUN, REFER TO DRAWINGS & DETAILS. |
| | ELECTRICALLY HELD LIGHTING CONTACTOR, SIZE, COIL VOLTAGE, AND NUMBER OF POLES AS INDICATED. |
| | ELECTRONIC TIME CLOCK. |
| | PHOTOCELL. |
| | FLEXIBLE CONDUIT CONNECTION. |
| | WIRING IN CONDUIT CONCEALED ABOVE CEILING, IN WALL AND UNDER FLOOR OR UNDERGROUND. |
| | WIRING IN CONDUIT EXPOSED (IN CEILING OR WALL). |
| | BRANCH CIRCUIT WIRING IN CONDUIT HOMERUN TO PANEL, ONE ARROW PER HOMERUN, SLASHES INDICATE NUMBER OF CONDUCTORS. |
| | INDICATES GROUND CONDUCTOR. |
| | INDICATES ISOLATED GROUND CONDUCTOR. |

## POWER EQUIPMENT & DEVICES

| SYMBOL | DESCRIPTION |
|---|---|
| | MANUAL MOTOR STARTER OR DISCONNECT SWITCH WITH THERMAL OVERLOAD PROTECTION. |
| | SPEED CONTROL SWITCH FURNISHED BY MECHANICAL CONTRACTOR, INSTALLED AND WIRED BY ELECTRICAL CONTRACTOR. |
| | UP/DOWN/STOP PUSHBUTTON CONTROL STATION. |
| | SAFETY SWITCH, N=NON−FUSED (AMPS/POLES/ENCLOSURE), F=FUSED (AMPS/FUSE/POLES/ENCLOSURE). |
| | COMBINATION MAGNETIC MOTOR STARTER AND FUSED DISCONNECT SW. (AMPS/FUSE/POLES/NEMA SIZE) |
| | MOTOR. HP= HORSE−POWER RATING. |
| | ELECTRIC HEAT OUTLET |
| | RED MUSHROOM BUTTON FOR EMERGENCY SHUT−DOWN OF EQUIPMENT. PUSH OFF, KEY REQUIRED TO TURN BACK ON. |
| | PANEL 240V & BELOW. |
| | TRANSFORMER. TYPE AND RATINGS ARE AS SHOWN. |
| | GENERATOR REMOTE ANNUNCIATOR PANEL. |
| | EQUIPMENT CONTROL PANEL. |
| | CEILING FAN |

## FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

| SYMBOL | DESCRIPTION |
|---|---|
| | FIRE ALARM CONTROL PANEL. |
| | FIRE ALARM ANNUNCIATOR PANEL. |
| | FIRE ALARM NOTIFICATION APPLIANCE CIRCUIT BOOSTER PANEL. |
| | FIRE ALARM PULL STATION. @#&"AFF |
| | FIRE ALARM STROBE LIGHT. NUMBER INDICATES CANDELA LEVEL, (7/15cd UNLESS NOTED OTHERWISE) @80"AFF |
| | FIRE ALARM HORN/STROBE COMBINATION. @80"AFF NUMBER INDICATES CANDELA LEVEL, (7/15cd UNLESS NOTED OTHERWISE) |
| | SMOKE DETECTOR. E=ELEVATOR RECALL. |
| | HEAT DETECTOR. NUMBER=TEMP. RATING. RR=RATE OF RISE. |
| | FIRE ALARM DUCT SMOKE DETECTOR WITH FAN SHUT DOWN RELAY. |
| | REMOTE INDICATING LIGHT WITH TEST SWITCH. |
| | PROGRAMMABLE FAN SHUT DOWN RELAY. |
| | SPRINKLER ALARM FLOW SWITCH, FURNISHED BY DIV.15, WIRED BY E.C. |
| | SPRINKLER ALARM TAMPER SWITCH. FURNISHED BY DIV. 15, WIRED BY E.C. |
| | MONITOR/CONTROL MODULE, S=SINGLE POINT MONITOR, M=DUAL POINT, D=CONTROL MODULE. |
| | MAGNETIC DOOR HOLDER FOR FIRE ALARM SYSTEM. W=WALL, F=FLOOR. |
| | SPEAKER. WP=WEATHER PROOF. |
| | END OF LINE RESISTOR. |
| | FIRE FIGHTERS HEAT. |
| | ANSUL SYSTEM. |

## SECURITY & SIGNALING SYSTEM

| SYMBOL | DESCRIPTION |
|---|---|
| | CCTV CAMERA. WP=WEATHER PROOF. |
| | SECURITY MONITOR. |
| | MOTION SENSOR. B=BROAD BEAM, L=LONG RANGE BEAM. |
| | PANIC BUTTON. D=DURESS, H=HOLDUP, F=FLOOR. |
| | AUTOMATIC DOOR OPENER. WP=WEATHER PROOF. |
| | DOOR PROCESSING UNIT. |
| | SECURITY CONTROL PANEL. "MAIN BRAIN" |
| | PROXIMITY READER.  DOUBLE GANG JUNCTION BOX WITH SINGLE GANG PLASTER RING AND 3/4"C TO INDOOR ACCESSIBLE CEILING SPACE. |
| | MAGNETIC DOOR CONTACT SWITCH. |
| | DOOR STRIKE. |
| | DOOR BELL/CHIME/BUZZER. |
| | LOW VOLTAGE TRANSFORMER. |

## INTERCOM, CLOCK, & SOUND SYSTEM

| SYMBOL | DESCRIPTION |
|---|---|
| | PA/CLOCK SYSTEM CLOCK. 2=DOUBLE FACE. |
| | PA/CLOCK SYSTEM SPEAKER. 1=LOUD SPEAKER, WP=WEATHER PROOF. |
| | PA/CLOCK SYSTEM VOLUME CONTROL. |
| | MICROPHONE JACK. |
| | LOCAL SOUND SYSTEM SPEAKER. |
| | AMPLIFIER. |
| | SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F., ROUTE 3/4"C FROM JUNCTION BOX TO SOUND SYSTEM CABINET. |
| | SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F., ROUTE 3/4"C FROM JUNCTION BOX TO SOUND SYSTEM CABINET. |
| | DUAL GANG WALL BOX FOR REMOTE CONTROL +40" A.F.F., ROUTE 3/4"C FROM JUNCTION BOX TO SOUND SYSTEM CABINET. |
| | AUDIO/VISUAL OUTLET WITH 1" CONDUIT STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING. COORDINATE EXACT SIZE OF JUNCTION BOX WITH VOICE/DATA CONTRACTOR |

## TELE/DATA, VIDEO SYSTEM

| SYMBOL | DESCRIPTION |
|---|---|
| | AUDIO/VISUAL JUNCTION BOX |
| | TV OUTLET WITH 3/4"C. STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING. REFER TO TELE/DATA OUTLET DETAIL. |
| | INTERMEDIATE DISTRIBUTION FRAME. |
| | MAIN DISTRIBUTION FRAME. |
| | PHONE DISTRIBUTION CABINET |
| | PLYWOOD TELEPHONE TERMINAL BOARD, SIZE AS SHOWN. |

## DEMOLITION

| SYMBOL | DESCRIPTION |
|---|---|
| N | NEW DEVICE OR CIRCUIT. |
| | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE DEMOLISHED. COMPLETE INCLUDING BRANCH CIRCUITRY TO SOURCE. |
| RR | REMOVED & REPLACED EXISTING EQUIPMENT WITH NEW AS SPECIFIED. |
| X | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO REMAIN. (CIRCUIT # = REROUTE EXISTING CIRCUIT TO NEW CIRCUIT NUMBER.) |
| XR | EXISTING ELECTRICAL OUTLET OR EQUIPMENT RELOCATED. (NEW LOCATION) |
| XRR | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE REMOVED & RELOCATED(OLD LOCATION) |

## MISCELLANEOUS

| SYMBOL | DESCRIPTION |
|---|---|
| | HVAC EQUIPMENT IDENTIFICATION. |
| | KEYNOTE IDENTIFICATION. |
| | DETAIL IDENTIFICATION. |

## MOUNTING HEIGHT

| | | |
|---|---|---|
| FIRE ALARM PULL STATION STROBES | | 48" |
| FIRE ALARM BELLS(EXTERIOR) | FACP & FAAP | 12'−0" |
| EXT SWITCH(BOTTOM) | | 48" |
| TV OUTLET | | 18" |
| INTERCOM PHOTOCELL | | 48" |
| RECEPTACLES(CONTINUES) | | 18" |
| RECEPTACLES(WAINHOUSES) | | 24" |
| TELEPHONE OUTLET(PUBLIC) | | 54" |
| TELEPHONE OUTLET | | 18" |
| SAFETY SWITCHES PANELS(TOP) | | 48" |
| CLOCK(DOCKS/ETC.) | | 30" |
| VIDEO OUTLET | | 96" |

JOB NO. 06-106-051/502
DRAWN      JNW
CHECKED    MTK
APPROVED   JMW
SHEET TITLE
ELECTRICAL SYMBOL'S LIST
SHEET NUMBER
E050

NEW ELEMENTARY SCHOOLS 1 AND 2
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

KS+A
KLUBER, BAHNAM + ASSOCIATES, INC.



Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.

## NEW ELEMENTARY SCHOOLS 1 AND 2

**PULL STATION MTD. DETAIL** (4) SCALE: NTS

**A/V MTD. DETAIL** (5) SCALE: NTS

**SMOKE DETECTOR FOR DOOR RELEASE DETAIL** (6) SCALE: NTS

**FIRE ALARM SYSTEM RISER DIAGRAM** (1) SCALE: NTS

**NOT USED** (11) SCALE: NTS

**NOT USED** (7) SCALE: NTS

**NAC EXTENSION WIRING DETAIL** (3) SCALE: NTS

**ELEVATOR RECALL DETAIL** (2) SCALE: NTS

E620

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.



**FLOOR PENETRATION DETAIL** 7
SCALE: NTS

**TYP. CABLE RUNWAY SYSTEM DETAIL** 8
SCALE: NTS

**WALL PENETRATION DETAIL** 9
SCALE: NTS

**MULTI-GANG J-BOX DETAIL** 6
SCALE: NTS

**TYPICAL MDF CLOSET LAYOUT DETAIL** 4
SCALE: NTS

**ROUGH-IN NOTES** 2
SCALE: NTS

**LOW VOLTAGE RISER DIAGRAM** 1
SCALE: NTS

**COMMUNICATIONS OUTLET ROUGH-IN DETAIL** 5
SCALE: NTS

**PHONE & DATA OUTLET STUB-UP DETAIL** 3
SCALE: NTS

KS+A
KLUBER, SKAHAN + ASSOCIATES, INC.

**NEW ELEMENTARY SCHOOLS 1 AND 2**
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

SHEET TITLE
LOW VOLTAGE
CABLING
RISER DIAGRAM &
DETAILS

SHEET NUMBER
E630

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.



## EQUIPMENT SCHEDULE / ELECTRICAL SCHEDULE

| ITEM NUMBER | ITEM DESCRIPTION | VOLTAGE | PHASE | AMPS | K.W. | HORSEPOWER | TYPE OF CONN. | HEIGHT ABOVE FIN. FLOOR | CONN. HEIGHT ON EQUIP | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WALK-IN FREEZER COOLER | 120 | 1 | 20 | | | | +108" | +102" | LIGHTS, DOOR HEATER, HEATING TAPE, ETC. |
| 2 | WALK-IN SHELVING | | | | | | | | | |
| 3 | COOLER REFRIGERATION SYSTEM | | | | | | | | | |
| 3A | COOLER COIL | 120 | 1 | 4.2 | | | JB | +108" | +102" | |
| 3B | COOLER CONDENSER | 208 | 3 | | | 1 | JB | VER | | |
| 4 | COOLER SHELVING | | | | | | | | | |
| 5 | FREEZER REFRIGERATION SYSTEM | | | | | | | | | |
| 5A | FREEZER COIL | 208 | 1 | 10.9 | | | JB | +108" | +72" | INTERWIRE BETWEEN COIL AND CONDENSER |
| 5B | FREEZER CONDENSER | 208 | 3 | | | 2 1/2 | JB | VER | | KEC TO VERIFY OUTLET REQUIREMENTS FOR HEATING TAPE (120V) |
| 6 | DISPOSER | 208 | 3 | 3.2 | | | JB | +24" | +30" | INTERCONNECT BETWEEN DISPOSER AND PANEL |
| 7 | CAN RACK | | | | | | | | | |
| 8 | STORAGE SHELVING | | | | | | | | | |
| 9 | DUNNAGE RACKS | | | | | | | | | |
| 10 | MOBILE TABLE | 120 | 1 | 15 | | | DGR | +48" | X | CONVENIENCE OUTLET |
| 11 | POT RACK | | | | | | | | | |
| 12 | PREP SINK | 120 | 1 | 15 | | | DGR | +48" | | CONVENIENCE OUTLET |
| 13 | WALL SHELF | | | | | | | | | |
| 14 | WALL CABINET | | | | | | | | | |
| 15 | WORKTABLE W/DRAWERS | 120 | 1 | 15 | | | DGR | +48" | | CONVENIENCE OUTLET |
| 16 | CEILING POT RACK | | | | | | | | | |
| 17 | STEAMER W/STAND | 208 | 3 | 30 | | | SGR | +24/48" | | ONE FUTURE CONNECTION |
| 18 | 4-BURNER RANGE W/CONVECTION OVEN | 120 | 1 | 5 | | | DGR | +24" | | |
| 19 | CONVECTION OVEN (DOUBLE) | 120 | 1 | 6EA | | | (2)DGR | +24/30" | | |
| 20 | MICROWAVE OVEN W/WALL SHELF | 120 | 1 | 14.6 | | | DGR | +60" | | |
| 21 | EXHAUST HOOD | 120 | 1 | 20 | | | JB | +108" | +102" | HOOD LIGHTS, INTERWIRE BETWEEN EXHAUST AN AND SWITCH |
| 22 | FIRE SUPPRESSION SYSTEM | 120 | 1 | 15 | | | JB | +48" | | PROVIDE DEDICATED CIRCUIT |
| 23 | ROLL-THRU REFRIGERATOR | 115 | 1 | 11.8 | | | DGR | +90" | +84" | |
| 24 | ROLL-THRU FOOD WARMER | 120/208 | 1 | 10.14 | | | SGR | +90" | +84" | |
| 25 | ANGLE RACK | | | | | | | | | |
| 26 | HAND SINK | | | | | | | | | |
| 27 | TRASH RECEPTACLES (NOT IN 11400) | | | | | | | | | |
| 28 | SLICER | 120 | 1 | 1.6 | | | DGR | +48" | | |
| 29 | SLICER STAND | | | | | | | | | |
| 30 | CHEMICAL SHELVING | | | | | | | | | |
| 31 | MIXER | 120 | 1 | 8.2 | | | DGR | +48" | | |
| 32 | MIXER CART | | | | | | | | | |
| 33 | MILK COOLER | 120 | 1 | 9.9 | | | DGR | +4" | | |
| 34A | HOT FOOD TABLE | 120/208 | 1 | 25.2 | | | SGR | +4" | | |
| 34B | HOT FOOD TABLE | 120/208 | 1 | 19.4 | | | SGR | +4" | | |
| 35A | COLD FOOD COUNTER | 120 | 1 | 10.9 | | | DGR | +4" | | |
| 35B | COLD FOOD COUNTER | 120 | 1 | 10.9 | | | DGR | +4" | | |
| 36 | FLAT TOP SECTION | 120 | 1 | 15 | | | DGR | +4" | | CONVENIENCE OUTLET |
| 37 | CASHIER STAND | 120 | 1 | 15 | | | DDGR | +4" | | DEDICATED CIRCUIT, PROVIDE EMPTY JB FOR CONTROL WIRING |
| 38 | POS SYSTEM (NOT IN 11400) | | | | | | | | | INTERWIRE THRU CASHIER STAND ITEM 37 |
| 39 | TRAY CART | | | | | | | | | |
| 40 | SOILED POT TABLE | | | | | | | | | |
| 41 | DISPOSER | 208 | 3 | 3.3 | | | JB | +24" | +30" | INTERCONNECT BETWEEN DISPOSER AND CONTROL PANEL |
| 42 | POT/WASHER W/BOOSTER | 208 | 3 | 50 | | | JB | +24" | +12" | AMPERAGE BASED ON 110 DEG INCOMING H-W. |
| 43 | CONDENSATE HOOD | | | | | | | | | |
| 44 | CLEAN POT TABLE | | | | | | | | | |
| 45 | WALL MOUNTED POT RACK | | | | | | | | | |
| 46 | UTILITY CARTS | | | | | | | | | |
| 47 | HOSE REEL | | | | | | | | | |

**ENLARGED KITCHEN PLAN & EQUIPMENT SCHEDULE** — SCALE: 1/4"=1'-0"   (1)



---

**SITE TRENCHING DETAIL** — N.T.S.   (8)



**EWC OUTLET MTD. DETAIL** — SCALE: NTS   (6)

**BUILDING STEEL GROUNDING DETAIL** — SCALE: NTS   (4)



**T-STAT STUB-UP DETAIL** — SCALE: NTS   (2)

---

**MAIN SERVICE GROUNDING DETAIL** — SCALE: NTS   (9)

**MAIN WATER GROUNDING DETAIL** — SCALE: NTS   (7)



**SITE LIGHTING PULL BOX DETAIL** — SCALE: NTS   (5)



SECTION NTS   PLAN NTS

---

## KEYNOTES

16.800  E.C. TO PROVIDE RECEPTACLE FOR DRAIN LINE HEATER TAPE AND TO INTERWIRE (2) FIELD INSTALLED ADDITIONAL LIGHTS. REFER TO FOODSERVICE EQUIPMENT PLANS FOR MORE INFORMATION.

16.820  INTERWIRE BETWEEN EXHAUST FAN AND SWITCH LOCATED IN KITCHEN. SEE KITCHEN DRAWINGS FOR ADDITIONAL INFORMATION.

16.830  FOODSERVICE CONTRACTOR SHALL INSTALL (2) ADDITIONAL COOLER LIGHTS SUPPLIED BY THE KITCHEN EQUIPMENT CONTRACTOR.

16.840  REMOTE FIRE PULL. VERIFY EXACT LOCATION BETWEEN FIRE SUPPRESSION SYSTEM CONTRACTOR AND LOCAL CODES.

16.850  1" UNDERGROUND CONDUIT FOR POS SYSTEM. PROVIDE CONTROL CABLE FROM POS SYSTEM TO OFFICE. COORDINATE EXACT REQUIREMENTS WITH OWNER.

16.860  PROVIDE CONDUIT AND WIRING AS REQUIRED TO INTERWIRE BETWEEN THE COIL AND CONDENSER.

16.870  PROVIDE CONDUIT AND WIRING AS REQUIRED TO INTERCONNECT FIRE SUPPRESSION SYSTEM TO SHUNT-TRIP CIRCUIT BREAKERS IN PANEL KTC1.

## GENERAL NOTES

1. REFER TO ARCHITECTURAL, MECHANICAL, PLUMBING, FIRE PROTECTION PLANS, SHOP DRAWINGS AND MANUFACTURERS INSTALLATION INSTRUCTIONS FOR ADDITIONAL INFORMATION ON EXACT POWER, WIRING & ROUGH-IN REQUIREMENTS AND LOCATIONS OF DEVICES.

2. REFER TO FOODSERVICE EQUIPMENT DRAWINGS FOR ADDITIONAL INFORMATION.

3. VERIFY EXACT OUTLET REQUIREMENTS WITH FOODSERVICE EQUIPMENT PRIOR TO INSTALLATION.

4. COORDINATE LOCATIONS OF ELECTRICAL DEVICES WITH INFORMATION CONTAINED ON ARCHITECTURAL PLAN AND ELEVATION DRAWINGS.

KS+A
KLUBER, SKAHAN + ASSOCIATES, INC.
907 N. Batavia Ave., Suite 201
Batavia, Illinois 60510
tel 630.406.1213
fax 630.406.1214
www.kluberdesign.com

NEW ELEMENTARY SCHOOLS 1 AND 2
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

JOB NO: 06-108-001/002
DRAWN: JRW
CHECKED: WTK
APPROVED: JRW

ELECTRICAL ENLARGED PLANS & DETAILS
SHEET NUMBER

E810