# Exhibit F

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 734 – 219**

EFFECTIVE DATE OF REGISTRATION

1 - 5 - 07
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
New (Plank) Junior High School
Plans and Project Manual - constructed 2006

**NATURE OF THIS WORK ▼** See Instructions
Architectural Work

**Previous or Alternative Titles ▼**
N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Kluber, Skahan & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2005
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month    Day    Year    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL 60510

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 0 5 2007
**ONE DEPOSIT RECEIVED**
JAN 0 5 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____ SPW

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                        Account Number ▼

N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn-Suite 600
Chicago, IL 60603

Area code and daytime telephone number ( 312 ) 782-7606       Fax number ( 312 ) 782-0943

Email   Ngrojean@ancelglink.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Kluber, Skahan & Associates, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicholas A. Grojean                                   Date  1/2/07

Handwritten signature (X) ▼

X _____ [signature]

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Nicholas A. Grojean

Number/Street/Apt ▼
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer
140 South Dearborn - Suite 600

City/State/Zip ▼
Chicago, IL 60603

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Full   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGI

**VAu 756−019**

#U0U900756019#

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**
New (Plank) Junior High School Plans and Project Manual-constructed 2006

| **Registration Number of the Basic Registration ▼** | **Year of Basic Registration ▼** |
|---|---|
| VAu 734-219 | 2007 |

| **Name(s) of Author(s) ▼** | **Name(s) of Copyright Claimant(s) ▼** |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number  1          Line Heading or Description  Nature of this Work

**Incorrect Information as It Appears in Basic Registration ▼**

The Nature of this Work was provided as Architectural Work.

**Corrected Information ▼**

The Nature of this Work should be Architectural Plans and Project Manual.

**Explanation of Correction ▼**

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number  6a          Line Heading or Description  Derivative work

**Amplified Information and Explanation of Information ▼**

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

---

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.    **DO NOT WRITE HERE**

FORM CA RECEIVED

**MAY 2 1 2008**

FUNDS RECEIVED DATE

**MAY 2 1 2008**

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B *or* ☒ Part C

**D**

Part B
Line 2a                Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural work."

Correct information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b                Description: Material added to this Work

Original work of authorship of specifications, text, and technical drawings.

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr. c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

**E**

Phone ( 630 ) 453-8380          ☒ Fax ( 312 ) 268-5063          Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant     ☒ duly authorized agent of ___ Kluber, Skahan & Associates, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼   Michael T. Kluber          Date ▼ 16 May 08

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joseph T. Kucala, Jr.

Number/Street/Apt ▼
1776 Ash Street

City/State/ZIP ▼
Northfield, Illinois 60093

**G**

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to *Register of
   Copyrights*

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

THIS IS A MASTER LEGEND AND NOT ALL SYMBOLS, ABBREVIATIONS, ETC. ARE NECESSARILY USED IN THIS PROJECT.

## ABBREVIATIONS

| SYMBOL | DESCRIPTION |
|---|---|

## ELECTRICAL SYMBOL'S LIST

| | CEILING | WALL | FLOOR | DESCRIPTION |
|---|---|---|---|---|

LUMINAIRES

FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

WIRING DEVICES & OUTLETS

FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

TELE/DATA, VIDEO SYSTEM

SECURITY & SIGNALING SYSTEM

INTERCOM, CLOCK, & SOUND SYSTEM

MISCELLANEOUS

DEMOLITION

POWER EQUIPMENT & DEVICES

MOUNTING HEIGHT

MISCELLANEOUS

Copyright © 2005 KLUBER, SKAHAN + ASSOCIATES, INC.

### NEW JUNIOR HIGH SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS  60543

**E050**

ELECTRICAL SYMBOL'S LIST

901 N. Batavia Ave., Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax 630.406.9472
www.kluberskahan.com

## KS+A
KLUBER, SKAHAN + ASSOCIATES, INC.



## 25' MAXIMUM WALKWAY POLE BASE DETAIL
SCALE: N.T.S.   6

## GYM. LIGHTING MOUNTING DETAIL
SCALE: N.T.S.   5

## OUTDOOR LUMINAIRE SCHEDULE
SCALE: N.T.S.   2

## EXTERIOR LUMINAIRE SCHEDULE

## SITE LIGHTING PULL BOX DETAIL
SCALE: N.T.S.   4

## 25' MAXIMUM PARKING LOT POLE BASE DETAIL
SCALE: N.T.S.   3



## INDOOR LUMINAIRE SCHEDULE
SCALE: N.T.S.   1

## INTERIOR LUMINAIRE SCHEDULE

**NEW JUNIOR HIGH SCHOOL**

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

901 N. Batavia Ave., Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax 630.406.9472
www.klueberskahan.com

KS+A
KLUEBER, SKAHAN + ASSOCIATES, INC.

ISSUED
6031/05   BID DOCUMENTS

LUMINAIRE
SCHEDULES &
DETAILS

E7'30

FLOOR PENETRATION DETAIL
SCALE: NTS   7

TYP. CABLE RUNWAY SYSTEM DETAIL
SCALE: NTS   8

WALL PENETRATION DETAIL
SCALE: NTS   9

MULTI-GANG J-BOX DETAIL
SCALE: NTS   6

COMMUNICATIONS OUTLET ROUGH-IN DETAIL
SCALE: NTS   5

MDF/IDF CLOSET LAYOUT DETAIL
SCALE: NTS   4

LOW VOLTAGE RISER DIAGRAM
SCALE: NTS   1

ROUGH-IN NOTES
SCALE: NTS   2

PHONE & DATA OUTLET STUB-UP DETAIL
SCALE: NTS   3

**NEW JUNIOR HIGH SCHOOL**

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS  60543

LOW VOLTAGE
RISER DIAGRAM &
DETAILS

E630

901 N. Batavia Ave., Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax 630.406.9472
www.kluberskahan.com

KS+A
KLUBER, SKAHAN + ASSOCIATES, INC.

Copyright © 2006 KLUBER, SKAHAN + ASSOCIATES, INC.

**A/V MTD. DETAIL**
SCALE: NTS
11

**PULL STATION MTD. DETAIL**
SCALE: NTS
10

**NOT USED**
SCALE: NTS
9

**NOT USED**
SCALE: NTS
8

**DUCT SMOKE INSTALLATION DETAIL**
SCALE: N.T.S.
7

**SMOKE DETECTOR FOR DOOR RELEASE DETAIL**
SCALE: NTS
6

**NOT USED**
SCALE: NTS
5

**NOT USED**
SCALE: NTS
4

**NAC EXTENSION WIRING DETAIL**
SCALE: NTS
3

**FIRE ALARM SYSTEM RISER DIAGRAM**
SCALE: N.T.S.
1

**ELEVATOR RECALL DETAIL**
SCALE: N.T.S.
2

**NEW JUNIOR HIGH SCHOOL**
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

E620
FIRE ALARM SYSTEM
RISER DIAGRAM
& DETAILS

KS+A
KLUBER, SKAHAN + ASSOCIATES, INC.

901 N. Batavia Ave., Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax 630.406.9472
www.kluberskahan.com

Copyright © 2008 KLUBER, SKAHAN + ASSOCIATES, INC.



ELECTRICAL ONE LINE DIAGRAM
SCALE: N.T.S.   (1)

E610

ELECTRICAL ONE LINE RISER DIAGRAM

NEW JUNIOR HIGH SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS  60543

801 N. Batavia Ave., Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax 630.406.9472
www.klueberskahan.com

KS+A
KLUEBER, SKAHAN + ASSOCIATES, INC.