# Exhibit G

Certificate of Registratio.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VAu 739 – 071**

EFFECTIVE DATE OF REGISTRATION

1 . 5 . 07

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
New (Ashcroft) Junior High School
Architectural plans—not yet constructed

**NATURE OF THIS WORK ▼** See instructions
Architectural Work

**Previous or Alternative Titles ▼**
Alternative Title: New (Grande Park) Junior High School

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
a. Kluber, Skahan & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☒ Architectural work

**Name of Author ▼**
b.

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2006
◄ Year in all cases.

This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month        Day        Year
Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 101
Batavia, IL 60510

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
5.07    5.07

**ONE DEPOSIT RECEIVED**
5.07

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____ SDW_____     **FORM VA**

CHECKED BY _____

☒ CORRESPONDENCE Yes     **FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼    **5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A    **6**   **a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   N/A    **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

   N/A    **7**   **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
   Nicholas A. Grojean
   Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
   140 South Dearborn suite 600
   Chicago, IL 60603

Area code and daytime telephone number   312/782-7606    Fax number ( )   312/782-0943

Email   NGrojean@ancelglink.com    **b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Kluban, Skahan & Associates_, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   Nicholas A. Grojean     Date 5/17/07

Handwritten signature (X) ▼
X _____ **8**

**9**

Certificate will be mailed in window envelope to this address:

Name ▼   Nicholas A. Grojean
   Ancel, Glink, Diamond, Bush, DiCianni &
Number/Street/Apt ▼   Krafthefer, PC
   140 South Dearborn suite 600
City/State/ZIP ▼   Chicago, IL 60603

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REG. **VAu 756 – 018**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖
#VAU2997568184

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|-----|-----|-----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**

New (Ashcroft) Junior High School Architectural Plans -not yet constructed

**Registration Number of the Basic Registration ▼**
VAu 739-071

**Year of Basic Registration ▼**
2007

**Name(s) of Author(s) ▼**
Kluber, Skahan & Associates, Inc.

**Name(s) of Copyright Claimant(s) ▼**
Kluber, Skahan & Associates, Inc.

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 1          Line Heading or Description  Nature of this Work

**Incorrect Information as It Appears in Basic Registration ▼**

The Nature of this Work was provided as Architectural Work.

**Corrected Information ▼**

The Nature of this Work should be Architectural Plans.

**Explanation of Correction ▼**

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 6a          Line Heading or Description  Preexisting material

**Amplified Information and Explanation of Information ▼**

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

---

FORM CA RECEIVED

**MAY 2 1 2008**

FUNDS RECEIVED DATE

**MAY 2 1 2008**

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☒ YES  ☐ NO

**FORM CA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B *or* ☒ Part C

**D**

Part B
Line 2a          Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural work".

Corrected information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b          Description: Material added to this Work

Original work of authorship of specifications, text, and technical drawings.

➕

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr. c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

Phone ( 630) 453-8380          ➕ Fax ( 312) 268-5063          Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   Kluber, Skahan & Associates, Inc.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Michael T. Kluber          Date ▼  16 May 08

Handwritten signature (X) ▼

**G**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joseph T. Kucala, Jr.

Number/Street/Apt ▼
1776 Ash Street

City/State/ZIP ▼
Northfield, Illinois 60093

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.

# ABBREVIATIONS

| SYMBOL | DESCRIPTION |
|---|---|
| **A** | |
| A | AMPS |
| AF | AMPERE FRAME/AMPERE FUSE |
| AFF | ABOVE FINISHED FLOOR |
| AHU | AIR HANDLING UNIT |
| AIC | AMPERE INTERRUPTING CURRENT |
| AT | AMPERE TRIP |
| ATS | AUTOMATIC TRANSFER SWITCH |
| AWG | AMERICAN WIRE GAGE |
| **B** | |
| BKR | BREAKER |
| BOL | BUILT-IN OVERLOAD |
| BWE | BAKED WHITE ENAMEL |
| BTU | BRITISH THERMAL UNIT |
| **C** | |
| C | CONDUIT |
| CATV | CABLE TELEVISION SYSTEM |
| C/B | CIRCUIT BREAKER |
| CCTV | CLOSED CIRCUIT TELEVISION |
| CKT | CIRCUIT |
| CU | COPPER |
| **D** | |
| DPDT | DOUBLE-POLE, DOUBLE-THROW |
| DPST | DOUBLE-POLE, SINGLE-THROW |
| DS | DOWNSPOUT |
| **E** | |
| EBH | ELECTRIC BASEBOARD HEATER |
| EC | ELECTRICAL CONTRACTOR |
| ECH | ELECTRIC CABINET HEATER |
| EF | EXHAUST FAN |
| EM | EMERGENCY |
| EMT | ELECTRICAL METALLIC TUBING |
| EWC | ELECTRIC WATER COOLER |
| EWH | ELECTRIC WATER HEATER |
| **F** | |
| F | FUSED |
| FAAP | FIRE ALARM ANNUNCIATOR PANEL |
| FACP | FIRE ALARM CONTROL PANEL |
| FC | FUSE CLIP SIZE |
| FPB | FAN POWERED BOX |
| FBO | FURNISHED BY OTHERS |
| FLA | FULL LOAD AMPS |
| FLR | FLOOR |
| FPC | FIRE PROTECTION CONTRACTOR |
| FS | FLOAT SWITCH |
| FVNR | FULL-VOLTAGE, NON-REVERSING |
| **G** | |
| GC | GENERAL CONTRACTOR |
| GFI | GROUND FAULT CIRCUIT INTERRUPTER |
| GRD | GROUND |
| GRS | GALVANIZED RIGID STEEL |
| **H** | |
| HOA | HAND-OFF-AUTOMATIC |
| HP | HORSEPOWER |
| HPS | HIGH PRESSURE SODIUM |
| HVAC | HEATING AND VENTILATING CONTRACTOR |
| HRGC | HEAVY WALL GALVANIZED CONDUIT |
| **I** | |
| IDF | INTERMEDIATE DISTRIBUTION FRAME |
| IG | ISOLATED GROUND |
| INC | INCANDESCENT |
| INT | INTEGRAL |
| IR | IN ROOM |
| IU | IN UNIT |
| **J** | |
| JB | JUNCTION BOX |
| **K** | |
| Kcmil | 1000 CIRCULAR MILS |
| KV | KILOVOLT |
| KVA | KILOVOLT-AMPS |
| KVAR | KILOVOLT-AMPS REACTIVE |
| KW | KILOWATT |
| KWH | KILOWATT-HOUR |
| **L** | |
| LP | LOW PRESSURE |
| LV | LOW-VOLTAGE |
| LVT | LOW-VOLTAGE THERMOSTAT |
| **M** | |
| MAG | MAGNETIC MOTOR STARTER |
| MAN | MANUAL MOTOR STARTER W/THERMAL OVERLOAD PROTECTION |
| MC | MECHANICAL CONTRACTOR |
| MCA | MINIMUM CURRENT AMPACITY |
| MCB | MAIN CIRCUIT BREAKER |
| MCC | MOTOR CONTROL CENTER |
| MD | MOTORIZED DAMPER |
| MDF | MAIN DISTRIBUTION FRAME |
| MDP | MAIN DISTRIBUTION PANEL |
| MFR | MANUFACTURER |
| MH | METAL HALIDE |
| MLO | MAIN LUG ONLY |
| MOCP | MINIMUM OVERCURRENT PROTECTION |
| MS | MANUAL SWITCH |
| MSBD | MAIN SWITCH BOARD |
| MTD | MOUNTED |
| MUA | MAKE-UP AIR UNIT |
| **N** | |
| N/A | NOT APPLICABLE |
| N/C | NORMALLY CLOSED |
| NF | NON-FUSED |
| N.I.C. | NOT IN CONTRACT |
| NL | NIGHT LIGHT |
| N.O. | NORMALLY OPEN |
| N.T.S., NTS | NOT TO SCALE |
| NU | NEAR UNIT |
| **O** | |
| O.H. | OVERHEAD |
| OU | ON UNIT |
| OCPD | OVERCURRENT PROTECTION DEVICE |
| **P** | |
| PB | PUSH BUTTON |
| PDU | POWER DISTRIBUTION UNIT |
| PH | PHASE |
| PNL | PANEL |
| PWC | FURNISHED, INSTALLED, WIRED AND CONNECTED COMPLETE BY CONTRACTOR |
| PVC | POLYVINYL CONDUIT |
| PW | PRE-WIRED |
| **Q** | |
| QTY. | QUANTITY |
| **R** | |
| REQ'D | REQUIRED |
| RTU | ROOF TOP UNIT |

| SYMBOL | DESCRIPTION |
|---|---|
| **S** | |
| SC | SEPARATE CIRCUIT |
| SD | SMOKE DETECTOR |
| SF | SQUARE FEET |
| SPD | SURGE PROTECTION DEVICE |
| SPDT | SINGLE-POLE, DOUBLE-THROW |
| SPST | SINGLE-POLE, SINGLE-THROW |
| SS | STAINLESS STEEL |
| SW | SWITCH |
| SWBD | SWITCHBOARD |
| **T** | |
| T | THERMOSTAT |
| TELE | TELEPHONE |
| TC | TIME CLOCK |
| TCP | TEMPERATURE CONTROL PANEL |
| TS | TOGGLE SWITCH |
| TTB | TELEPHONE TERMINAL BOARD |
| TTC | TELEPHONE TERMINAL CABINET |
| TWU | THRU WALL AIR CONDITIONING UNIT |
| TYP. | TYPICAL |
| **U** | |
| UG | UNDERGROUND |
| UH | UNIT HEATER |
| UL | UNDERWRITERS LABORATORIES, INC. |
| UNO | UNLESS NOTED OTHERWISE |
| UM | UNIT MANUFACTURER |
| UPS | UNINTERRUPTIBLE POWER SUPPLY |
| **V** | |
| V+ | VOLT |
| VA | VOLT-AMPERES |
| VAC | VOLTS ALTERNATING CURRENT |
| VAV | VARIABLE AIR VOLUME |
| VFD | VARIABLE FREQUENCY DRIVE |
| **W** | |
| W | WATT |
| W/ | WITH |
| W/O | WITHOUT |
| WG | WIRE GUARD |
| WP | WEATHER PROOF |
| **X** | |
| X | EXISTING EQUIPMENT |
| XFMR | TRANSFORMER |
| XP | EXPLOSION-PROOF |

### MISCELLANEOUS

| SYMBOL | DESCRIPTION |
|---|---|
| 2-SP | TWO SPEED |

THIS IS A MASTER LEGEND. NOT ALL SYMBOLS, ABBREVIATIONS, ETC., ARE NECESSARILY USED IN THIS PROJECT.

# ELECTRICAL SYMBOL'S LIST

## LUMINARIES

| SYMBOL CEILING | WALL | FLOOR | DESCRIPTION |
|---|---|---|---|
| | | | 2X4 FLUORESCENT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE, 'B=DIMSHADIGHT LIGHT' |
| | | | 2X2 FLUORESCENT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE, NIGHT LIGHT AND EMERGENCY FIXTURE. |
| | | | FIXTURE WITH NORMAL/EMERGENCY LIGHTING TRANSFER DEVICE. SEE LIGHTING FIXTURE SCHEDULE. |
| | | | 4' FLUORESCENT INDIRECT FIXTURE TYPE, SEE LIGHT FIXTURE SCHEDULE. |
| A/2a | | | 4' FLUORESCENT STRIP FIXTURE TYPE, SEE LIGHT FIXTURE SCHEDULE, A= FIXTURE TYPE, 2= CIRCUIT ASSIGNMENT, a=SWITCH LEG. |
| | | | DOWN LIGHT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | | | TRACK LIGHT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | | | WALL MTD. FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | | | SELF CONTAINED EMERGENCY BATTERY PACK W/ BATTERY BACK-UP SEE LIGHTING FIXTURE SCHEDULE. |
| | | | LED EXIT SIGN, ARROWS AS INDICATED, SEE LIGHTING FIXTURE SCHEDULE, 'WG= WIRE GUARD, PG= PLEXIGLASS SHIELD. |
| | | | FLEXIT COMBO UNIT, SEE LIGHTING FIXTURE SCHEDULE. |
| | | | SINGLE POLE TOGGLE SWITCH, 1XA OR 20A AS REQUIRED, 120/277V, a=SWITCHING CONTROL, P=PILOT LIGHT, K=KEYED SW., LV=LOW VOLTAGE. |
| | | | 3-WAY TOGGLE SWITCH, 1XA OR 20A AS REQUIRED, 120/277V. 3=3 WAY DIMMER |
| | | | LIGHTING CONTROL DIMMER SWITCH, SIZE AS INDICATED. |
| | | | MOMENTARY CONTACT SWITCH. |
| | | | THERMAL OVERLOAD SWITCH. |

## WIRING DEVICES & OUTLETS

| SYMBOL CEILING | WALL | FLOOR | DESCRIPTION |
|---|---|---|---|
| | | | SPECIAL PURPOSE SINGLE RECEPTACLE, @ 18"AFF MATCH CONFIGURATION TO EQUIPMENT. |
| | | | DUPLEX RECEPTACLE, 20A 125V 2P 3W GRD, NEMA5-20R, @18"AFF D=DEDICATED CIRCUIT, T =WTD, @48"AFF, OR @6" ABOVE COUNTER. |
| | | | GFI/GROUND FAULT CIRCUIT INTERRUPTER PROTECTED RECEPTACLE, 20A 125V 2P 3W GRD, NEMA5-20R, @18"AFF |
| | | | ISOLATED GROUND(IG) RECEPTACLE, @18"AFF 20A 125V 2P 3W GRD, NEMA5-20R OR AS SPECIFIED. |
| | | | DOUBLE DUPLEX RECEPTACLE, @18"AFF 20A 125V 2P 3W GRD, NEMA5-20R. |
| | | | DUPLEX RECEPTACLE W/ WEID OUTLET IN 2-GANG @XXX, REFER TO VIDEO OUTLET DETAIL, 20A 125V 2P 3W GRD, NEMA5-20R. @6"AFF |
| | | | FURNITURE RECEPTACLE, COORDINATE W/ FURNITURE MANUFACTURER, 20A 125V 2P 3W GRD, NEMA5-20R OR AS REQ'D. |
| | | | DOUBLE RECEPTACLE, DROP CORD, OR COIN REEL AS NOTED. |
| | | | TELEPHONE OUTLET @18"AFF, REFER TO COMMUNICATION OUTLET DETAIL, 3G= 3 DATA JACKS, XX= AUDIO/VISUAL JACK, WO= MORPHONIC JACK, 'W = 6" ABOVE COUNTER, AUX = JACK CONNECT. |
| | | | COMMUNICATIONS OUTLET @18"AFF, REFER TO COMMUNICATION OUTLET DETAIL, 2D= 2 DATA JACKS, AV= AUDIO/VISUAL JACK, MO= MORPHONIC JACK, 'V = 6" ABOVE COUNTER, AUX = JACK CONNECT. |
| | | | FLUSH WTD. FLOOR BOX AND RECEPTACLE, (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER) |
| | | | STAINLESS STEEL PEDESTAL WTD. FLOOR BOX AND RECEPTACLE (SEE FLOOR PLANS FOR RECEPTACLE TYPE, - I.E., GFI, SPECIAL, ETC.) |
| | | | FLUSH & CARPET FLANGE SELECTED BY ARCHITECT/OWNER) |
| | | | STAINLESS STEEL PEDESTAL WTD. FLOOR BOX FOR TELE/DATA |
| | | | MULTI SERVICE CAST IRON RECESSED FLOOR BOX. (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER) |
| | | | POKE THRU POWER (SERVICE FITTING SELECTED BY ARCHITECT/OWNER) |
| | | | POKE THRU TELE/DATA. (SERVICE FITTING SELECTED BY ARCHITECT/OWNER) |
| | | | POKE THRU COMBINATION POWER AND DATA (SEE PLANS FOR EXACT CONFIGURATIONS - SERVICE FITTING SELECTED BY ARCHITECT/OWNER) |
| | | | SPECIAL PURPOSE OUTLET, NEMA SIZE AS NOTED. PD = PEDESTAL MOUNTED, S=SURFACE MTD., ENCLOSURE |
| | | | MULTI-CHANNEL SURFACE RACEWAY @48"AFF OR @6" ABOVE COUNTER, WTD. AT OUTLET SHOWN ON PLAN, PROVIDE SECTIONS AS NOTED. |
| | | | HAND DRYER, PROVIDE TOGGLE 30A/1P DISCONNECT SWITCH ABOVE ACCESSIBLE CEILING. |
| | | | PULL BOX, SIZE AS NOTED. |
| | | | POWER/TELEPHONE/DATA POLE OR MULTI CHANNEL METAL RACEWAY VERTICAL RUN. REFER TO DRAWINGS & DETAILS. |
| | | | ELECTRICALLY HELD LIGHTING CONTACTOR, SIZE, COIL VOLTAGE, AND NUMBER OF POLES AS INDICATED. |
| | | | ELECTRONIC TIME CLOCK. |
| | | | PHOTOCELL. |
| | | | UNDER GROUND PULL BOX. SIZE AS NOTED. |
| | | | FLEXIBLE CONDUIT CONNECTION. |
| | | | WIRING IN CONDUIT CONCEALED ABOVE CEILING, IN WALL AND UNDER FLOOR OR UNDERGROUND. |
| | | | WIRING IN CONDUIT EXPOSED ON CEILING OR WALL. |
| | | | BRANCH CIRCUIT WIRING IN CONDUIT HOMERUN TO PANEL, ONE ARROW PER HOMERUN. SLASHES INDICATE NUMBER OF CONDUCTORS. |
| | | | INDICATES GROUND CONDUCTOR. |
| | | | INDICATES ISOLATED GROUND CONDUCTOR. |

## POWER EQUIPMENT & DEVICES

| SYMBOL | DESCRIPTION |
|---|---|
| | MANUAL MOTOR STARTER OR 1P DISCONNECT SWITCH WITH THERMAL OVERLOAD PROTECTION. |
| | SPEED CONTROL SWITCH FURNISHED BY MECHANICAL CONTRACTOR, INSTALLED AND WIRED BY ELECTRICAL CONTRACTOR. |
| | UP/DOWN/STOP PUSHBUTTON CONTROL STATION. |
| | SAFETY SWITCH, N=NON-FUSED (AMPS/POLES/ENCLOSURE), F=FUSED (AMPS/FUSE/POLES/ENCLOSURE). |
| | MAGNETIC MOTOR STARTER, SIZE AS NOTED. |
| | COMBINATION MAGNETIC MOTOR STARTER AND FUSED DISCONNECT SW. (AMPS/FUSE/POLES/NEMA SIZE). |
| | MOTOR, HP= HORSE-POWER RATING. |
| | ELECTRIC HEAT OUTLET |
| | RED MUSHROOM BUTTON FOR EMERGENCY SHUT-DOWN OF EQUIPMENT, PUSH OFF, KEY REQUIRED TO TURN BACK ON. PANEL 240V & ABOVE. |
| | PANEL ABOVE 240V. |
| | TRANSFORMER, TYPE AND RATINGS ARE AS SHOWN. |
| | GENERATOR REMOTE ANNUNCIATOR PANEL. |
| | CONTROL PANEL. |
| | CEILING FAN |

## FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

| SYMBOL | DESCRIPTION |
|---|---|
| | FIRE ALARM PULL STATION. |
| | FIRE ALARM ANNUNCIATOR PANEL. |
| | FIRE ALARM NOTIFICATION APPLIANCE CIRCUIT BOOSTER PANEL. |

## FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

| SYMBOL CEILING | WALL | FLOOR | DESCRIPTION |
|---|---|---|---|
| | | | FIRE ALARM PULL STATION, @48"AFF |
| | | | FIRE ALARM STROBE LIGHT, NUMBER INDICATES CANDELA LEVEL. (110cd UNLESS NOTED OTHERWISE) @80"AFF |
| | | | FIRE ALARM HORN/STROBE COMBINATION, @80"AFF NUMBER INDICATES CANDELA LEVEL (110cd UNLESS NOTED OTHERWISE) |
| | | | SMOKE DETECTOR. T=ELEVATOR RECALL. |
| | | | HEAT DETECTOR. NUMBER=TEMP. RATING, RR=RATE OF RISE. |
| | | | FIRE ALARM DUCT SMOKE DETECTOR WITH FAN SHUT DOWN RELAY. |
| | | | REMOTE INDICATING LIGHT W/TEST SWITCH. |
| | | | PROGRAMMABLE FAN SHUT DOWN RELAY. |
| | | | SPRINKLER ALARM FLOW SWITCH, FURNISHED BY DIV.15, WIRED BY E.C. |
| | | | SPRINKLER ALARM TAMPER SWITCH, FURNISHED BY DIV. 15, WIRED BY E.C. |
| | | | MONITOR/CONTROL MODULE, S=SINGLE POINT MONITOR MODULE, D=DUAL POINT, C=CONTROL MODULE. |
| | | | MAGNETIC DOOR HOLDER FOR FIRE ALARM SYSTEM. W=WALL, F=FLOOR. |
| | | | FIRE ALARM BELL. WP=WEATHER PROOF. |
| | | | END OF LINE RESISTOR. |
| | | | FIRE FIGHTERS HAT. |
| | | | ANSUL SYSTEM. |

## SECURITY & SIGNALING SYSTEM

| SYMBOL CEILING | WALL | FLOOR | DESCRIPTION |
|---|---|---|---|
| | | | CCTV CAMERA. WP=WEATHER PROOF. |
| | | | SECURITY MONITOR. |
| | | | MOTION SENSOR. B=BROAD BEAM, L=LONG RANGE BEAM. |
| | | | PANIC BUTTON. D=DESK, W=WALL, T=FLOOR. |
| | | | DOOR PROCESSING UNIT. |
| | | | SECURITY CONTROL PANEL, "MAIN BRAIN" |
| | | | PROXIMITY READER. DOUBLE GANG JUNCTION BOX WITH SINGLE GANG PLASTER RING AND 3/4"C TO INDOOR ACCESSIBLE CEILING SPACE. |
| | | | MAGNETIC DOOR CONTACT SWITCH. |
| | | | ELECTRIC DOOR STRIKE. |
| | | | DOOR BELL/CHIME/BUZZER |
| | | | LOW VOLTAGE TRANSFORMER. |

## INTERCOM, CLOCK & SOUND SYSTEM

| SYMBOL CEILING | WALL | FLOOR | DESCRIPTION |
|---|---|---|---|
| | | | PA/CLOCK SYSTEM CLOCK. D=DOUBLE FACE. |
| | | | PA/CLOCK SYSTEM SPEAKER. L=LOUD SPEAKER, WP=WEATHER PROOF. |
| | | | PA/CLOCK SYSTEM VOLUME CONTROL. |
| | | | MICROPHONE JACK. |
| | | | GYM SOUND SYSTEM SPEAKER. |
| | | | POWER SUPPLY. |
| | | | AMPLIFIER. |
| | | | INTERCOM. |
| | | | SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F. |
| | | | SINGLE GANG WALL BOX FOR MICROPHONE JACKS +65" A.F.F. |
| | | | DUAL GANG WALL BOX FOR REMOTE CONTROL +65" A.F.F. |
| | | | AUDIO/VISUAL OUTLET WITH CONDUIT STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING. COORDINATE EXACT SIZE OF JUNCTION BOX WITH VOICE/DATA CONTRACTOR. |
| | | | AUDIO/VISUAL JUNCTION BOX |

## TELE/DATA, VIDEO SYSTEM

| SYMBOL CEILING | WALL | FLOOR | DESCRIPTION |
|---|---|---|---|
| | | | WTV OUTLET WITH 3/4"C, STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING. REFER TO TELE/DATA OUTLET DETAIL. |
| | | | ANTENNA OUTLET |
| | | | INTERMEDIATE DISTRIBUTION FRAME. |
| | | | MAIN DISTRIBUTION FRAME. |
| | | | PHONE DISTRIBUTION CABINET |
| | | | PLYWOOD TELEPHONE TERMINAL BOARD, SIZE AS SHOWN. |

## DEMOLITION

| SYMBOL | DESCRIPTION |
|---|---|
| N | NEW DEVICE OR EQUIPMENT. |
| R | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE DEMOLISHED COMPLETE INCLUDING BRANCH CIRCUITRY TO SOURCE. |
| RR | REMOVED & REPLACED EXISTING EQUIPMENT WITH NEW AS SPECIFIED. |
| X | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO REMAIN. (CIRCUIT # = REROUTE EXISTING CIRCUIT TO NEW CIRCUIT NUMBER) |
| XR | EXISTING ELECTRICAL OUTLET OR EQUIPMENT RELOCATED. (NEW LOCATION) |
| XRR | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE REMOVED & RELOCATED(OLD LOCATION). |

## MISCELLANEOUS

| SYMBOL | DESCRIPTION |
|---|---|
| | HVAC EQUIPMENT IDENTIFICATION |
| | KEYNOTE IDENTIFICATION |
| | DETAIL IDENTIFICATION |

## MOUNTING HEIGHT

| | |
|---|---|
| FIRE ALARM PULL STATION | 48" |
| STROBES | 80" |
| FIRE ALARM BELL(EXTERIOR) | 12'-0" |
| FA/F & FAAP | 48" |
| EXIT SIGNS(BOTTOM) | 80" |
| TV OUTLET | 18" |
| INTERCOM | 48" |
| PHOTOCELL | 12'-0" |
| RECEPTACLE(GENERAL) | 18" |
| RECEPTACLE(KITCHEN) | 24" |
| RECEPTACLE(WAREHOUSE) | 48" |
| TELEPHONE OUTLET(PUBLIC) | 24" |
| TELEPHONE OUTLET | 18" |
| SWITCH | 48" |
| SAFETY SWITCHES | 48" |
| PANELS(TOP) | 78" |

KLUBER, SKAHAN + ASSOCIATES, INC.
Batavia, Illinois 60510
NEW JUNIOR HIGH SCHOOLS 1 AND 2
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

JOB NO. 06-108-049/056
DRAWN: JRW
CHECKED: JRW
APPROVED: MTK
SHEET TITLE: ELECTRICAL SYMBOL'S LIST
SHEET NUMBER: E050

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.



**KEYNOTES**

**ELECTRICAL ONE LINE DIAGRAM** ① 
SCALE: N.T.S.

**E610**

NEW JUNIOR HIGH SCHOOLS 1 AND 2

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

JOB NO.  06-158-049/350
DRAWN        JRW
CHECKED      JRW
APPROVED     MTK

SHEET TITLE
ELECTRICAL
ONE LINE
RISER DIAGRAM

SHEET NUMBER

SPECIAL NOTES:

BASE BID PRICE TO INCLUDE MOVING 2G
ELECTRICAL DEVICES UP TO 50'

ALL UNDERGROUND AND IN-SLAB CONDUITS
SHALL BE GRS TYPE.  NO PVC ALLOWED.  NO
EXCEPTIONS.

16.601  PROVIDE CONDUIT AND WIRING FOR PIER–TO–PIER COMMUNICATIONS LOOP FOR ALL
        LIGHTING PANELS.



Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.

**KS+A**
KLUBER SKAHAN + ASSOCIATES, INC.

NOT USED (8)
SCALE: NTS

NOT USED (4)
SCALE: NTS

NOT USED (9)
SCALE: NTS

NOT USED (5)
SCALE: NTS

PULL STATION MTD. DETAIL (10)
SCALE: NTS

SMOKE DETECTOR FOR DOOR RELEASE DETAIL (6)
SCALE: NTS

FIRE ALARM SYSTEM RISER DIAGRAM (1)
SCALE: N.T.S.

A/V MTD. DETAIL (11)
SCALE: NTS

DUCT SMOKE INSTALLATION DETAIL (7)
SCALE: N.T.S.

NAC EXTENSION WIRING DETAIL (3)
SCALE: N.T.S.

ELEVATOR RECALL DETAIL (2)
SCALE: N.T.S.

**NEW JUNIOR HIGH SCHOOLS 1 AND 2**
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

JOB NO. 06-156-548/350
DRAWN        JRW
CHECKED      JRW
APPROVED     MTK

SHEET TITLE
FIRE ALARM SYSTEM
RISER DIAGRAM
& DETAILS

**E620**

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC



**FLOOR PENETRATION DETAIL** 7
SCALE: NTS

**TYP. CABLE RUNWAY SYSTEM DETAIL** 8
SCALE: NTS

**WALL PENETRATION DETAIL** 9
SCALE: NTS

**MULTI-GANG J-BOX DETAIL** 6
SCALE: NTS

**TYPICAL MDF CLOSET LAYOUT DETAIL** 4
SCALE: NTS

**ROUGH-IN NOTES** 2
SCALE: NTS

**LOW VOLTAGE RISER DIAGRAM** 1
SCALE: NTS

**COMMUNICATIONS OUTLET ROUGH-IN DETAIL** 5
SCALE: NTS

**PHONE & DATA OUTLET STUB-UP DETAIL** 3
SCALE: NTS

## NEW JUNIOR HIGH SCHOOLS 1 AND 2

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

JOB NO. 06-158-549/550
DRAWN        JK
CHECKED      WTK
APPROVED     WTK

LOW VOLTAGE
CABLING
RISER DIAGRAM &
DETAILS

SHEET NUMBER

**E630**

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.

## EXTERIOR LUMINAIRE SCHEDULE

*(Detailed tabular schedule — columns: TYPE, LAMPS NO./CAT. NO., MFGR, CAT. NUMBER, DESCRIPTION, VOL, DISTRIBUTION, SHIELDING, FINISH, MOUNTING, NOTE)*

## INTERIOR LUMINAIRE SCHEDULE

*(Detailed tabular schedule — columns: TYPE, LAMPS NO./CAT. NO., DESCRIPTION, MFGR, CATALOG NUMBER, VOLTAGE, SHIELDING, FINISH, MOUNTING, NOTE)*

### OUTDOOR LUMINAIRE SCHEDULE  (2)
SCALE: NTS



### GYM. LIGHTING MOUNTING DETAIL  (5)
SCALE: NTS

### 25' MAXIMUM PARKING LOT POLE BASE DETAIL  (3)
SCALE: N.T.S.



### 25' MAXIMUM WALKWAY POLE BASE DETAIL  (6)
SCALE: N.T.S.

### SITE LIGHTING PULL BOX DETAIL  (4)
SCALE: NTS

### INDOOR LUMINAIRE SCHEDULE  (1)
SCALE: NTS

KS+A
KLUBER, SKAHAN + ASSOCIATES

901 N. Batavia Ave., Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax 630.406.9472
www.kluberdesign.com

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

NEW JUNIOR HIGH SCHOOLS 1 AND 2

JOB NO.  06-158-548/550
DRAWN     JRW
CHECKED   JRW
APPROVED  MTK

SHEET TITLE
LUMINAIRE
SCHEDULES &
DETAILS

SHEET NUMBER
E730

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.



### LPS - LIGHTING CONTROL SCHEDULE

| AREA | CIRCUIT(S) | ZONE | ZONE CONTROL DESCRIPTION |
|---|---|---|---|
| CORRIDORS A105, A102, B105, B104, B106, B107, B139, B140, B204, B205, C101, C125, C126 | 1,3,5,7,9,11,13,15,17 | Z1 | TC ON/TC OFF - MAIN SWITCH OVERRIDE |
| GYM | 10,12,14,16,18,20 | Z2 | |
| PARKING LOT LIGHTING | 31, 33, 35, 37, 39, 41, 40, 42 | ZO1 | PC ON/PC OFF |
| ENTRY DOWNLIGHTS | 2,6 | ZO2 | PC ON/PC OFF |
| WALL PACKS | 4,8 | ZO3 | PC ON/PC OFF |
| EXTERIOR SIGN | 34,36 | ZO4 | PC ON/PC OFF |
| FLAGPOLE | 38 | ZO5 | PC ON/PC OFF |

### LP1 - LIGHTING CONTROL SCHEDULE

| AREA | CIRCUIT(S) | ZONE | ZONE CONTROL DESCRIPTION |
|---|---|---|---|
| FIRST FLOOR AREAS A, B & C | 1-26, 2-12 | Z3 | TC ON/TC OFF - MAIN SWITCH OVERRIDE |

### LP2 - LIGHTING CONTROL SCHEDULE

| AREA | CIRCUIT(S) | ZONE | ZONE CONTROL DESCRIPTION |
|---|---|---|---|
| FIRST FLOOR AREAS E & F | 1-15, 2-12 | Z4 | TC ON/TC OFF - MAIN SWITCH OVERRIDE |
| CORRIDOR, PROJECT AREAS, TOILETS - F105, F102, F104, F111, F113, F119, F120, F122 | 22,24,26 | Z5 | TC ON/TC OFF - LOCAL SWITCH OVERRIDE |

### LP3 - LIGHTING CONTROL SCHEDULE

| AREA | CIRCUIT(S) | ZONE | ZONE CONTROL DESCRIPTION |
|---|---|---|---|
| FIRST FLOOR AREA D | 1-6, 2-6 | Z6 | TC ON/TC OFF - MAIN SWITCH OVERRIDE |
| CORRIDOR, PROJECT AREAS, TOILETS - D105, D102, D104, D119, D120, D123, D111, D113, D131 | 19-27 | Z7 | TC ON/TC OFF - LOCAL SWITCH OVERRIDE |

### LP4 - LIGHTING CONTROL SCHEDULE

| AREA | CIRCUIT(S) | ZONE | ZONE CONTROL DESCRIPTION |
|---|---|---|---|
| SECOND FLOOR AREAS B & C | 1-7, 2 | Z8 | TC ON/TC OFF - MAIN SWITCH OVERRIDE |

### LP5 - LIGHTING CONTROL SCHEDULE

| AREA | CIRCUIT(S) | ZONE | ZONE CONTROL DESCRIPTION |
|---|---|---|---|
| SECOND FLOOR AREA F | 1-1-15, 6-12 | Z9 | TC ON/TC OFF - MAIN SWITCH OVERRIDE |
| CORRIDOR, PROJECT AREAS, TOILETS - F219, B209, F205, F202, F204, F211, F213 | 26, 30, 32, 34 | Z10 | TC ON/TC OFF - LOCAL SWITCH OVERRIDE |

### LP6 - LIGHTING CONTROL SCHEDULE

| AREA | CIRCUIT(S) | ZONE | ZONE CONTROL DESCRIPTION |
|---|---|---|---|
| SECOND FLOOR AREAS D, E | 3-13, 2-14 | Z11 | TC ON/TC OFF - MAIN SWITCH OVERRIDE |
| CORRIDOR, PROJECT AREAS, TOILETS - E211, D209, D202, D204, D216, D220, D223, D213 | 15,17,19,21 | Z12 | TC ON/TC OFF - LOCAL SWITCH OVERRIDE |

**GENERATOR CONTROL PANEL ONE-LINE** (5) — SCALE: N.T.S.

**EMERGENCY LIGHTING TRANSFER DEVICE** (1) — SCALE: N.T.S.

**LIGHTING CONTROL DETAIL** (9) — SCALE: NTS

**GENERATOR/ATS GROUNDING DETAIL** (6) — SCALE: NTS

**UTILITY CONTROLLER** (2) — SCALE: N.T.S.

**MOTION SENSOR STUB-UP DETAIL** (12) — SCALE: N.T.S.

**BUILDING STEEL GROUNDING DETAIL** (10) — SCALE: N.T.S.

**SITE LIGHTING TRENCHING DETAIL** (7) — SCALE: NTS

**T-STAT STUB-UP DETAIL** (3) — SCALE: NTS

**EWC OUTLET MTD. DETAIL** (11) — SCALE: NTS

**MAIN WATER GROUNDING DETAIL** (8) — SCALE: N.T.S.

**MAIN SERVICE GROUNDING DETAIL** (4) — SCALE: N.T.S.

KS+A — KLUBER, SKAHAN + ASSOCIATES, INC.

NEW JUNIOR HIGH SCHOOLS 1 AND 2

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308

OSWEGO, ILLINOIS 60543

| JOB NO. | 06-136-048/550 |
|---|---|
| DRAWN | JWW |
| CHECKED | JWW |
| APPROVED | MTH |

SHEET TITLE: ELECTRICAL DETAILS

SHEET NUMBER: **E810**