# Exhibit H

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
*For a Work of the Visual Arts*
VAu 739 - 704

EFFECTIVE DATE OF REGISTRATION

1 . 11 . 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼
Grande Park Elementary School
Plans and Project Manual - Under Construction

**NATURE OF THIS WORK ▼** See instructions
Architectural Work

Previous or Alternative Titles ▼
N/A

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

**2** 
NAME OF AUTHOR ▼
**a** Kluber, Skahan & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ | Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼ | Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3** 
**a** Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

**b** Date and Nature of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month | Day | Year
Nation

**4** 
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL 60510

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 1 1 2007
ONE DEPOSIT RECEIVED
JAN 1 1 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ►** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | _Sign_ | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**6**

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

N/A

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn-Suite 600
Chicago, IL 60603

Area code and daytime telephone number   312 782-7606          Fax number   312 782-0943
Email   Ngrojean@ancelglink.com

**b**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Kluber / Skahan & Associates, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicholas A. Grojean          Date   1/2/07

Handwritten signature (X) ▼
X _signature_

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Nicholas A. Grojean Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer Number/Street/Apt ▼ 140 South Dearborn-Suite 600 City/State/Zip ▼ Chicago, IL 60603 | • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

RI **VAu 756 – 021**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**

Grande Park Elementary School Plans and Project Manual-under construction

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 739-704 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 1 _____  Line Heading or Description Nature of this Work

**Incorrect Information as It Appears in Basic Registration ▼**

The Nature of this Work was provided as Architectural Work.

**Corrected Information ▼**

The Nature of this Work should be Architectural Plans and Project Manual.

**Explanation of Correction ▼**

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 6a _____  Line Heading or Description Derivative work

**Amplified Information and Explanation of Information ▼**

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

FORM CA RECEIVED

**MAY 2 1 2008**

FUNDS RECEIVED DATE

**MAY 2 1 2008**

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

**FORM CA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B *or* ☒ Part C

**D**

Part B
Line 2a            Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural Work."

Correct information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b            Description: Material added to this work

Original work of authorship of specifications, text, and technical drawings.

➕

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr.  c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

**E**

Phone ( 630 ) 453-8380          ➕ Fax ( 312 ) 268-5063          Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author        ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  Kluber, Skahan & Associates, Inc.
                                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼   Michael T. Kluber                    Date 16 May 08

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Joseph T. Kucala, Jr. |
| | Number/Street/Apt ▼ 1776 Ash Street |
| | City/State/ZIP ▼ Northfield, Illinois 60093 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# ABBREVIATIONS

| SYMBOL | DESCRIPTION |
|---|---|
| **A** | |
| A | AMPS |
| AF | AMPERE FRAME/AMPERE FUSE |
| AFF | ABOVE FINISHED FLOOR |
| AHU | AIR HANDLING UNIT |
| AIC | AMPERE INTERRUPTING CURRENT |
| AT | AMPERE TRIP |
| ATS | AUTOMATIC TRANSFER SWITCH |
| AWG | AMERICAN WIRE GAGE |
| **B** | |
| BKR | BREAKER |
| BOL | BUILT-IN OVERLOAD |
| BWE | BAKED WHITE ENAMEL |
| BTC | BRITISH THERMAL UNIT |
| **C** | |
| C | CONDUIT |
| CATV | CABLE TELEVISION SYSTEM |
| C/B | CIRCUIT BREAKER |
| CCTV | CLOSED CIRCUIT TELEVISION |
| CKT | CIRCUIT |
| CU | COPPER |
| **D** | |
| DPDT | DOUBLE-POLE, DOUBLE-THROW |
| DPST | DOUBLE-POLE, SINGLE-THROW |
| DS | DOWNSPOUT |
| **E** | |
| EBH | ELECTRIC BASEBOARD HEATER |
| EC | ELECTRICAL CONTRACTOR |
| ECH | ELECTRIC CABINET HEATER |
| EF | EXHAUST FAN |
| EM | EMERGENCY |
| EMT | ELECTRICAL METALLIC TUBING |
| EWC | ELECTRIC WATER COOLER |
| EWH | ELECTRIC WATER HEATER |
| **F** | |
| F | FUSED |
| FAAP | FIRE ALARM ANNUNCIATOR PANEL |
| FAOP | FIRE ALARM OPERATOR PANEL |
| FC | FUSE CLIP SIZE |
| FPB | FAN POWERED BOX |
| FBO | FURNISHED BY OTHERS |
| FLA | FULL LOAD AMPS |
| FLR | FLOOR |
| FPTC | FIRE PROTECTION CONTRACTOR |
| FS | FLOAT SWITCH |
| FVNR | FULL-VOLTAGE, NON-REVERSING |
| **G** | |
| GC | GENERAL CONTRACTOR |
| GFI | GROUND FAULT CIRCUIT INTERRUPTER |
| GRD | GROUND |
| GRS | GALVANIZED RIGID STEEL |
| **H** | |
| HOA | HAND-OFF-AUTOMATIC |
| HP | HORSEPOWER |
| HPS | HIGH PRESSURE SODIUM |
| HVAC | HEATING AND VENTILATING CONTRACTOR |
| HWGC | HEAVY WALL GALVANIZED CONDUIT |
| **I** | |
| IDF | INTERMEDIATE DISTRIBUTION FRAME |
| IG | ISOLATED GROUND |
| INC | INCANDESCENT |
| INT | INTEGRAL |
| IR | IN ROOM |
| IU | IN UNIT |
| **J** | |
| JB | JUNCTION BOX |
| **K** | |
| Kcmil | 1000 CIRCULAR MILS |
| KV | KILOVOLT |
| KVA | KILOVOLT-AMPS |
| KVAR | KILOVOLT-AMPS REACTIVE |
| KW | KILOWATT |
| KWH | KILOWATT-HOUR |
| **L** | |
| LP | LOW PRESSURE |
| LV | LOW-VOLTAGE |
| LVT | LOW-VOLTAGE THERMOSTAT |
| **M** | |
| MAG | MAGNETIC MOTOR STARTER |
| MAN | MANUAL MOTOR STARTER W/THERMAL OVERLOAD PROTECTION |
| MC | MECHANICAL CONTRACTOR |
| MCA | MAXIMUM CURRENT AMPACITY |
| MCB | MAIN CIRCUIT BREAKER |
| MCC | MOTOR CONTROL CENTER |
| MD | MOTORIZED DAMPER |
| MDP | MAIN DISTRIBUTION PANEL |
| MDP | MAIN DISTRIBUTION PANEL |
| MFR | MANUFACTURER |
| MH | METAL HALIDE |
| MLO | MAIN LUG ONLY |
| MOCP | MINIMUM OVERCURRENT PROTECTION |
| MS | MANUAL STARTER |
| MSBD | MAIN SWITCH BOARD |
| MTD | MOUNTED |
| MUA | MAKE-UP AIR UNIT |
| **N** | |
| N/A | NOT APPLICABLE |
| NC | NORMALLY CLOSED |
| NF | NON-FUSED |
| N.I.C. | NOT IN CONTRACT |
| NL | NIGHT LIGHT |
| NO | NORMALLY OPEN |
| N.T.S., NTS | NOT TO SCALE |
| NU | NEAR UNIT |
| **O** | |
| O.H. | OVERHEAD |
| OU | ON UNIT |
| OCPD | OVERCURRENT PROTECTION DEVICE |
| **P** | |
| PB | PUSH BUTTON |
| PDU | POWER DISTRIBUTION UNIT |
| PH | PHASE |
| PNL | PANEL |
| PWC | FURNISHED, INSTALLED, WIRED AND CONNECTED COMPLETE BY CONTRACTOR |
| PVC | POLYVINYL CONDUIT |
| PW | PRE-WIRED |
| **Q** | |
| QTY. | QUANTITY |
| **R** | |
| REQ'D | REQUIRED |
| RTU | ROOF TOP UNIT |

| SYMBOL | DESCRIPTION |
|---|---|
| **S** | |
| SC | SEPARATE CIRCUIT |
| SD | SMOKE DETECTOR |
| SF | SQUARE FEET |
| SPDT | SINGLE-POLE, DOUBLE-THROW |
| SPST | SINGLE-POLE, SINGLE-THROW |
| SS | STAINLESS STEEL |
| SW | SWITCH |
| SWBD | SWITCHBOARD |
| **T** | |
| T | THERMOSTAT |
| TELE | TELEPHONE |
| TC | TIME CLOCK |
| TCP | TEMPERATURE CONTROL PANEL |
| TS | TOGGLE SWITCH |
| TTB | TELEPHONE TERMINAL BOARD |
| TTC | TELEPHONE TERMINAL CABINET |
| TMU | THRU WALL AIR CONDITIONING UNIT |
| TYP. | TYPICAL |
| **U** | |
| UG | UNDERGROUND |
| UH | UNIT HEATER |
| UL | UNDERWRITERS LABORATORIES, INC. |
| U.N.O. | UNLESS NOTED OTHERWISE |
| UM | UNIT MANUFACTURER |
| UPS | UNINTERRUPTIBLE POWER SUPPLY |
| **V** | |
| V | VOLT |
| VA | VOLT-AMPERES |
| VAC | VOLT ALTERNATING CURRENT |
| VAV | VARIABLE AIR VOLUME |
| VFD | VARIABLE FREQUENCY DRIVE |
| **W** | |
| W | WATT |
| W/ | WITH |
| W/O | WITHOUT |
| WC | WIRE GUARD |
| WP | WEATHER PROOF |
| **X** | |
| X | EXISTING EQUIPMENT |
| XFMR | TRANSFORMER |
| XP | EXPLOSION-PROOF |
| **MISCELLANEOUS** | |
| 2-SP | TWO SPEED |

# ELECTRICAL SYMBOL'S LIST

## LUMINARIES

| SYMBOL (CEILING / WALL / FLOOR) | DESCRIPTION |
|---|---|
| | 2X4 FLUORESCENT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. SHADING=NIGHT LIGHT |
| | 2X2 FLUORESCENT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. NIGHT LIGHT AND EMERGENCY FIXTURE. |
| | FIXTURE WITH NORMAL/EMERGENCY LIGHTING TRANSFER DEVICE, SEE LIGHTING FIXTURE SCHEDULE. |
| | 4' FLUORESCENT INDIRECT FIXTURE TYPE, SEE LIGHT FIXTURE SCHEDULE. |
| A/2a | 4' FLUORESCENT STRIP FIXTURE TYPE, SEE LIGHT FIXTURE SCHEDULE. A= FIXTURE TYPE, 2= CIRCUIT ASSIGNMENT, a=SWITCH LEG |
| | DOWN LIGHT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | TRACK LIGHT FIXTURE, TYPE SEE LIGHTING FIXTURE SCHEDULE. |
| | WALL MOUNTED LIGHT FIXTURE TYPE, SEE LIGHTING FIXTURE SCHEDULE. |
| | SELF CONTAINED EMERGENCY BATTERY PACK W/ BATTERY BACK-UP SEE LIGHTING FIXTURE SCHEDULE. |
| | LED EXIT SIGN, ARROWS AS INDICATED, SEE LIGHTING FIXTURE SCHEDULE. WC= WIRE GUARD, PG= PLEXIGLASS SHIELD. |
| | EM/EXT COMBO UNIT, SEE LIGHTING FIXTURE SCHEDULE. |
| $1^S$ | SINGLE POLE TOGGLE SWITCH, 19A OR 20A AS REQUIRED, 120/277V. a=SWITCHING CONTROL, P=PILOT LIGHT, K=KEYED SW., LV=LOW VOLTAGE |
| $3_S$ | 3-WAY TOGGLE SWITCH, 19A OR 20A AS REQUIRED, 120/277V. |
| $4_S$ | 4-WAY TOGGLE SWITCH. |
| $S_D$ | LIGHTING CONTROL DIMMER SWITCH, SIZE AS INDICATED. |
| $S_M$ | MOMENTARY CONTACT SWITCH. |
| $S_T$ | THERMAL OVERLOAD SWITCH. |

## WIRING DEVICES & OUTLETS

| | DESCRIPTION |
|---|---|
| | SPECIAL PURPOSE DOUBLE RECEPTACLE, @18"AFF MATCH CONFIGURATION TO EQUIPMENT. |
| | DUPLEX RECEPTACLE, 20A 125V 2P 3W GRD, NEMA5-20R. @18"AFF 0=DEDICATED CIRCUIT, † =WP/D, @44"AFF, OR @6" ABOVE COUNTER. |
| | GFI/GROUND FAULT CIRCUIT INTERRUPTER PROTECTED RECEPTACLE, WP=WEATHER PROOF, 20A 125V 2P 3W GRD, NEMA5-20R. @18"AFF |
| | ISOLATED GROUND(IG) RECEPTACLE, @18"AFF |
| | DOUBLE DUPLEX RECEPTACLE, @18"AFF |
| | DOUBLE DUPLEX RECEPTACLE, @18"AFF |
| | SPECIAL PURPOSE DUPLEX RECEPTACLE, 20A 125V 2P 3W GRD, NEMA5-20R. REFER TO VIDEO OUTLET DETAIL. 20A 125V 2P 3W GRD, NEMA5-20R. @44"AFF |
| | FURNITURE RECEPTACLE OVERRIDE WITH FURNITURE OR CABINET MANUFACTURER. 20A 125V 2P 3W GRD, NEMA5-20R OR AS SPECIFIED. |
| | TAMPER PROOF DUPLEX RECEPTACLE, 20A 125V 2P 3W GRD, @18"AFF 0=DEDICATED CIRCUIT, † =WP/D, @44"AFF, OR @6" ABOVE COUNTER. |
| | CEILING RECEPTACLE, DROP CORD, OR CORD REEL AS NOTED. |
| | TELEPHONE OUTLET @18"AFF. REFER TO COMMUNICATION OUTLET DETAIL. ▼=PUBLIC WALL PHONE @54"AFF,  2V= 2 PHONE JACKS,  ▼ +6" ABOVE COUNTER |
| | COMMUNICATIONS OUTLET @18"AFF, REFER TO COMMUNICATION OUTLET DETAIL. B = BLANK JACK,  AV= AUDIO/VISUAL JACK,  MIC= MICROPHONE JACK.  +6" ABOVE COUNTER, AUX = AUX. CONNECT. |
| | FLUSH MTD. FLOOR BOX AND RECEPTACLE (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER) |
| | STAINLESS STEEL PEDESTAL W/ FLOOR BOX AND RECEPTACLE (SEE FLOOR PLANS FOR RECEPTACLE TYPE — I.E. GFI, SPECIAL, ETC.) |
| | FLUSH MTD. FLOOR BOX AND TELE/DATA OUTLET (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER) |
| | MULTI SERVICE CAST IRON RECESSED FLOOR BOX (COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER) |
| | POKE THRU POWER, (DEVICE FITTING SELECTED BY ARCHITECT/OWNER) |
| | POKE THRU TELE/DATA, (DEVICE FITTING SELECTED BY ARCHITECT/OWNER) |
| | POKE THRU COMBINATION POWER AND DATA (SEE PLANS FOR EXACT CONFIGURATIONS — SERVICE FITTING SELECTED BY ARCHITECT/OWNER) |
| | SPECIAL PURPOSE OUTLET NEMA SIZE AS NOTED. |
| | MULTI-CHANNEL SURFACE RACEWAY @18"AFF OR @6" ABOVE COUNTER. RUN LENGTH AS SHOWN ON PLANS, W/RECEPT. 6" ON CENTER, U.N.O. |
| | SCIENCE STATION, COMBINATION AC/DC OUTLET AND JACKS, FIXED AND VARIABLE CIRCUITS AS INDICATED. |
| | HAND DRYER,  PROVIDE TOGGLE 30A/1P DISCONNECT SWITCH ABOVE ACCESSIBLE CEILING. |
| | JUNCTION BOX |
| | PULL BOX, SIZE AS NOTED. |
| | POWER/TELEPHONE/DATA POLE OR MULTI CHANNEL METAL RACEWAY VERTICAL RUN, REFER TO DRAWINGS & DETAILS. |
| | ELECTRICALLY HELD LIGHTING CONTACTOR, SIZE, COIL VOLTAGE, AND NUMBER OF POLES AS INDICATED. |
| | ELECTRONIC TIME CLOCK. |
| | PHOTOCELL. |
| | FLEXIBLE CONDUIT CONNECTION. |
| | WIRING IN CONDUIT CONCEALED ABOVE CEILING, IN WALL, AND UNDER FLOOR OR UNDERGROUND. |
| | WIRING IN CONDUIT EXPOSED ON CEILING OR WALL. |
| | BRANCH CIRCUIT WIRING IN CONDUIT HOMERUN TO PANEL, ONE ARROW PER HOMERUN, SLASHES INDICATE NUMBER OF CONDUCTORS. |
| | INDICATES GROUND CONDUCTOR. |
| | INDICATES ISOLATED GROUND CONDUCTOR. |

## POWER EQUIPMENT & DEVICES

| | DESCRIPTION |
|---|---|
| | MANUAL MOTOR STARTER OR W/ DISCONNECT SWITCH WITH THERMAL OVERLOAD PROTECTION. |
| | SPEED CONTROL SWITCH FURNISHED BY MECHANICAL CONTRACTOR, INSTALLED AND WIRED BY ELECTRICAL CONTRACTOR. |
| | UF/DOWN/STOP PUSHBUTTON CONTROL STATION. |
| | SAFETY SWITCH, N=NON-FUSED (AMPS/POLES/ENCLOSURE), F=FUSED (AMPS/FUSE/POLES/ENCLOSURE). |
| | MAGNETIC MOTOR STARTER, NEMA SIZE AS NOTED. |
| | COMBINATION MAGNETIC MOTOR STARTER AND FUSED DISCONNECT SW. (AMPS/FUSE/POLES/NEMA SIZE). |
| | MOTOR, HP= HORSE-POWER RATING. |
| | ELECTRIC HEAT OUTLET |
| | RED MUSHROOM BUTTON FOR EMERGENCY SHUT-DOWN OF EQUIPMENT, PUSH OFF, KEY REQUIRED TO TURN BACK ON. |
| | PANEL 208V & 480V. |
| | PANEL ABOVE 240V. |
| | TRANSFORMER, TYPE AND RATINGS ARE AS SHOWN. |
| | GENERATOR REMOTE ANNUNCIATOR PANEL. |
| | CONTROL PANEL |
| | CEILING FAN |

## FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

| SYMBOL | DESCRIPTION |
|---|---|
| FACP | FIRE ALARM CONTROL PANEL. |
| FAAP | FIRE ALARM ANNUNCIATOR PANEL. |
| NAC | FIRE ALARM NOTIFICATION APPLIANCE CIRCUIT BOOSTER PANEL. |

## FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

| SYMBOL (CEILING / WALL / FLOOR) | DESCRIPTION |
|---|---|
| | FIRE ALARM PULL STATION, @48"AFF |
| | FIRE ALARM STROBE LIGHT, NUMBER INDICATES CANDELA LEVEL. (710cd UNLESS NOTED OTHERWISE), @80"AFF |
| | FIRE ALARM HORN/STROBE COMBINATION, @80"AFF NUMBER INDICATES CANDELA LEVEL (710cd UNLESS NOTED OTHERWISE) |
| | SMOKE DETECTOR. |
| | DUCT DETECTOR. |
| | HEAT DETECTOR. NUMBER=TEMP. RATING, RR=RATE OF RISE. |
| | FIRE ALARM DUCT SMOKE DETECTOR WITH FAN SHUT DOWN RELAY. |
| | REMOTE INDICATING LIGHT WITH TEST SWITCH. |
| | PROGRAMMABLE FAN SHUT DOWN RELAY. |
| | SPRINKLER ALARM FLOW SWITCH, FURNISHED BY DIV.15, WIRED BY E.C. |
| | SPRINKLER ALARM TAMPER SWITCH, FURNISHED BY DIV. 15, WIRED BY E.C. |
| | MONITOR/CONTROL MODULE, S=SINGLE POINT MONITOR MODULE, D=DUAL POINT, D=CONTROL MODULE. |
| | MAGNETIC DOOR HOLDER FOR FIRE ALARM SYSTEM. W=WALL, F=FLOOR. |
| | SPRINKLER BELL. |
| | WP=WEATHER PROOF. |
| | END OF LINE RESISTOR. |
| | FIRE FIGHTER'S HAT. |
| | ANSUL SYSTEM. |

## SECURITY & SIGNALING SYSTEM

| SYMBOL (CEILING / WALL / FLOOR) | DESCRIPTION |
|---|---|
| | CCTV CAMERA. WP=WEATHER PROOF. |
| | SECURITY MONITOR. |
| | MOTION SENSOR. B=BROAD BEAM, L=LONG RANGE BEAM. |
| | PANIC BUTTON. D=DESK, W=WALL, F=FLOOR. |
| | AUTOMATIC DOOR OPENER. WP=WEATHER PROOF. |
| | DOOR PROCESSING UNIT. |
| | SECURITY CONTROL PANEL, "MAIN BRAIN" |
| | PROXIMITY READER.  DOUBLE GANG JUNCTION BOX WITH SINGLE GANG PLASTER RING AND 3/4"C TO INDOOR ACCESSIBLE CEILING SPACE. |
| | MAGNETIC DOOR CONTACT SWITCH. |
| | DOOR STRIKE. |
| | DOOR BELL/CHIME/BUZZER |
| | MOTOR STARTER, STARTING TRANSFORMER. |

## INTERCOM, CLOCK & SOUND SYSTEM

| SYMBOL (CEILING / WALL / FLOOR) | DESCRIPTION |
|---|---|
| | PA/CLOCK SYSTEM CLOCK. D=DOUBLE FACE. |
| | PA/CLOCK SYSTEM SPEAKER. L=LOUD SPEAKER,  WP=WEATHER PROOF. |
| | PA/CLOCK SYSTEM VOLUME CONTROL. |
| | MICROPHONE JACK. |
| | INTERCOM SYSTEM SPEAKER. |
| | POWER SUPPLY. |
| | AMPLIFIER. |
| | SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F.  ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET. |
| | SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F.  ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET. |
| | DUAL GANG WALL BOX FOR REMOTE CONTROL +42" A.F.F.  ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET. |
| | AUDIO/VISUAL OUTLET WITH 1" CONDUIT STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING.  COORDINATE EXACT SIZE OF JUNCTION BOX WITH VIDEO/DATA CONTRACTOR |
| | AUDIO/VISUAL JUNCTION BOX |

## TELE/DATA, VIDEO SYSTEM

| SYMBOL | DESCRIPTION |
|---|---|
| | TV OUTLET WITH 3/4"C. STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING.  REFER TO TELE./DATA OUTLET DETAIL. |
| | INTERMEDIATE DISTRIBUTION FRAME. |
| | MAIN DISTRIBUTION FRAME. |
| | PHONE DISTRIBUTION CABINET |
| | PLYWOOD TELEPHONE TERMINAL BOARD, SIZE AS SHOWN. |

## DEMOLITION

| SYMBOL | DESCRIPTION |
|---|---|
| N | NEW DEVICE, OR EQUIPMENT. |
| | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE DEMOLISHED COMPLETE INCLUDING BRANCH CIRCUITRY TO SOURCE. |
| | REMOVED & RESTORED EXISTING EQUIPMENT WITH NEW AS SPECIFIED. |
| | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO REMAIN. (CIRCUIT # = REROUTE EXISTING CIRCUIT TO NEW CIRCUIT NUMBER) |
| | EXISTING ELECTRICAL OUTLET OR EQUIPMENT RELOCATED. (NEW LOCATION) |
| | EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE REMOVED & RELOCATED(OLD LOCATION). |

## MISCELLANEOUS

| SYMBOL | DESCRIPTION |
|---|---|
| | HVAC EQUIPMENT IDENTIFICATION |
| | KEYNOTE IDENTIFICATION |
| | DETAIL IDENTIFICATION |

## MOUNTING HEIGHT

| | |
|---|---|
| FIRE ALARM PULL STATION | 48" |
| STROBES | 80" |
| FIRE ALARM BELL/EXTERIOR) | 80" |
| FACP | 60" |
| EXIT SIGN(BOTTOM) | 80" |
| TV OUTLET | 18" |
| INTERCOM (CENTERLINE) | 48" |
| PHOTOCELL | 12'-0" |
| RECEPTACLE(CENTERLINE) | 18" |
| RECEPTACLE(KITCHEN) | 44" |
| TELEPHONE OUTLET(PUBLIC) | 54" |
| TELEPHONE OUTLET | 18" |
| SWITCHES | 48" |
| SAFETY SWITCH | 48" |
| PANEL(TOP) | 80" |

KS+A
KLUBER, SKAHAN + ASSOCIATES, INC.
10 S. Water Street, Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax. 630.406.1103
www.kluberinc.com

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

GRANDE PARK ELEMENTARY SCHOOL

ELECTRICAL
SYMBOL'S LIST

JOB NO.    05-136-311
DRAWN      JRW
CHECKED    MTK
APPROVED   JRW
SHEET TITLE

# E050

THIS IS A MASTER LEGEND AND NOT ALL SYMBOLS, ABBREVIATIONS, ETC. ARE NECESSARILY USED IN THIS PROJECT.

Copyright © 2008 KLUBER, SKAHAN + ASSOCIATES, INC.

## ELECTRICAL SCHEDULE

| ITEM NUMBER | ITEM DESCRIPTION | VOLTAGE | PHASE | AMPS | K.W. | HORSEPOWER | TYPE OF CONN. | HEIGHT ABOVE FIN. FLOOR | CONN. HEIGHT ON DEVICE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WALK-IN FREEZER COOLER | 120 | 1 | 20 | | | JB | +108" | +102" | LIGHTS, DOOR HEATER, HEATING TAPE, ETC. |
| 2 | WALK-IN SHELVING | | | | | | | | | |
| 3 | COOLER REFRIGERATION SYSTEM | | | | | | | | | |
| 3A | COOLER COIL | 120 | 1 | 4.2 | | | JB | +108" | +102" | |
| 3B | COOLER CONDENSER | 208 | 3 | | 1 | | JB | VER | | |
| 4 | COOLER SHELVING | | | | | | | | | |
| 5 | FREEZER REFRIGERATION SYSTEM | | | | | | | | | |
| 5A | FREEZER COIL | 208 | 1 | 10.9 | | | JB | +108" | +72" | INTERWIRE BETWEEN COIL AND CONDENSER |
| 5B | FREEZER CONDENSER | 208 | 3 | | 2 1/2 | | JB | VER | VER | N.C. TO VERIFY OUTLET REQUIREMENTS FOR HEATING TAPE [120V] |
| 6 | DISPOSER | 208 | 3 | 3.2 | | | JB | +24" | +24" | INTERCONNECT BETWEEN DISPOSER AND PANEL |
| 7 | CAN RACK | | | | | | | | | |
| 8 | STORAGE SHELVING | | | | | | | | | |
| 9 | DUNNAGE RACKS | | | | | | | | | |
| 10 | MOBILE TABLE | 120 | 1 | 1.5 | | | DGR | +48" | X | CONVENIENCE OUTLET |
| 11 | POT RACK | | | | | | | | | |
| 12 | PREP SINK | 120 | 1 | 1.5 | | | DGR | +48" | | CONVENIENCE OUTLET |
| 13 | WALL SHELF | | | | | | | | | |
| 14 | WALL CABINET | | | | | | | | | |
| 15 | WORKTABLE W/DRAWERS | 120 | 1 | 1.5 | | | DGR | +48" | | CONVENIENCE OUTLET |
| 16 | CEILING POT RACK | | | | | | | | | |
| 17 | STEAMER W/STAND | 208 | 3 | 30 | | | DGR | +24/48" | | ONE, FUTURE CONNECTION |
| 18 | 4-BURNER RANGE W/CONVECTION OVEN | 120 | 1 | 5 | | | DGR | +108" | | |
| 19 | CONVECTION OVEN [DOUBLE] | 120 | 1 | 66A | | | (2)DGR | +24/30" | | |
| 20 | MICROWAVE OVEN W/WALL SHELF | 120 | 1 | 14.6 | | | DGR | +48" | | |
| 21 | EXHAUST HOOD | 120 | 1 | 20 | | | JB | +108" | +102" | HOOD LIGHTS, INTERWIRE BETWEEN EXHAUST FAN AND SWITCH |
| 22 | FIRE SUPPRESSION SYSTEM | 120 | 1 | 1.8 | | | DGR | +108" | +108" | PROVIDE DEDICATED CIRCUIT |
| 23 | ROLL-THRU REFRIGERATOR | 120 | 1 | 11.6 | | | DGR | +90" | +84" | |
| 24 | ROLL-THRU FOOD WARMER | 120/208 | 1 | 14.7A | | | DGR | +90" | +84" | |
| 25 | ANGLE RACK | 120/208 | 1 | 10.7A | | | DGR | +60" | +84" | |
| 26 | HAND SINK | | | | | | | | | |
| 27 | TRASH RECEPTACLES [NOT IN 11400] | | | | | | | | | |
| 28 | SLICER | 120 | 1 | 1.8 | | | DGR | +48" | | |
| 29 | SLICER STAND | | | | | | | | | |
| 30 | CHEMICAL SHELVING | | | | | | | | | |
| 31 | MIXER | 120 | 1 | 8.2 | | | DGR | +48" | | |
| 32 | MIXER CART | | | | | | | | | |
| 33 | WATER COOLER | 120 | 1 | 9.9 | | | DGR | +4" | | |
| 34A | HOT FOOD TABLE | 120/208 | 1 | 25.2 | | | DGR | +4" | | |
| 34B | HOT FOOD TABLE | 120/208 | 1 | 19.4 | | | DGR | +4" | | |
| 35A | COLD FOOD COUNTER | 120 | 1 | 10.9 | | | DGR | +4" | | |
| 35B | COLD FOOD COUNTER | 120 | 1 | 10.9 | | | DGR | +4" | | |
| 36 | TRAY SLOT SECTION | 120 | 1 | 1.5 | | | DGR | +4" | | CONVENIENCE OUTLET |
| 37 | CASHIER STAND | 120 | 1 | 1.5 | | | DGR | +4" | | DEDICATED CIRCUIT, PROVIDE EMPTY JB FOR CONTROL WIRING |
| 38 | POS SYSTEM [NOT IN 11400] | | | | | | | | | WIRED THRU CASHIER STAND ITEM 37 |
| 39 | TRAY CART | | | | | | | | | |
| 40 | SOILED POT TABLE | | | | | | | | | |
| 41 | DISPOSER | 208 | 3 | 5.0 | | | JB | +24" | +12" | INTERCONNECT BETWEEN DISPOSER AND CONTROL PANEL |
| 42 | POTWASHER W/BOOSTER | 208 | 3 | 3.3 | | | JB | +24" | +12" | AMPERAGE BASED ON 110 DEG INCOMING H.W. |
| 43 | CONDENSATE HOOD | | | | | | | | | |
| 44 | CLEAN POT TABLE | | | | | | | | | |
| 45 | WALL MOUNTED POT RACK | | | | | | | | | |
| 46 | UTILITY CARTS | | | | | | | | | |
| 47 | HOSE REEL | | | | | | | | | |

### ENLARGED KITCHEN PLAN & EQUIPMENT SCHEDULE ①
SCALE: 1/4"=1'-0"

---

### NOT USED ⑧
SCALE: NTS

### EWC OUTLET MTD. DETAIL ⑥
SCALE: NTS

ELECTRIC WATER COOLER

### BUILDING STEEL GROUNDING DETAIL ④
SCALE: NTS

### T-STAT STUB-UP DETAIL ②
SCALE: NTS

---

### MAIN SERVICE GROUNDING DETAIL ⑨
SCALE: NTS

### MAIN WATER GROUNDING DETAIL ⑦
SCALE: NTS

### NOT USED ⑤
SCALE: NTS

---

## KS+A
KLUBER, SKAHAN + ASSOCIATES, INC.

## GRANDE PARK ELEMENTARY SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

## KEYNOTES

18.800  E.C. TO PROVIDE RECEPTACLE FOR DRAIN LINE HEATER TAPE AND TO INTERWIRE
[2] FIELD INSTALLED ADDITIONAL LIGHTS. REFER TO FOODSERVICE EQUIPMENT
PLANS FOR MORE INFORMATION.

18.800  INTERWIRE BETWEEN EXHAUST FAN AND SWITCH LOCATED IN KITCHEN. SEE KITCHEN
DRAWINGS FOR ADDITIONAL INFORMATION.

18.800  ELECTRICAL CONTRACTOR SHALL INSTALL [2] ADDITIONAL COOLER LIGHTS SUPPLIED
BY THE KITCHEN EQUIPMENT CONTRACTOR.

18.800  REMOTE FIRE PULL. VERIFY EXACT LOCATION BETWEEN FIRE SUPPRESSION SYSTEM
CONTRACTOR AND LOCAL CODES.

18.850  E.C. UNDERGROUND CONDUIT FOR POS SYSTEM.  PROVIDE CONTROL CABLE FROM POS
STATIONS TO OFFICE.  COORDINATE EXACT REQUIREMENTS WITH OWNER.

18.850  INTERCONNECT WIRING AND AS REQUIRED TO INTERWIRE BETWEEN THE COIL AND
THE CONDENSER.

18.870  PROVIDE CONDUIT AND WIRING AS REQUIRED TO INTERCONNECT FIRE SUPPRESSION
SYSTEM TO SHUNT-TRIP CIRCUIT BREAKERS IN PANEL KTC1.

## GENERAL NOTES

1.  REFER TO ARCHITECTURAL, MECHANICAL, PLUMBING, FIRE PROTECTION PLANS, SHOP DRAWINGS AND
MANUFACTURERS INSTALLATION INSTRUCTIONS FOR ADDITIONAL INFORMATION ON EXACT POWER, WIRING &
ROUGH-IN REQUIREMENTS AND LOCATIONS OF DEVICES.

2.  REFER TO FOODSERVICE EQUIPMENT DRAWINGS FOR ADDITIONAL INFORMATION.

3.  VERIFY EXACT OUTLET REQUIREMENTS WITH KITCHEN EQUIPMENT CONTRACTOR PRIOR TO INSTALLATION.

4.  COORDINATE LOCATIONS OF ELECTRICAL DEVICES WITH INFORMATION CONTAINED ON ARCHITECTURAL PLAN
AND ELEVATION DRAWINGS.

JOB NO.        05-158-011
DRAWN         JRW
CHECKED      JRW
APPROVED     JRW

SHEET TITLE
ELECTRICAL
ENLARGED PLANS
& DETAILS

SHEET NUMBER

# E810

Copyright © 2008 KLUBER, SKAHAN + ASSOCIATES, INC.

## EXTERIOR LUMINAIRE SCHEDULE

| TYPE | LAMPS NO | CAT. NO | MFGR | CAT. NUMBER | DESCRIPTION | V | DISTRIBUTION | SHIELDING | FINISH | MOUNTING | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OA | 1 | 400MH CLEAR | McGRAW-EDISON | GSM-AM-400MH-277-AS-F-G | | 277V | AREA SQUARE | TEMPERED GLASS | DARK BRONZE | 4" OR 5" POLE ARM | 3,17,18 |
| | | | EXCELINE | 5SSS-A25/Y | | | | | | | |
| | | | SPAULDING | (2) GSM-AM-400MH-277-AS-F-G | | | | | | | |
| OA2 | 1 | 400MH CLEAR | McGRAW-EDISON | GSM-AM-400MH-277-AS-F-G | | 277V | AREA SQUARE | TEMPERED GLASS | DARK BRONZE | 4" OR 5" POLE ARM | 16,17,18 |
| | | | EXCELINE | (2)VL84058-FG-4 | | | | | | | |
| | | | SPAULDING | 5SS5-A25/Y | | | | | | | |
| OB | 1 | 100MH CLEAR | LIGHTOLIER | C7E17FL-C710MHE2 | EXTERIOR DOWNLIGHT | 277V | - | FRESNEL LENS | - | RECESSED | 3,17,18 |
| | | | PORTFOLIO | M50XT-740-100GDP | EXTERIOR DOWNLIGHT | | | | | | |
| OC | 1 | 100MH CLEAR | LUMARK | MHP-1-100-277-LL | WALL PACK | 277V | TYPE IV | CLEAR TEMPERED GLASS | NATURAL ALUMINUM | WALL | 3,17,18 |
| | | | ALUMLITE | SV-1-17N-277-CC-277 | WALL PACK | | | | | | |
| | | | PATHWAY | TRP-175HE | WALL PACK | | | | | | |
| OE | 1 | 175MH CLEAR | McGRAW-EDISON | GSM-AM-400-MH-M/T-3F-F-G-HS | | 277V | TYPE III | | | ARM MOUNTED CUT OFF | 3,17,18 |
| OF | 1 | 400MH CLEAR | McGRAW-EDISON | GSM-AM-400-MH-M/T-F-G-HS | | 277V | FORWARD THROW | TEMPERED GLASS | DARK BRONZE | 4" OR 5" POLE ARM | 3,17,18 |
| OH | 1 | 175MH CLEAR | GREENLEE | SLS-GMC-BRZ MOUNTING BRACKET APPROVED EQUAL | FLOODLIGHT | 277V | | TEMPERED GLASS | GRADE MOUNTED PENDANT | 17,18,19 |
| | | | KIM | ALF1S175MH/277/DB-P-NDG/SM2/DB-P | | | | | | | |

**OUTDOOR LUMINAIRE SCHEDULE** — SCALE: NTS (4)

---

## INTERIOR LUMINAIRE SCHEDULE

| TYPE | LAMPS NO | CAT. NO | DESCRIPTION | MFGR | CATALOG NUMBER | VOLTAGE | SHIELDING | FINISH | MOUNTING | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|
| F2 | 3 | F32T8/ TL841 | 2X4 LAY-IN W/ PRISMATIC LENS | METALUX | 2GRB-332A-E881-U | 120/277V | PRISMATIC ACRYLIC | WHITE | RECESSED | |
| | | | | LIGHTOLIER | XP2GV432-15SV277-GG | | | | | |
| | | | | COLUMBIA | J34-332G-FS4-12-124-EB4-U | | | | | |
| F2A | 3 | F32T8/ TL841 | SAME AS F2 W/(1) LAMP EM BATTERY PACK & (2) LAMP ELEC. BALLASTS | METALUX | 2GRB-332A-E881-U-(1) LAMP EM BAL | 120/277V | PRISMATIC ACRYLIC | WHITE | RECESSED | |
| | | | | LIGHTOLIER | XP2GV432/15SV277-GG-EM | | | | | |
| | | | | COLUMBIA | J34-332G-FS4-12-124-EB4-UNV-EL | | | | | |
| F3 | 2 | F32T8/ TL841 | 1X4 RECESSED ASYMMETRIC DIRECT/INDIRECT | METALUX | RD14X1-232RP-E881-U | 120/277V | ROUND PERFORATED WHITE STEEL | WHITE | RECESSED | |
| | | | | LIGHTOLIER | DV612PFA3232V20/27750 | | | | | |
| | | | | COLUMBIA | 77-232-MPD-E88-UNV | | | | | |
| F3A | 2 | F32T8/ TL841 | SAME AS F3 W (1) LAMP EM BATTERY PACK & (1) LAMP ELEC. BALLAST | METALUX | RD14X1-232RP-E881-U-(1) LAMP EM BAL | 120/277V | ROUND PERFORATED | WHITE | RECESSED | |
| | | | | LIGHTOLIER | DV612PFA3232V20/27750-EM | | | | | |
| | | | | COLUMBIA | STE14-C232-MPD-E88-UNV-EL | | | | | |
| F4 | 2 | F32T8/ TL841 | MULTIPURPOSE STRIP LIGHT W/ WIRE GUARD | METALUX | SS-232EB81-WG-U | 120/277V | NONE | CEILING/ SURFACE | 1,4,5 | |
| | | | | LIGHTOLIER | SW4C232/277-GG-WG | | | | | |
| | | | | COLUMBIA | CS4-232-EB4-UNV-CSWG4 | | | | | |
| F4A | 2 | F32T8/ TL841 | SAME AS F4 W (1) LAMP EM BATTERY PACK & (1) LAMP ELEC. BALLAST | METALUX | SS-232EB81-WG-U-(1) LAMP EM BAL | 120/277V | NONE | CEILING/ SURFACE | 1,4,5 | |
| | | | | LIGHTOLIER | SW4C232/277-GG-WG-EM | | | | | |
| | | | | COLUMBIA | CS4-232-EB4-UNV-CSWG4-EL | | | | | |
| F5 | 1 | CF7W26W/ GQ4q-H | 6" APERTURE CFL DOWN LIGHT | METALUX | 8822COSP-7-HCBU | 120/277V | NONE | CLEAR ALDAK | RECESSED | |
| | | | | PATHWAY | 6VF-127-DR4WF/SCLPP | | | | | |
| F6 | 1 | CF7W26W/ GQ4q-H | 6" APERTURE CFL DOWN LIGHT | PORTFOLIO | C6032-2D6001-U | 120/277V | NONE | CLEAR ALDAK | RECESSED | |
| | | | | LIGHTOLIER | 8221COSP-561SBCU | | | | | |
| | | | | PATHWAY | 6VF-127-DR4WF/SCLPF | | | | | |
| F7 | 1 | 100W INCAN | ELEVATOR FIXTURE W/ WIRE GUARD | LUMARK | ICVW1G | 120V | PRISMATIC TEMPERED GLASS W/ WG | WALL/ CEILING | | |
| | | | | HUBBELL | VW-101VGG-1S | | | | | |
| F8 | 3 | F32T8/ TL841 | 2X4 3" LOUVER PARABOLIC TROFFER (18 CELL) | METALUX | 2CF3GAA-3320384-E881-U | 120/277V | PARABOLIC LOUVER | LOW IRIDESCENT ANODIZED | RECESSED | 11 |
| | | | | LIGHTOLIER | DPA3G18LP332/30/277-GG | | | | | |
| | | | | COLUMBIA | P4D24-3320-MA36-3EB4/D-UNV-EL | | | | | |
| F8A | 3 | F32T8/ TL841 | 2X4 3" LOUVER PARA SAME AS F8 W/(1) LAMP EM BATTERY PACK & (2) LAMP ELEC. BALLAST | METALUX | 2CF3GAA-3320384-E881-U-(1) LAMP EM BAL | 120/277V | PARABOLIC LOUVER | LOW IRIDESCENT ANODIZED | RECESSED | 11 |
| | | | | LIGHTOLIER | DPA3G18LP332/30/277-GG-EM | | | | | |
| | | | | COLUMBIA | P4D24-3320-MA36-3EB4/D-UNV-EL | | | | | |
| F12 | 6 | F32T8/ TL841 | 2 X 4 HIGH BAY FLUORESCENT | METALUX | 2HB-632-A/WG-UPL4-SHK-E882 | 120/277V | ACRYLIC LENS WIREGUARD & ALUMINUM DOORFRAME | WHITE | CEILING/ SURFACE | 4,20 |
| | | | | LIGHTOLIER | FLHWG8632-A-FL-WLENS-FL/WG/ABS | | | | | |
| | | | | COLUMBIA | P4D24-3320-MA36-3EB83/D-UNV-EM | | | | | |
| F12A | 6 | F32T8/ TL841 | SAME AS F12 W/ (2) LAMP EM BATTERY PACK & (2) LAMP ELEC. BALLAST | METALUX | 2HB-632-A/WG-UPL4-SHK-E882-(1) EM BAL | 120/277V | ACRYLIC LENS WIREGUARD & ALUMINUM DOORFRAME | WHITE | CEILING/ SURFACE | 4,20 |
| | | | | LIGHTOLIER | FLHWG8632-B-2-A-FL-WLENS-FL/WG/ABS | | | | | |
| | | | | COLUMBIA | P4D24-3320-MA36-3EB83/D-UNV-EL | | | | | |
| F14 | - | | SELF-CONTAINED EMXORT COMBO UNIT W/SEL | ISLTRON | EM1213 39-03WG | 120/277V | THERMO PLASTIC | WHITE | CEILING/ WALL | |
| | | | | ISLTRON | EM1213 39-03WG | | | | | |
| | | | | SURE-LITES | CCA-71-WH/4DH | | | | | |
| F15 | - | | SELF-CONTAINED EMERGENCY UNIT W/(2) 3HRS OF BATTERY BACK-UP | ISLTRON | LT-U-6-WI | 120/277V | | WHITE | CEILING/ WALL | 5,9 |
| | | | | DUAL-LITE | LTU-6-WI | | | | | |
| | | | | SILTRON | EM41 | | | | | |
| | | | | DUAL-LITE | LZ15 | | | | | |
| F16 | - | | 6" LED SEE SIGN W/ 3HRS OF BATTERY BACK-UP | SILTRON | LFR-10-R9HH | 120/277V | THERMOPLASTIC | WHITE | CEILING/ WALL | 5,9 |
| | | | | ISLTRON | FWL | | | | | |
| | | | | DUAL-LITE | LXU-R-W-E | | | | | |
| F17 | 1 | F32T8/ TL841 | 2X4 3" LOUVER PARABOLIC TROFFER (9 CELL) | METALUX | 2CF3GAA-632WA-E881-U | 120/277V | PARABOLIC LOUVER | LOW IRIDESCENT ANODIZED | RECESSED | |
| | | | | LIGHTOLIER | DPA2G9L3432/30/277-GG-EM | | | | | |
| | | | | COLUMBIA | P4D24-6320-MA48-6EB4-UNV-EL | | | | | |
| F17A | 1 | F32T8/ TL841 | SAME AS F17 W/ (1) LAMP EM BATTERY PACK & (1) LAMP ELEC. BALLAST | METALUX | 2CF3GAA-632WA-E881-U-(1) LAMP EM BAL | 120/277V | PARABOLIC LOUVER | LOW IRIDESCENT ANODIZED | RECESSED | |
| | | | | LIGHTOLIER | DPA2G9L3432/30/277-GG-EM | | | | | |
| | | | | COLUMBIA | P4D24-6320-MA48-6EB4-UNV-EL | | | | | |
| F18 | 2 | COMPACT FLUOR | AREA OF RESCUE SIGN W/ BATTERY BACKUP | ALKCO | EB-1212DFU277 - "AREA OF RESCUE ASSISTANCE" | 120/277V | POLYCARBONATE | EXTRUDED ALUMINUM | SURFACE | |
| | | | | DUAL-LITE | SE-S-R-N-E-SN13 | | | | | |
| F20 | 1 | | INDIRECT FLUORESCENT LINEAR LIGHTING SYSTEM | CORELITE | AWSR-1TR-C-UN4-SU-WA-ER | 120/277V | NONE | EXTRUDED ALUMINUM | SURFACE | |
| | | | | LIGHTOLIER | LP-W-1-T8-4-U | | | | | |
| | | | | ALERA | CV-1TL-PERF-HM4-E88UNV-A-8N | | | | | |

**INDOOR LUMINAIRE SCHEDULE** — SCALE: NTS (1)

---

**NOTES:**
1. RUN LENGTH AS SHOWN ON THE DRAWINGS.
2. PROVIDE 48" FULLY ADJUSTABLE AIRCRAFT CABLE WITH STRAIGHT CORD POWER FEED.
3. PROVIDE ALL NECESSARY FITTINGS, MOUNTING HARDWARES, AND FINISH PLATES.
4. PROVIDE UNISTRUT MOUNTING SUPPORT AS NECESSARY, PAINT TO MATCH CEILING.
5. PROVIDE WIREGUARD AS SHOWN ON THE DRAWINGS.
6. PROVIDE GYM WIRE GUARD WITH SAFETY CHAIN FOR ALL.
7. PROVIDE ENCAPSULATED QUIET BALLAST FOR ALL.
8. PROVIDE QUARTZ RESTRIKE AS SHOWN ON DRAWINGS.
9. FACE, ARROW, & MOUNTING AS SHOWN ON THE DRAWINGS.
10. PROVIDE PENDANT LENGTHS AS REQUIRED.
11. PROVIDE DIMMABLE BALLASTS WHERE SHOWN ON DRAWINGS.
12. PROVIDE COLD WEATHER BALLASTS.
13. FG - DENOTES FUSELESS COVER.
14. SEE DETAIL 1 ON SHEET E910 FOR WIRING DIAGRAM OF EMERGENCY LIGHTING TRANSFER DEVICE.
15. PROVIDE DIMMING MODULE AS SHOWN ON DRAWINGS.
16. ALL POLES SHALL BE 25' HIGH UNLESS SPECIFICALLY NOTED OTHERWISE ON DRAWINGS.
17. PROVIDE COMBINATIONS OF REFLECTOR TYPES, LENS TYPES, AND LAMP TYPES TO ACHIEVE DESIRED DISTRIBUTION.
18. PROVIDE ALL NECESSARY ACCESSORIES SUCH AS MOUNTING BRACKETS AND ADAPTERS TO COMPLETE THE SYSTEM.
19. COLOR SELECTED BY ARCHITECT.
20. ENCLOSE EACH INDIVIDUAL LAMP WITH TUBE GUARD.

**INT. & EXT. LUMINAIRE SCHEDULE NOTES** — SCALE: NTS (5)

---



**25' PARKING LOT POLE BASE DETAIL** — SCALE: NTS (7)

---



**SITE TRENCHING DETAIL** — N.T.S. (8)

---



**SITE LIGHTING PULL BOX DETAIL** — SCALE: NTS (6)

---



**EM. LIGHTING/BATTERY BACK-UP BALLAST** — SCALE: NTS (3)

---

**PANEL LP1A - LIGHTING CONTROL**

**LIGHTING CONTROL DETAIL** — SCALE: NTS (2)

---

KLUBER, SKAHAN + ASSOCIATES, INC.

GRANDE PARK ELEMENTARY SCHOOL

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

SHEET TITLE
LUMINAIRE SCHEDULES & DETAILS

JOB NO.  05-138-011
DRAWN    JRW
CHECKED  MTK
APPROVED JRW

SHEET NUMBER

E720

Copyright © 2008 KLUBER, SKAHAN + ASSOCIATES, INC.



## FLOOR PENETRATION DETAIL (7)
SCALE: NTS

**TYPICAL FLOOR PENETRATION**

NOTES:
1. NEATLY CORE ALL MASONRY AND BLOCK WALLS.
2. RIGIDLY SUPPORT ALL RACEWAYS.
3. PROVIDE FIRE BARRIER CAULK AT FLOOR, CORRIDOR AND FIRE SEPARATION WALLS.

## TYP. CABLE RUNWAY SYSTEM DETAIL (8)
SCALE: NTS

## WALL PENETRATION DETAIL (9)
SCALE: NTS

**TYPICAL WALL PENETRATION**

NOTES:
1. NEATLY CORE ALL MASONRY AND BLOCK WALLS.
2. RIGIDLY SUPPORT ALL RACEWAYS.
3. PROVIDE FIRE BARRIER CAULK AT FLOOR, CORRIDOR AND FIRE SEPARATION WALLS.

## LOW VOLTAGE RISER DIAGRAM (1)
SCALE: NTS

## MDF CLOSET LAYOUT DETAIL (4)
SCALE: NTS

## MULTI-GANG J-BOX DETAIL (6)
SCALE: NTS

## ROUGH-IN NOTES (2)
SCALE: NTS

## COMMUNICATIONS OUTLET ROUGH-IN DETAIL (5)
SCALE: NTS

## PHONE & DATA OUTLET STUB-UP DETAIL (3)
SCALE: NTS

# GRANDE PARK ELEMENTARY SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

| | |
|---|---|
| JOB NO. | 05-158-011 |
| DRAWN | JRW |
| CHECKED | MTK |
| APPROVED | JRW |

SHEET TITLE
LOW VOLTAGE
CABLING
RISER DIAGRAM &
DETAILS

SHEET NUMBER
**E630**

Copyright © 2008 KLUBER, SKAHAN + ASSOCIATES, INC.



**KS+A**
KLUBER, SKAHAN + ASSOCIATES, INC.

**GRANDE PARK ELEMENTARY SCHOOL**
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

| | NOT USED | 8 |
| PULL STATION MTD. DETAIL | | 4 |
| | NOT USED | 9 |
| A/V MTD. DETAIL | | 5 |
| | NOT USED | 10 |
| SMOKE DETECTOR FOR DOOR RELEASE DETAIL | | 6 |
| FIRE ALARM SYSTEM RISER DIAGRAM | | 1 |
| | NOT USED | 11 |
| | NOT USED | 7 |
| NAC EXTENSION WIRING DETAIL | | 3 |
| ELEVATOR RECALL DETAIL | | |

**SCALE: NTS**

NOTE:

1. INDICATED QUANTITIES ARE NOT EXACT AND ARE NOT TO BE USED FOR ESTIMATING PURPOSES. DEVICE QUANTITIES AND LOCATIONS ARE INDICATED ON THE FLOOR PLAN DRAWINGS. WHERE A CONFLICT EXISTS BETWEEN THESE QUANTITIES AND THE FLOOR PLAN QUANTITIES, THE HIGHER QUANTITY SHALL BE REQUIRED.

2. EACH SUPPLY UNIT SHALL HAVE SMOKE DETECTOR AND FAN STOP RELAY TO STOP FAN ON ANY FIRE ALARM. ALL FANS TO BE RESET FROM FIRE ALARM CONTROL PANEL.

3. VERIFY EXACT FLOW & TAMPER SWITCH QUANTITIES AND LOCATIONS W/ FIRE PROTECTION CONTRACTORS IN FIELD.

**FIRE ALARM SYSTEM RISER DIAGRAM** — SCALE: NTS

NOTE:

1. THIS RISER DIAGRAM IS SCHEMATIC IN NATURE INTENDED TO DEMONSTRATE THE PERFORMANCE REQUIREMENTS OF THIS PROJECT.

2. ALL NOTIFICATION APPLIANCES SHALL BE CONNECTED TO AUXILIARY POWER N.A.C. PANEL.

3. E.C. SHALL DETERMINE QUANTITY & LOCATION OF NAC EXTENDER.

4. TOTAL CONNECTED LOAD ON SINGLE AUXILIARY POWER N.A.C. PANEL SHALL BE LIMITED TO 70% OF TOTAL CAPACITY.

5. E.C. SHALL PROVIDE CALCULATIONS ORGANIZED BY N.A.C. PANEL.

**NAC EXTENSION WIRING DETAIL** — SCALE: NTS

**ELEVATOR RECALL DETAIL** — SCALE: NTS

JOB NO.   06-158-011
DRAWN    JRW
CHECKED  MTK
APPROVED JRW

SHEET TITLE
FIRE ALARM SYSTEM
RISER DIAGRAM
& DETAILS

SHEET NUMBER
**E620**

Copyright © 2008 KLUBER, SKAHAN + ASSOCIATES, INC.



**ELECTRICAL ONE LINE DIAGRAM** ①
SCALE: NTS

**GRANDE PARK ELEMENTARY SCHOOL**
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

JOB NO.   06-158-011
DRAWN   JRW
CHECKED   MTK
APPROVED   JRW

SHEET TITLE
ELECTRICAL
ONE LINE
DIAGRAM
& LOAD SCHEDULES

SHEET NUMBER
**E610**

| MDF | FRONT ACCESSIBLE, NEMA1 ENCL., BOTTOM FEED | | | |
| | GROUND FAULT PROTECTION, FLOOR MOUNT | | | |
| CKT | DESCRIPTION | A | B | C | TOTAL |
|---|---|---|---|---|---|
| 1 | T1 (RDP1) | 46081 | 44591 | 44591 | 135242 |
| 2 | T3 (RDP2) | 25952 33333 | 25952 33333 | 25952 33333 | 77857 |
| 3 | LP-1A | 30396 | 28942 | 29245 | 88583 |
| 4 | LP-2A | 23154 | 21321 | 22044 | 66519 |
| 5 | LP-C | 4192 | 4702 | 6312 | 15190 |
| 6 | ELEVATOR | 7467 | 7467 | 7467 | 22401 |
| 7 | RT-1 | 66853 | 66853 | 66853 | 266559 |
| 8 | RT-2 | 14670 | 14670 | 14670 | 44010 |
| 9 | RT-3 | 23528 | 23528 | 23528 | 70584 |
| 10 | RT-4 | 6366 | 6366 | 6366 | 19098 |
| 11 | RT-5 | 6643 | 6643 | 6643 | 19929 |
| 12 | P-1A | 1333 | 1333 | 1333 | 3999 |
| 13 | P-1B | 1333 | 1333 | 1333 | 3999 |
| 17 | TVSS | | | | |
| | TOTAL WATTS | 279959 | 275691 | 278327 | 833976 |
| | TOTAL AMPS | 1011 | 995 | 1005 | 1003 |

| RDP1   DEMAND LOADS | FRONT ACCESSIBLE, TOP FEED, WALL MOUNT. | | | |
| CKT | DESCRIPTION | A | B | C | TOTAL |
|---|---|---|---|---|---|
| 1 | RP-B | 6487 | 6487 | 6487 | 19460 |
| 2 | RP-2A | 15134 | 15134 | 15134 | 45402 |
| 3 | RP-1A | 15160 | 15160 | 15160 | 45480 |
| 5 | RP-3A | 9300 | 7800 | 7800 | 24900 |
| | TOTAL WATTS | 46081 | 44591 | 44591 | 135242 |
| | TOTAL AMPS | 384 | 372 | 372 | 375 |

| RDP2   DEMAND LOADS | FRONT ACCESSIBLE, TOP FEED, WALL MOUNT. | | | |
| CKT | DESCRIPTION | A | B | C | TOTAL |
|---|---|---|---|---|---|
| 1 | RP-C | 6952 | 6952 | 6952 | 20857 |
| 2 | KTC | | | | |
| 3 | KTC (CONTINUE) | 19000 | 19000 | 19000 | 57000 |
| 4 | SPARE | | | | 0 |
| 5 | SPACE | | | | |
| | TOTAL WATTS | 25952 | 25952 | 25952 | 77857 |
| | TOTAL AMPS | 216 | 216 | 216 | 216 |

**LOAD SCHEDULES** ②
SCALE: NTS