# Exhibit I

@ 005/008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VAu 739 - 070

EFFECTIVE DATE OF REGISTRATION

| | | |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
New Elementary Schools 1 and 2
(Southbury Elementary)
Architectural Plans-not yet constructed

**NATURE OF THIS WORK ▼** See instructions

Architectural Work

**Previous or Alternative Titles ▼**
Alternative Title: New Elementary Schools 1 and 2 (Hunt Club Elementary)

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**NAME OF AUTHOR ▼**

**a** Kluber, Skahan & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☒ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information     Month          Day          Year
ONLY if this work
has been published.                                              Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 1 ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL 60510

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
1-4-07   5-17-07
ONE DEPOSIT RECEIVED
1-4-07
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | _Spw_ | | FORM VA |
| CHECKED BY | | | |
| | CORRESPONDENCE ☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼  Account Number ▼

N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn, Suite 600
Chicago, IL 60603

Area code and daytime telephone number 312/782-7606    Fax number 312/782-0943

Email Ngrojean@ancelglink.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the **8**

check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Kluber, Skahan & Associates, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicholas A. Grojean    Date 5/17/07

Handwritten signature (X) ▼

X _Nicholas P. Lee_

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
Number/Street/Apt ▼ 140 South Dearborn-Suite 600
City/State/Zip ▼ Chicago, IL 60603

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA — Full. Rev: 06/2002—30,000  Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,028

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

RE~~~~~~

**VAu 756 – 020**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
New Elementary Schools 1 and 2 (Southbury Elementary) Architectural Plans-not yet constructed

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 739-070 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number **1**          Line Heading or Description **Nature of this Work**

Incorrect Information as It Appears in Basic Registration ▼

The Nature of this Work was provided as Architectural Work.

Corrected Information ▼

The Nature of this Work should be Architectural Plans.

Explanation of Correction ▼

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number **6a**          Line Heading or Description **Derivative work**

Amplified Information and Explanation of Information ▼

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

| FORM CA RECEIVED | FORM CA |
|---|---|
| **MAY 2 1 2008** | |

| FUNDS RECEIVED DATE | |
|---|---|
| **MAY 2 1 2008** | |

| EXAMINED BY *WB* | FOR COPYRIGHT |
|---|---|
| CORRESPONDENCE ☐ | OFFICE USE ONLY |

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B *or* ☒ Part C

**D**

Part B
Line 2a            Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural plans."

Correct information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b            Description: Material added to this work

Original work of authorship of specifications, text, and technical drawings.

➕

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr.  c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

**E**

Phone ( 630 ) 453-8380        ➕ Fax ( 312 ) 268-5063        Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author            ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  Kluber, Skahan & Associates, Inc.
                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼ Michael T. Kluber                    Date ▼ 16th May 08

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Joseph T. Kucala, Jr. | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ 1776 Ash Street | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ Northfield, Illinois 60093 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC.

# ABBREVIATIONS

| SYMBOL | DESCRIPTION | SYMBOL | DESCRIPTION |
|---|---|---|---|
| **A** | | SC | SEPARATE CIRCUIT |
| A | AMPS | SD | SMOKE DETECTOR |
| AF | AMPERE FRAME /AMPERE FUSE | SF | SQUARE FEET |
| AFF | ABOVE FINISHED FLOOR | SPD | SURGE PROTECTION DEVICE |
| AHU | AIR HANDLING UNIT | SPST | SINGLE-POLE, DOUBLE-THROW |
| AIC | AMPERE INTERRUPTING CURRENT | SPST | SINGLE-POLE, SINGLE-THROW |
| AT | AMPERE TRIP | SS | STAINLESS STEEL |
| ATS | AUTOMATIC TRANSFER SWITCH | SW | SWITCH |
| AWG | AMERICAN WIRE GAGE | SWBD | SWITCHBOARD |
| **B** | | **T** | |
| BKR | BREAKER | THERMOSTAT | |
| BOL | BUILT-IN OVERLOAD | TEL | TELEPHONE |
| BME | BAKED WHITE ENAMEL | TC | TIME CLOCK |
| BTU | BRITISH THERMAL UNIT | TCB | TEMPERATURE CONTROL PANEL |
| | | TOP | TOP |
| **C** | | TS | TOGGLE SWITCH |
| C | CONDUIT | TTB | TELEPHONE TERMINAL BOARD |
| CATV | CABLE TELEVISION SYSTEM | TTC | TELEPHONE TERMINAL CABINET |
| C/B | CIRCUIT BREAKER | TWU | THRU WALL AIR CONDITIONING UNIT |
| CCTV | CLOSED CIRCUIT TELEVISION | TYP. | TYPICAL |
| CKT | CIRCUIT | | |
| CU | COPPER | **U** | |
| | | UG | UNDERGROUND |
| **D** | | UH | UNIT HEATER |
| DPDT | DOUBLE-POLE, DOUBLE-THROW | UL/UNDERWRITERS LABORATORIES, INC. | |
| DPST | DOUBLE-POLE, SINGLE-THROW | U.N.O. | UNLESS NOTED OTHERWISE |
| DS | DISCONNECT SWITCH | UM | UNIT MANUFACTURER |
| | | UPS | UNINTERRUPTIBLE POWER SUPPLY |
| **E** | | | |
| EBH | ELECTRIC BASEBOARD HEATER | **V** | |
| EC | ELECTRICAL CONTRACTOR | V | VOLT |
| ECH | ELECTRIC CABINET HEATER | VA | VOLT-AMPERES |
| EF | EXHAUST FAN | VAC | VOLT ALTERNATING CURRENT |
| EM | EMERGENCY | VAV | VARIABLE AIR VOLUME |
| EMT | ELECTRICAL METALLIC TUBING | VFD | VARIABLE FREQUENCY DRIVE |
| EWC | ELECTRIC WATER COOLER | | |
| EWH | ELECTRIC WATER HEATER | **W** | |
| | | W | WATT |
| **F** | | W/ | WITH |
| F | FUSED | W/O | WITHOUT |
| FAMP | FIRE ALARM ANNUNCIATOR PANEL | WG | WIRE GUARD |
| FACP | FIRE ALARM CONTROL PANEL | WP | WEATHER PROOF |
| FC | FOOT CANDLE | | |
| FPB | FAN POWERED BOX | **X** | |
| FRO | FURNISHED BY OTHERS | XISTG | EXISTING EQUIPMENT |
| FLA | FULL LOAD AMPS | XFMR | TRANSFORMER |
| FLR | FLOOR | XP | EXPLOSION-PROOF |
| FPC | FIRE PROTECTION CONTRACTOR | | |
| FS | FLOAT SWITCH | **MISCELLANEOUS** | |
| FVNR | FULL-VOLTAGE, NON-REVERSING | 2-SP | TWO SPEED |
| **G** | | | |
| GC | GENERAL CONTRACTOR | | |
| GND | GROUND FAULT CIRCUIT INTERRUPTER | | |
| GRD | GROUND | | |
| GRS | GALVANIZED RIGID STEEL | | |
| **H** | | | |
| HOA | HAND-OFF-AUTOMATIC | | |
| HP | HORSEPOWER | | |
| HPS | HIGH PRESSURE SODIUM | | |
| HVAC | HEATING AND VENTILATING CONTRACTOR | | |
| HMDC | HEAVY WALL GALVANIZED CONDUIT | | |
| **I** | | | |
| IDF | INTERMEDIATE DISTRIBUTION FRAME | | |
| IG | ISOLATED GROUND | | |
| INC | INCANDESCENT | | |
| INT | INTEGRAL | | |
| IR | IN ROOM | | |
| U | IN UNIT | | |
| **J** | | | |
| JB | JUNCTION BOX | | |
| **K** | | | |
| Kcmil | 1000 CIRCULAR MILS | | |
| KV | KILOVOLT | | |
| KVA | KILOVOLT-AMPS | | |
| KVAR | KILOVOLT-AMPS REACTIVE | | |
| KW | KILOWATT | | |
| KWH | KILOWATT-HOUR | | |
| **L** | | | |
| LP | LOW PRESSURE | | |
| LV | LOW-VOLTAGE | | |
| LVT | LOW-VOLTAGE THERMOSTAT | | |
| **M** | | | |
| MAG | MAGNETIC MOTOR STARTER | | |
| MAN | MANUAL MOTOR STARTER W/THERMAL OVERLOAD PROTECTION | | |
| MC | MECHANICAL CONTRACTOR | | |
| MCA | MAXIMUM CURRENT AMPACITY | | |
| MCB | MAIN CIRCUIT BREAKER | | |
| MCC | MOTOR CONTROL CENTER | | |
| MD | MOTORIZED DAMPER | | |
| MDF | MAIN DISTRIBUTION FRAME | | |
| MDP | MAIN DISTRIBUTION PANEL | | |
| MFR | MANUFACTURER | | |
| MH | METAL HALIDE | | |
| MLO | MAIN LUG ONLY | | |
| MOP | MINIMUM OVERCURRENT PROTECTION | | |
| MS | MANUAL SWITCH | | |
| MSBD | MAIN SWITCH BOARD | | |
| MTD | MOUNTED | | |
| MUA | MAKE-UP AIR UNIT | | |
| **N** | | | |
| N/A | NOT APPLICABLE | | |
| NC | NORMALLY CLOSED | | |
| NF | NON-FUSED | | |
| N.I.C. | NOT IN CONTRACT | | |
| NL | NIGHT LIGHT | | |
| N.O. | NORMALLY OPEN | | |
| N.T.S., NTS | NOT TO SCALE | | |
| NU | NEAR UNIT | | |
| **O** | | | |
| O.H. | OVERHEAD | | |
| OU | ON UNIT | | |
| OCPD | OVERCURRENT PROTECTION DEVICE | | |
| **P** | | | |
| PB | PUSH BUTTON | | |
| PDU | POWER DISTRIBUTION UNIT | | |
| PH | PHASE | | |
| PNL | PANEL | | |
| PROVIDE | FURNISHED, INSTALLED, WIRED AND CONNECTED COMPLETE BY CONTRACTOR | | |
| PVC | POLYVINYL CONDUIT | | |
| PW | PRE-WIRED | | |
| **Q** | | | |
| QTY. | QUANTITY | | |
| **R** | | | |
| REQ'D | REQUIRED | | |
| RTU | ROOF TOP UNIT | | |

THIS IS A MASTER LEGEND AND NOT ALL SYMBOLS, ABBREVIATIONS, ETC., ARE NECESSARILY USED IN THIS PROJECT.

# ELECTRICAL SYMBOL'S LIST

## LUMINARIES

| SYMBOL | | | DESCRIPTION |
|---|---|---|---|
| CEILING | WALL | FLOOR | |

2X4 FLUORESCENT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE. 'SHADING=NIGHT LIGHT'

2X2 FLUORESCENT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE. NIGHT LIGHT AND EMERGENCY FIXTURE.

FIXTURE WITH NORMAL/EMERGENCY CONTROL SCHEMATIC. SEE LIGHTING FIXTURE SCHEDULE.

4' FLUORESCENT INDIRECT FIXTURE TYPE. SEE LIGHT FIXTURE SCHEDULE.

4' FLUORESCENT STRIP FIXTURE TYPE. SEE LIGHT FIXTURE SCHEDULE. A= FIXTURE TYPE., 2= CIRCUIT ASSIGNMENT, a=SWITCH LEG

DOWN LIGHT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE.

TRACK LIGHT FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE.

WALL MTD. FIXTURE TYPE. SEE LIGHTING FIXTURE SCHEDULE.

SELF CONTAINED EMERGENCY BATTERY PACK W/ BATTERY BACK-UP SEE LIGHTING FIXTURE SCHEDULE.

LED EXIT SIGN. ARROWS AS INDICATED. FIXTURE TYPE 'FIXTURE SCHEDULE, XX= WIRE GUARD, P1= PLEXIGLASS SHIELD.

SINGLE FACE EXIT SIGN, SHADED FACE= DENOTES FACE, C=CONN. TO EMERG. POWER, C=CONTROL MODULE.

SINGLE FACE TOGGLE SWITCH, 1X4 OR 2X4 AS REQUIRED. 120/277V a=SWITCHING CONTROL, P=PILOT LIGHT, K=KEYED SW., LV=LOW VOLTAGE

3-WAY TOGGLE SWITCH, 1X4 OR 2X4 AS REQUIRED. 120/277V 3=3 WAY DIMMER

DUAL TECH CONTROL DIMMER SWITCH. SIZE AS INDICATED.

MOMENTARY CONTACT SWITCH, K=KEY SWITCH

THERMAL OVERLOAD SWITCH.

## WIRING DEVICES & OUTLETS

SPECIAL PURPOSE SINGLE RECEPTACLE. @18"AFF. MATCH CONFIGURATION TO EQUIPMENT.

DUPLEX RECEPTACLE, 20A 125V 2P 3W GRD, NEMA5-20R, @18"AFF. D=DEDICATED CIRCUIT, 'i' =WTG, @48"AFF, GM =@48" ABOVE COUNTER.

GFCI(GROUND FAULT CIRCUIT INTERRUPTER) PROTECTED RECEPTACLE, WP=WEATHER PROOF, 20A 125V 2P 3W GRD, NEMA5-20R, @18"AFF

ISOLATED GROUND(IG) RECEPTACLE, @18"AFF 20A 125V 2P 3W GRD, NEMA5-20R OR AS SPECIFIED.

DOUBLE DUPLEX RECEPTACLE, @18"AFF 20A 125V 2P 3W GRD, NEMA5-20R.

DUPLEX RECEPTACLE W/ VOICE OUTLET IN 2-GANG. (BOX, REFER TO VOICE OUTLET DETAIL. 20A 125V 2P 3W GRD. NEMA5-20R, @18"AFF

FURNITURE RECEPTACLE, COORDINATE WITH FURNITURE OR CABINET MANUFACTURER. 20A 125V 2P 3W GRD, NEMA5-20R OR AS SPECIFIED.

MULTI-OUTLET RECEPTACLE, 20A 125V 2P 3W GRD, NEMA5-20R. D=DEDICATED CIRCUIT, 'i' =WTG, @48"AFF, OR GM= ABOVE COUNTER.

CEILING RECEPTACLE, DROP CORD, OR CORD REEL AS INDICATED.

TELEPHONE OUTLET @18"AFF, REFER TO COMMUNICATION OUTLET DETAIL. W=WALL PHONE @54"AFF.  2W= 2 PHONE JACKS, 4 =48" ABOVE COUNTER

COMMUNICATIONS OUTLET @18"AFF. REFER TO COMMUNICATION OUTLET DETAIL. B = BLANK JACK, A= AUDIO/VISUAL JACK, M/C= MICROPHONE JACK, 4V= 4" ABOVE COUNTER, AUX = AUX. CONNECT.

FLUSH MTD. FLOOR BOX AND RECEPTACLE, [COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER]

STANLESS STEEL PEDESTAL MTD. FLOOR BOX AND RECEPTACLE [SEE FLOOR PLANS FOR RECEPTACLE TYPE — I.E., GFI, SPECIAL, ETC.]

FLUSH MTD. FLOOR BOX AND TELE/DATA OUTLET. [COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER]

MULTI SERVICE CAST IRON RECESSED FLOOR BOX, [COVER & CARPET FLANGE SELECTED BY ARCHITECT/OWNER]

POKE THRU POWER. [SERVICE FITTING SELECTED BY ARCHITECT/OWNER]

POKE THRU TELE/DATA. [SERVICE FITTING SELECTED BY ARCHITECT/OWNER]

POKE THRU COMBINATION POWER AND DATA (SEE PLANS FOR EXACT CONFIGURATIONS — SERVICE FITTING SELECTED BY ARCHITECT/OWNER]

SPECIAL PURPOSE OUTLET, NEMA SIZE AS NOTED. X0= PEDESTAL MOUNTED, STAINLESS STEEL ENCLOSURE

MULTI-CHANNEL SURFACE RACEWAY @48"AFF OR 6" ABOVE COUNTER. RUN LENGTH AS INDICATED ON PLANS, 'DUPLEX RECEPTACLE @ 18" AFF

5DENCE STATION. DIMENSION AC/DC OUTLET AND JACKS FIXED AND VARIABLE CIRCUITS AS INDICATED.

HAND DRYER.  PROVIDE TOGGLE 30A/1P DISCONNECT SWITCH ABOVE ACCESSIBLE CEILING.

JUNCTION BOX

PULL BOX, SIZE AS NOTED.

POWER/TELEPHONE/DATA POLE OR MULTI CHANNEL METAL RACEWAY VERTICAL RUN. REFER TO DRAWINGS & DETAILS.

ELECTRICALLY HELD LIGHTING CONTACTOR. SIZE, COIL VOLTAGE, AND NUMBER OF POLES AS INDICATED.

ELECTRONIC TIME CLOCK.

PHOTOCELL.

FLEXIBLE CONDUIT CONNECTION

WIRING IN CONDUIT CONCEALED ABOVE CEILING, IN WALL AND UNDER FLOOR OR UNDERGROUND.

WIRING IN CONDUIT EXPOSED ON CEILING OR WALL.

BRANCH CIRCUIT WIRING IN CONDUIT HOMERUN TO PANEL, ONE ARROW PER HOMERUN, SLASHES INDICATE NUMBER OF CONDUCTORS.

INDICATES GROUND CONDUCTOR.

INDICATES ISOLATED GROUND CONDUCTOR.

## POWER EQUIPMENT & DEVICES

MANUAL MOTOR STARTER OR 1P DISCONNECT SWITCH WITH THERMAL OVERLOAD PROTECTION.

SPEED CONTROL SWITCH FURNISHED BY MECHANICAL CONTRACTOR, INSTALLED AND WIRED BY ELECTRICAL CONTRACTOR.

UP/DOWN/STOP PUSHBUTTON CONTROL STATION.

SAFETY SWITCH. N=NON-FUSED [AMPS,POLES/ENCLOSURE], F=FUSED [AMPS/FUSE,POLES/ENCLOSURE],

MAGNETIC MOTOR STARTER NEMA SIZE AS NOTED.

COMBINATION MAGNETIC MOTOR STARTER AND FUSED DISCONNECT SW [AMPS/FUSE,POLES,NEMA SIZE]

MOTOR, HP= HORSE-POWER RATING.

ELECTRIC HEAT OUTLET

RED MUSHROOM BUTTON FOR EMERGENCY SHUT-DOWN OF EQUIPMENT. PUSH OFF, KEY REQUIRED TO TURN BACK ON. PANEL 240V & BELOW.

PANEL ABOVE 240V.

TRANSFORMER, TYPE AND RATINGS ARE AS SHOWN.

GENERATOR REMOTE ANNUNCIATOR PANEL.

EQUIPMENT CONTROL PANEL.

CEILING FAN

## FIRE ALARM, EMERGENCY EVACUATION/COMMUNICATION SYSTEM

FIRE ALARM CONTROL PANEL.

FIRE ALARM ANNUNCIATOR PANEL.

FIRE ALARM NOTIFICATION APPLIANCE CIRCUIT BOOSTER PANEL.

FIRE ALARM PULL STATION. @48"AFF

FIRE ALARM STROBE LIGHT. NUMBER INDICATES CANDELA LEVEL. [110cd UNLESS NOTED OTHERWISE] @80"AFF

FIRE ALARM HORN/STROBE COMBINATION. @80"AFF NUMBER INDICATES CANDELA LEVEL [110cd UNLESS NOTED OTHERWISE]

SMOKE DETECTOR, T=TEMP RATE OF RISE.

HEAT DETECTOR. NUMBER=TEMP. RATING, RR=RATE OF RISE.

FIRE ALARM DUCT SMOKE DETECTOR WITH FAN SHUT DOWN RELAY.

REMOTE INDICATING LIGHT W/ TEST SWITCH.

PROGRAMMABLE FAN SHUT DOWN RELAY.

SPRINKLER ALARM FLOW SWITCH. FURNISHED BY DIV.15, WIRED BY E.C.

SPRINKLER ALARM TAMPER SWITCH. FURNISHED BY DIV. 15, WIRED BY E.C.

MONITOR/CONTROL MODULE. S=SINGLE POINT MONITOR MODULE, D=DUAL POINT, C=CONTROL MODULE.

HORN/STROBE ASSEMBLY HOUSING FOR FIRE ALARM SYSTEM. W=WALL, F=FLOOR.

SPRINKLER BELL. WP=WEATHER PROOF.

END OF LINE RESISTOR.

FIRE FIGHTERS HAT.

ANSUL SYSTEM.

## SECURITY & SIGNALING SYSTEM

CCTV CAMERA, WP=WEATHER PROOF.

SECURITY MONITOR.

MOTION SENSOR. B=BROAD BEAM, L=LONG RANGE BEAM.

PANIC BUTTON. D=DESK, W=WALL, F=FLOOR.

AUTOMATIC DOOR OPENER, W=WEATHER PROOF.

DOOR PROCESSING UNIT.

CONTROL PANEL, 'MAIN BRAIN'

PROXIMITY READER.  DOUBLE GANG JUNCTION BOX WITH SINGLE GANG PLASTER RING AND 3/4"C. TO INDOOR ACCESSIBLE CEILING SPACE.

MAGNETIC DOOR CONTACT SWITCH.

ELECTRIC DOOR STRIKE.

DOOR BELL/CHIME/BUZZER

LOW VOLTAGE TRANSFORMER.

## INTERCOM, CLOCK & SOUND SYSTEM

PA/CLOCK SYSTEM CLOCK. D=DOUBLE FACE

PA/CLOCK SYSTEM SPEAKER. L=LOUD SPEAKER, WP=WEATHER PROOF.

PA/CLOCK SYSTEM VOLUME CONTROL.

MICROPHONE JACK.

LOCAL SOUND SYSTEM SPEAKER.

POWER SUPPLY.

AMPLIFIER.

SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F.  ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET.

SINGLE GANG WALL BOX FOR MICROPHONE JACKS +18" A.F.F.  ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET.

DUAL GANG WALL BOX FOR REMOTE CONTROL +48" A.F.F.  ROUTE 3/4"C. FROM JUNCTION BOX TO SOUND SYSTEM CABINET.

AUDIO/VISUAL OUTLET WITH 1" CONDUIT STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING.  COORDINATE EXACT SIZE OF JUNCTION BOX WITH VOICE/DATA CONTRACTOR

AUDIO/VISUAL JUNCTION BOX

## TELE/DATA, VIDEO SYSTEM

TV OUTLET WITH 3/4"C STUBBED TO ACCESSIBLE CEILING SPACE WITH PULL STRING. REFER TO TELE/DATA OUTLET DETAIL.

ANTENNA OUTLET

INTERMEDIATE DISTRIBUTION FRAME.

MAIN DISTRIBUTION FRAME.

PHONE DISTRIBUTION CABINET

PLYWOOD TELEPHONE TERMINAL BOARD, SIZE AS SHOWN.

## DEMOLITION

NEW DEVICE OR EQUIPMENT.

EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE DEMOLISHED COMPLETE INCLUDING BRANCH CIRCUITRY TO SOURCE.

REMOVED & REPLACED EXISTING EQUIPMENT WITH NEW AS SPECIFIED.

EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO REMAIN, [CIRCUIT # = REROUTE EXISTING CIRCUIT TO NEW CIRCUIT NUMBER]

EXISTING ELECTRICAL OUTLET OR EQUIPMENT RELOCATED. [NEW LOCATION]

EXISTING ELECTRICAL OUTLET OR EQUIPMENT TO BE REMOVED & RELOCATED.[OLD LOCATION].

## MISCELLANEOUS

HVAC EQUIPMENT IDENTIFICATION

KEYNOTE IDENTIFICATION

DETAIL IDENTIFICATION

## MOUNTING HEIGHT

| | |
|---|---|
| FIRE ALARM PULL STATION | 48" |
| STROBES | 7'2"-0" |
| FACP & FAAP | 72" |
| EXIT SIGNS(BOTTOM) | 90" |
| CEILING FAN | 8'-0" |
| INTERCOM | 18" |
| PHOTOCELL | 12'-0" |
| RECEPTACLE(CENTERLINE) | 18" |
| RECEPTACLE(ABOVE COUNTER) | 48" |
| TELEPHONE OUTLET(PUBLIC) | 54" |
| TELEPHONE OUTLET | 18" |
| VOICE OUTLET | 18" |
| SAFETY SWITCHES | 48" |
| PANEL(S)(TOP) | 72" |
| CLOCKS(CENTERLINE) | 90" |
| VIDEO OUTLET | 18" |

**KS+A**
KLUBER, SKAHAN + ASSOCIATES, INC.
901 N. Batavia Ave., Suite 301
Batavia, Illinois 60510
tel. 630.406.1213
fax 630.406.1317

**NEW ELEMENTARY SCHOOLS 1 AND 2**
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

| JOB NO. | 06-158-031/032 |
|---|---|
| DRAWN | JRM |
| CHECKED | WTK |
| APPROVED | JRM |

SHEET TITLE
ELECTRICAL
SYMBOL'S LIST

SHEET NUMBER
**E050**

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC

**KS+A**



**PULL STATION MTD. DETAIL** (4)
SCALE: NTS



**A/V MTD. DETAIL** (5)
SCALE: NTS



**SMOKE DETECTOR FOR DOOR RELEASE DETAIL** (6)
SCALE: NTS

**NOT USED** (11)
SCALE: NTS

---

PROVIDE QUANTITIES OF NAC EXTENDERS AS REQUIRED (TYPICAL)

SEE FLOOR PLANS FOR EXACT LOCATIONS AND QUANTITIES OF ALL DEVICES (TYPICAL)

DUCT DETECTOR FURNISHED BY MECHANICAL CONTRACTOR, INSTALLED AND WIRED BY THIS CONTRACTOR. COORDINATE EXACT QUANTITY OF DUCT DETECTORS WITH ALL MECHANICAL EQUIPMENT PRIOR TO INSTALLATION.

FAN SHUT-DOWN (CONTROL VOLTAGE)

FACP

ALL DOOR HOLD DEVICES SHALL BE POWERED FROM A NAC. DOOR HOLDS SHALL ONLY MAINTAIN POWER FOR 1 HOUR. INCLUDE DOOR HOLDERS IN BATTERY CALCULATIONS (TYPICAL)

PROVIDE CONDUIT AND WIRING AS REQUIRED FOR INTERCONNECTING LINK. COORDINATE EXACT REQUIREMENTS WITH OSWEGO FIRE DEPARTMENT PRIOR TO INSTALLATION.

ALL EQUIPMENT SHOWN WITHIN DOTTED LINE IS FOR THE PARK DISTRICT.

TO SUPERVISING STATION

NOTE:
1. INDICATED QUANTITIES ARE NOT EXACT AND ARE NOT TO BE USED FOR ESTIMATING PURPOSES. DEVICE QUANTITIES AND LOCATIONS ARE INDICATED ON THE FLOOR PLAN DRAWINGS. WHERE A CONFLICT EXISTS BETWEEN THESE QUANTITIES AND THE FLOOR PLAN QUANTITIES, THE HIGHER QUANTITY SHALL BE REQUIRED.

2. EACH SUPPLY UNIT SHALL HAVE SMOKE DETECTOR AND FAN STOP RELAY TO STOP FAN ON ANY FIRE ALARM. ALL FANS TO BE RESET FROM FIRE ALARM CONTROL PANEL.

3. VERIFY EXACT FLOW & TAMPER SWITCH QUANTITIES AND LOCATIONS W/ FIRE PROTECTION CONTRACTORS IN FIELD.

4. ROUTE ALL CABLING TO DESIGNATED ELECTRICAL CLOSETS. NEATLY TRAIN AND MAKE CABLE TERMINATIONS AT ELECTRICAL CLOSETS. HOMERUN ALL CABLES FROM DESIGNATED ELECTRICAL CLOSETS. LOCATE ALL FIELD EQUIPMENT IN DESIGNATED ELECTRICAL CLOSETS.

5. NAC PANELS SERVING SIMILAR AREAS SHALL HAVE ALL VISUALS SYNCHRONIZED.

**FIRE ALARM SYSTEM RISER DIAGRAM** (1)
SCALE: NTS

---



NOTE:
1. THIS RISER DIAGRAM IS SCHEMATIC IN NATURE INTENDED TO DEMONSTRATE THE PERFORMANCE REQUIREMENTS OF THIS PROJECT.

2. ALL NOTIFICATION APPLIANCES SHALL BE CONNECTED TO AUXILIARY POWER N.A.C. PANEL.

3. E.C. SHALL DETERMINE QUANTITY & LOCATION OF NAC EXTENDER.

4. TOTAL CONNECTED LOAD ON SINGLE AUXILIARY POWER N.A.C. PANEL SHALL BE LIMITED TO 70% OF TOTAL CAPACITY.

5. E.C. SHALL PROVIDE CALCULATIONS ORGANIZED BY N.A.C. PANEL.

**NAC EXTENSION WIRING DETAIL** (3)
SCALE: NTS

**NOT USED** (7)
SCALE: NTS

---



**ELEVATOR RECALL DETAIL** (2)
SCALE: NTS

---

# NEW ELEMENTARY SCHOOLS 1 AND 2

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

| | |
|---|---|
| JOB NO. | 06-156-551/552 |
| DRAWN | JSW |
| CHECKED | MTK |
| APPROVED | JSW |

SHEET TITLE

FIRE ALARM SYSTEM RISER DIAGRAM & DETAILS

SHEET NUMBER

**E620**



Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC

FLOOR PENETRATION DETAIL (7)
SCALE: NTS

TYP. CABLE RUNWAY SYSTEM DETAIL (8)
SCALE: NTS

WALL PENETRATION DETAIL (9)
SCALE: NTS

MULTI-GANG J-BOX DETAIL (6)
SCALE: NTS

TYPICAL MDF CLOSET LAYOUT DETAIL (4)
SCALE: NTS

ROUGH-IN NOTES (2)
SCALE: NTS

LOW VOLTAGE RISER DIAGRAM (1)
SCALE: NTS

COMMUNICATIONS OUTLET ROUGH-IN DETAIL (5)
SCALE: NTS

PHONE & DATA OUTLET STUB-UP DETAIL (3)
SCALE: NTS

NEW ELEMENTARY SCHOOLS 1 AND 2
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
OSWEGO, ILLINOIS 60543

SHEET TITLE
LOW VOLTAGE
CABLING
RISER DIAGRAM &
DETAILS

SHEET NUMBER
E630

Copyright © 2007 KLUBER, SKAHAN + ASSOCIATES, INC



## EQUIPMENT SCHEDULE / ELECTRICAL SCHEDULE

| ITEM NUMBER | ITEM DESCRIPTION | VOLTAGE | PHASE | AMPS | K.W. | HORSEPOWER | TYPE OF CONN | HEIGHT ABOVE FIN. FLOOR | CONN. HEIGHT ON EQUIP | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WALK-IN FREEZER COOLER | 120 | 1 | 20 | | | JB | +108" | +102" | LIGHTS, DOOR HEATER, HEATING TAPE, ETC. |
| 2 | WALK-IN SHELVING | | | | | | | | | |
| 3 | COOLER REFRIGERATION SYSTEM | | | | | | | | | |
| 3A | COOLER COIL | 120 | 1 | 4.2 | | | JB | +108" | +102" | |
| 3B | COOLER CONDENSER | 208 | 3 | | | 1 | VER | | | |
| 4 | COOLER SHELVING | | | | | | | | | |
| 5 | FREEZER REFRIGERATION SYSTEM | | | | | | | | | |
| 5A | FREEZER COIL | 208 | 1 | 10.9 | | | JB | +108" | +72" | INTERWIRE BETWEEN COIL AND CONDENSER |
| 5B | FREEZER CONDENSER | 208 | 3 | 2.1/2 | | | JB | VER | VER | REC TO VERIFY OUTLET REQUIREMENTS FOR HEATING TAPE (120V) |
| 6 | DISPOSER | 208 | 3 | 3.3 | | | JB | +24" | +30" | INTERCONNECT BETWEEN DISPOSER AND PANEL |
| 7 | CAN RACK | | | | | | | | | |
| 8 | STORAGE SHELVING | | | | | | | | | |
| 9 | DUNNAGE RACKS | | | | | | | | | |
| 10 | MOBILE TABLE | 120 | 1 | 15 | | | DGR | +48" | X | CONVENIENCE OUTLET |
| 11 | POT RACK | | | | | | | | | |
| 12 | PREP SINK | 120 | 1 | 15 | | | DGR | +48" | | CONVENIENCE OUTLET |
| 13 | WALL SHELF | | | | | | | | | |
| 14 | WALL CABINET | | | | | | | | | |
| 15 | WORKTABLE W/DRAWERS | 120 | 1 | 15 | | | DGR | +44" | | CONVENIENCE OUTLET |
| 16 | CEILING POT RACK | | | | | | | | | |
| 17 | STEAMER W/STAND | 208 | 3 | 30 | | | SGR | +24/48" | | ONE FUTURE CONNECTION |
| 18 | 4-BURNER RANGE W/CONVECTION OVEN | 120 | 1 | 5 | | | DGR | +24" | | |
| 19 | CONVECTION OVEN (DOUBLE) | 120 | 1 | 66A | | | 2DGR | +24/30" | | |
| 20 | MICROWAVE OVEN W/WALL SHELF | 120 | 1 | 14.6 | | | DGR | +60" | | |
| 21 | EXHAUST HOOD | 120 | 1 | 20 | | | JB | +108" | +102" | HOOD LIGHTS, INTERWIRE BETWEEN EXHAUST AND SWITCH |
| 22 | FIRE SUPPRESSION SYSTEM | 120 | 1 | 15 | | | JB | +108" | +108" | PROVIDE DEDICATED CIRCUIT |
| 23 | ROLL-THRU REFRIGERATOR | 120 | 1 | 11.6 | | | DGR | +90" | +54" | |
| 24 | ROLL-THRU FOOD WARMER | 120/208 | 1 | 10.14 | | | SGR | +90" | +54" | |
| 25 | ANGLE RACK | | | | | | | | | |
| 26 | HAND SINK | | | | | | | | | |
| 27 | TRASH RECEPTACLES (NOT IN 11400) | | | | | | | | | |
| 28 | SLICER | 120 | 1 | 1.8 | | | DGR | +48" | | |
| 29 | SLICER STAND | | | | | | | | | |
| 30 | CHEMICAL SHELVING | | | | | | | | | |
| 31 | MIXER | 120 | 1 | 8.2 | | | DGR | +48" | | |
| 32 | MIXER CART | | | | | | | | | |
| 33 | MILK COOLER | 120 | 1 | 6.9 | | | DGR | +24" | | |
| 34A | HOT FOOD TABLE | 120/208 | 1 | 25.2 | | | SGR | +4" | | |
| 34B | HOT FOOD TABLE | 120 | 1 | 19.4 | | | DGR | +4" | | |
| 35A | COLD FOOD COUNTER | 120 | 1 | 10.9 | | | DGR | +4" | | |
| 35B | COLD FOOD COUNTER | 120 | 1 | 10.9 | | | DGR | +4" | | |
| 36 | FLIP TOP SECTION | 120 | 1 | 15 | | | DGR | +4" | | CONVENIENCE OUTLET |
| 37 | CASHIER STAND | 120 | 1 | 15 | | | DDGR | +4" | | DEDICATED CIRCUIT, PROVIDE EMPTY JB FOR CONTROL WIRING |
| 38 | POS SYSTEM (NOT IN 11400) | 120 | 1 | 15 | | | DGR | +4" | | WIRED THRU CASHIER STAND ITEM 37 |
| 39 | TRAY CART | | | | | | | | | |
| 40 | SOILED POT TABLE | | | | | | | | | |
| 41 | DISPOSER | 208 | 3 | 3.3 | | | JB | +24" | +30" | INTERCONNECT BETWEEN DISPOSER AND CONTROL PANEL |
| 42 | POTWASHER W/BOOSTER | 208 | 3 | 50 | | | JB | +24" | +12" | AMPERAGE BASED ON 110 DEG INCOMMING H.W. |
| 43 | CONDENSATE HOOD | | | | | | | | | |
| 44 | CLEAN POT TABLE | | | | | | | | | |
| 45 | WALL MOUNTED POT RACK | | | | | | | | | |
| 46 | UTILITY CARTS | | | | | | | | | |
| 47 | HOSE REEL | | | | | | | | | |

### ENLARGED KITCHEN PLAN & EQUIPMENT SCHEDULE — ①
SCALE: 1/4"=1'-0"

### SITE TRENCHING DETAIL — ⑧
N.T.S.

### EWC OUTLET MTD. DETAIL — ⑥
SCALE: NTS

### BUILDING STEEL GROUNDING DETAIL — ④
SCALE: NTS

### T-STAT STUB-UP DETAIL — ②
SCALE: NTS

### KEYNOTES

18.800  E.C. TO PROVIDE RECEPTACLE FOR DRAIN LINE HEATER TAPE AND TO INTERWIRE (2) FIELD INSTALLED ADDITIONAL LIGHTS. REFER TO FOODSERVICE EQUIPMENT PLANS FOR ADDITIONAL INFORMATION.

18.820  INTERWIRE BETWEEN EXHAUST FAN AND SWITCH LOCATED IN KITCHEN.  SEE KITCHEN DRAWINGS FOR ADDITIONAL INFORMATION.

18.830  ELECTRICAL CONTRACTOR SHALL INSTALL C/O ADDITIONAL COOLER LIGHTS SUPPLIED BY THE KITCHEN EQUIPMENT CONTRACTOR.

18.840  REMOTE FIRE PULL.  VERIFY EXACT LOCATION BETWEEN FIRE SUPPRESSION SYSTEM CONTRACTOR AND LOCAL CODES.

18.850  17 UNDERGROUND CONDUIT FOR POS SYSTEM.  PROVIDE CONTROL CABLE FROM POS SYSTEM TO OFFICE.  COORDINATE EXACT REQUIREMENTS WITH OWNER.

18.860  PROVIDE CONDUIT AND WIRING AS REQUIRED TO INTERWIRE BETWEEN THE COIL AND THE CONDENSER.

18.870  PROVIDE CONDUIT AND WIRING AS REQUIRED TO INTERCONNECT FIRE SUPPRESSION SYSTEM TO SHUNT-TRIP CIRCUIT BREAKERS IN PANEL.

### GENERAL NOTES

1.  REFER TO ARCHITECTURAL, MECHANICAL, PLUMBING, FIRE PROTECTION PLANS, SHOP DRAWINGS AND MANUFACTURERS INSTALLATION INSTRUCTIONS FOR ADDITIONAL INFORMATION ON EXACT POWER, WIRING & ROUGH-IN REQUIREMENTS AND LOCATIONS OF DEVICES.

2.  REFER TO FOODSERVICE EQUIPMENT DRAWINGS FOR ADDITIONAL INFORMATION.

3.  VERIFY EXACT OUTLET REQUIREMENTS WITH KITCHEN EQUIPMENT CONTRACTOR PRIOR TO INSTALLATION.

4.  COORDINATE LOCATIONS OF ELECTRICAL DEVICES WITH INFORMATION CONTAINED ON ARCHITECTURAL PLAN AND ELEVATION DRAWINGS.

### MAIN SERVICE GROUNDING DETAIL — ⑨
SCALE: NTS

### MAIN WATER GROUNDING DETAIL — ⑦
SCALE: NTS



### SITE LIGHTING PULL BOX DETAIL — ⑤
SCALE: NTS

NEW ELEMENTARY SCHOOLS 1 AND 2
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4179 ROUTE 71
OSWEGO, ILLINOIS 60543

SHEET TITLE
ELECTRICAL
ENLARGED PLANS
& DETAILS

SHEET NUMBER
**E810**

JOB NO. 06-106-001/552
DRAWN    JRW
CHECKED  MTN
APPROVED JRW