# Exhibit J

EMPLOYEE EXIT INTERVIEW

Employee Name: Jey Kim
Start Date: 4/15/02
End Date: 4/12/04
Exit Interview Date: 4/12/04
End Rate of Pay: 63,000

Circle or Check Mark upon completion

1. Employee Termination or (Resignation)

2. Obtain Office Keys ✓

3. Continuation of Coverage Election Form for Blue Cross/Blue Shield Medical Benefits
   Elect to maintain until May 30th. Start premium in May.

4. Continuation of Coverage Election Letter for Unum Disability Insurance ✓

5. Discuss Final Payroll Electronic Deposit Date
   Next week Paychex will deliver final withholding info By Friday 09Apr04. KSTA will send either check or invoice

6. Remaining Vacation Pay (if applicable - see attached report)
   1 week remaining

7. Severance Pay (if applicable)   Yes or (No)

8. Personal/Sick Time Taken - see attached report
   Report not available

9. Exit Interviewer Comments
   1) Pleasure working, hard working, learned well.
   2) Intellectual property plans and specs + work product not to be taken - punishable by law.
   3) MK West requested reimbursement for PE exam and training $188 + 595. Jey Kim agrees to pay.

10. Employee Comments (if any)
    Pleasure working
    Learned a lot

_____           _____
Supervisor Signature              Employee Signature

# Exhibit K

*[Electrical drawing sheet E0.0 — Electrical Symbol List and Abbreviations for Valley Athletic Center, Fox Valley Park District, Aurora, Illinois. Cordogan, Clark & Associates Inc. Architects. Job Number 99353. Date 07.12.04. Bid Package 16 Construction. Detailed symbol and abbreviation tables are illegible at this resolution.]*

Case 1:08-cv-01529   Document 23-8   Filed 06/03/2008   Page 5 of 12













# Exhibit L



TYP. ELEVATOR RECALL DETAIL (2) N.T.S.