# Norvell IP llc
## Intellectual Property Law

**Joseph T. Kucala, Jr.**
Direct: (630) 453-8380
jkucala@NorvellIP.com

**June 6, 2008**

**VIA HAND DELIVERY**

Judge Zagel
Mag. Nolan
08 C1529

**FILED**

JUN 0 8 2008
JUN 06 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Ms. Thelma Murry-Sykes
Docket Clerk
Clerk of Court
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street, Suite 2000
Chicago, IL

Re:   *Kluber Skahan & Associates, Inc. v. Cordogan Clark et al.*
      Case No. 08-1529

Dear Ms. Sykes:

Pursuant to yesterday's conversation, Plaintiff in the above-referenced action submits the enclosed paper copies of Exhibits A through L supporting Plaintiff's First Amended Complaint (Document No. 23). We hope that this resolves the issue.

Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,

Joseph T. Kucala, Jr.

JTK/mkh
Enclosures
cc:   Joseph V. Norvell
      Derke Price

1776 Ash Street  Northfield, IL 60093  Fax 312-268-5063  www.NorvellIP.com

# Exhibit A



RECESSED MTD.
2 GANG SWITCHBOX

FLUXH COVERPLATE FOR
2 GANG SWITCHBOX

MANUAL PULL STATION

FLUSH MTD. DEVICE

MATCHING SURFACE BOX

MANUAL PULL STATION

SURFACE MTD. DEVICE

# PULL STATION MOUNTING DETAIL
## SCALE: N.T.S.





PENDANT MTD.
LENGTH AS REQUIRED.

PENDANT MTD.

NOTE:

1. VERIFY EXACT MOUNTING HEIGHT WITH ARCHITECT PRIOR TO INSTALLATION.

2. COLOR SELECTED BY ARCHITECT.

3. PROVIDE REMOTE BALLAST.

4. PROVIDE ALL MOUNTING HARDWARE AS NECESSARY.



OUTLET BOX

PENDANT DOUBLE
CLUSTER MTD.

# POOL LIGHTING MTD. DETAIL

## SCALE: N.T.S.







# ELEVATOR RECALL DETAIL

## SCALE: N.T.S.

CONTROL RELAY FUNCTION

CR1 — RECALL TO ALTERNATE LEVEL

CR2 — RECALL TO DESIGNATED LEVEL

CR3 — ANNUNCIATION AT CONTROL UNIT AND REQUIRED REMOTE

CR4 — ELEVATOR POWER SHUTDOWN

ELEVATOR LOBBY SMOKE DETECTOR

ELEVATOR LOBBY SMOKE DETECTOR AT ALT. LEVEL

ALT. LEVEL (APPROVED BY AHJ)

ELEVATOR LOBBY SMOKE DETECTOR AT DESIGNATED LEVEL

UPPER LEVEL

MAIN (DESIGNATED LEVEL)

HOISTWAY SMOKE DETECTOR

HOISTWAY HEAT DETECTOR

SPRINKLER HEAD

TOP OF ELEVATOR SHAFT

ELEVATOR HOISTWAYS

ELEV. PIT SMOKE DETECTOR

ELEV. PIT HEAT DETECTOR

ELEVATOR PIT

EOL

MACHINE RM SMOKE DETECTOR

MACHINE RM HEAT DETECTOR

SPRINKLER HEAD

ELEVATOR CONTROLLER

SHUNT TRIP CIRCUIT BREAKER W/LOCKABLE COVER

POWER SUPERVISORY

ELEVATOR MACHINE RM.

NOTE:
1. HEAT DETECTOR SHALL BE PLACED WITHIN 2ft OF SPRINKLER HEAD.
2. HEAT DETECTOR SHALL HAVE BOTH A LOWER TEMP. RATING AND A LOWER RESPONSE TIME INDEX, (FIXED 135°F, 40 ft OR HIGHER LISTED SPACING)
3. ELEVATOR SHUTDOWN SHALL COMPLY WITH ANSI/ASME A17.1—1998, RULE 102.2(C).





# MAIN SERVICE GROUNDING DETAIL

**SCALE: N.T.S.**





ELECTRIC WATER COOLER



# ELECTRICAL WATER COOLER OUTLET DETAIL

**SCALE: N.TS.**

ELECTRICAL ONE LINE DIAGRAM 3
SCALE: N/A

ELECTRICAL ONE LINE DIAGRAM 2



ELECTRICAL ONE LINE DIAGRAM - SERVICE NO. 1



STEEL COLUMN

TO MAIN SERVICE GROUND BUS

DRILL 3/8" HOLE IN FLANGE
& BOLT ON GROUNDING LUG

GROUNDING CONDUCTOR

# BUILDING STEEL GROUNDING DETAIL

**SCALE: N.T.S.**







# MAIN WATER GROUNDING DETAIL

### SCALE: N.T.S.





EMT FITTINGS
PER SPEC.

4"X4"X2 1/8" J-BOX.

SINGLE GANG MUDRING, DEPTH AS REQUIRED
FOR WALL THICKNESS, WITH SINGLE GANG
VERTICAL MOUNT.

3/4" EMT EMPTY CONDUIT STUB-UP
TO ABOVE ACCESSIBLE CEILING

# TYP. TELE/DATA STUB-UP DETAIL

**SCALE: N.TS.**



WALL CONSTRUCTION

CLOSE NIPPLE, RIGID STEEL (SIZE FOR 50% MAX FILL).

INSULATED BUSHING.

FIRE BARRIER CAULK

TYPICAL WALL PENETRATION

NOTES:

1. NEATLY CORE ALL MASONRY AND BLOCK WALLS.
2. RIGIDLY SUPPORT ALL RACEWAYS.
3. PROVIDE FIRE BARRIER CAULK AT FLOOR, CORRIDOR AND FIRE SEPARATION WALLS.

# TYP. WALL PENETRATION DETAIL

**SCALE: N.TS.**





CLOSE NIPPLE, RIGID STEEL (SIZE FOR 50% MAX FILL).

FLOOR CONSTRUCTION

FIRE BARRIER CAULK

INSULATED BUSHING.

TYPICAL FLOOR PENETRATION

NOTES:

1. NEATLY CORE ALL MASONRY AND BLOCK WALLS.
2. RIGIDLY SUPPORT ALL RACEWAYS.
3. PROVIDE FIRE BARRIER CAULK AT FLOOR, CORRIDOR AND FIRE SEPARATION WALLS.

# TYP. FLOOR PENETRATION DETAIL

## SCALE: N.TS.





BACKBOX

ADAPTER PLATE

AUDIO/VISUAL ASSEMBLY

SURFACE MTD. DEVICE

4" SQ.
1 1/2" DEEP BOX

AUDIO/VISUAL ASSEMBLY

FLUSH MTD. DEVICE



# A/V MOUNTING DETAIL
### SCALE: N.T.S.





BEND OR OTHER
OBSTRUCTION

6-10 DUCT
EQUIVALENT DIAMETERS

RETURN
AIR INLET

6-10 DUCT
EQUIVALENT DIAMETERS

## DUCT HOUSING PLACEMENT

INSERT RUBBER PLUG THIS
END OF INLET TUBE

TUBE SUPPORT HOLE ONLY FOR
DUCTS MORE THAN 3 FT WIDE

INLET TUBE HOLES
FACE UPSTREAM OF
AIR FLOW

AIR FLOW
DIRECTION

DO NOT INSERT RUBBER
PLUG

RETURN TUBE SLANT
CUT FACE ORIENTED
DOWNSTREAM OF AIR FLOW

(FOR DUCT WIDTHS)
(8" TO 36")

(FOR DUCT WIDTHS)
(36" TO 95")

## INLET TUBE ORIENTATION

NOTE:

1. PROVIDE DUCT SMOKE DETECTORS FOR EACH MAIN SUPPLY & RETURN BRANCH DUCTS.
SUPPLY SIDE DETECTORS SHALL BE LOCATED ON DOWNSTREAM SIDE OF FILTERS. ALL
DETECTOR LOCATION SHALL BE MINIMUM 6 DUCT WIDTHS AWAY FROM ANY INLET, TURN,
OR ANY OTHER TURBULENCE CAUSING OBSTRUCTION.

2. PROVIDE REMOTE TEST SWITCH & REMOTE INDICATOR FOR EACH DUCT SMOKE DETECTOR.
REMOTE INDICATOR SHALL BE MOUNTED IN A CLEARLY VISIBLE LOCATION, AND SHALL BE
BE REALLY ACCESSIBLE FOR MAINTENANCE AND TESTING. VERIFY EXACT LOCATION IN FIELD.

# DUCT SMOKE MOUNTING DETAIL
## SCALE: N.T.S.



**DUCT BANK DETAIL**

SCALE: NTS







# GYM. LIGHTING MOUNTING DETAIL

**SCALE: NTS**

# Exhibit B

## ELECTRICAL SYMBOL'S LIST

## ABBREVIATIONS

# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# VAu 960-761

**Effective date of registration:**

May 22, 2008

## Title

**Title of Work:** KS+A Electrical Standards Drawings

**Nature of Work:** Technical Drawings and Text

## Completion/Publication

**Year of Completion:** 2008

## Author

**Author:** Kluber Skahan + Associates, Inc.

**Author Created:** Technical drawing, Text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Kluber Skahan + Associates, Inc.

901 Batavia Avenue, Suite 301, Batavia, IL 60510

## Limitation of copyright claim

**Material excluded from this claim:** The Previous Registration identified [below] is a derivative and includes some of the works contained in the present work. No claim is made to any preexisting material owned by third parties or information that is in the public domain.

**Previously registered:** Yes

**Previous registration and year:** VAu 739-704    2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Original work of authorship of specifications, text, and technical drawings.

## Certification

| | |
|---|---|
| **Name:** | Michael T. Kluber, authorized agent of Kluber Skahan + Associates, Inc. |
| **Date:** | May 21, 2008 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding year of completion: application states "1992-2008." |

**IPN#:**

**Registration #:**    VAU000960761

**Service Request #:**    1-64028219

Norvell IP LLC
Joseph T. Kucala, Jr.
1776 Ash Street
Northfield, IL 60093

# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 960-756

**Effective date of
registration:**

May 22, 2008

---

## Title

| | |
|---|---|
| **Title of Work:** | KS+A Symbols and Abbreviations |
| **Nature of Work:** | Technical Drawing of Symbols and Text |

## Completion/Publication

**Year of Completion:** 2008

## Author

| | | | |
|---|---|---|---|
| **Author:** | Kluber Skahan + Associates, Inc. | | |
| **Author Created:** | Technical drawing, Text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Anonymous:** | No | **Pseudonymous:** | No |

## Copyright claimant

**Copyright Claimant:** Kluber Skahan + Associates, Inc.

901 Batavia Avenue, Suite 301, Batavia, IL 60510

## Limitation of copyright claim

**Material excluded from this claim:** The Previous Registration identified [below] is a derivative and includes
some of the works contained in the present work. No claim is made to any
preexisting material owned by third parties or information that is in the
public domain.

**Previously registered:** Yes

**Previous registration and year:** VAu 739-704    2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Compilation of original work of authorship including text and symbols.

## Certification

| | |
|---|---|
| **Name:** | Michael T. Kluber, authorized agent of Kluber Skahan + Associates, Inc. |
| **Date:** | May 21, 2008 |

**Copyright Office notes:**   Regarding year of completion: application states "1992-2008."

IPN#:

Registration #:     VAU000960756

Service Request #:   1-64028192

Norvell IP LLC
Joseph Kucala, Jr.
1776 Ash Street
Northfield, IL 60093

# Exhibit E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu 740 – 105**

EFFECTIVE DATE OF REGISTRATION

1 - 5 - 07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Park District-Southbury Site
Architectural Plans - not yet constructed

**NATURE OF THIS WORK ▼** See instructions

Architectural Work

**Previous or Alternative Titles ▼**

N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** Kluber, Skaban & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2006 Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month    Day    Year
ONLY if this work has been published.    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Kluber, Skaban & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL 60510

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 05 2007
ONE DEPOSIT RECEIVED
JAN 05 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _____ FORM VA

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                           Account Number ▼

N/A

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn-Suite 600
Chicago, IL 60603
Area code and daytime telephone number ( 312-782-7606     Fax number ( ) 312-782-0943
Email  Ngrojean@ancelglink.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Kluber, Skahan & Associates, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nicholas A. Grojean                           Date 1/2/07

Handwritten signature (X) ▼
X _____

**8**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer
Number/Street/Apt ▼
140 South Dearborn-Suite 600
City/State/Zip ▼
Chicago, IL 60603

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full  Rev: 07/2006   Print: 07/2006 — 20,000   Printed on recycled paper                      U.S. Government Printing Office: 2006-320-936/60, 125

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REG

**VAu 756 – 017**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼

Park District-Southbury Site Architectural Plans-not yet constructed

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 740-105 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___1___    Line Heading or Description   Nature of this Work

Incorrect Information as It Appears in Basic Registration ▼

The Nature of this Work was provided as Architectural Work.

Corrected Information ▼

The Nature of this Work should be Architectural Plans.

Explanation of Correction ▼

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 6a    Line Heading or Description   Derivative work

Amplified Information and Explanation of Information ▼

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

FORM CA RECEIVED

**MAY 2 1 2008**

FUNDS RECEIVED DATE

**MAY 2 1 2008**

EXAMINED BY _____ub_____

CORRESPONDENCE ❏

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ❏ NO

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B *or* ☒ Part C

**D**

Part B
Line 2a               Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural Work."

Correct information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b               ·Description: Material added to this work

Original work of authorship of specifications, text, and technical drawings.

[+]

---

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr. c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

**E**

Phone ( 630) 453-8380          ☒ Fax ( 312) 268-5063          Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

---

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❏ author                    ❏ owner of exclusive right(s)
❏ other copyright claimant  ☒ duly authorized agent of   Kluber, Skahan & Associates, Inc.

**F**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Michael T. Kluber                          Date ▼ 16 May 08

Handwritten signature (X) ▼   _Mill T. Kel_

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joseph T. Kucala, Jr.

Number/Street/Apt ▼
1776 Ash Street

City/State/ZIP ▼
Northfield, Illinois 60093

**G**

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to *Register of
   Copyrights*

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Case 1:08-cv-01529    Document 25    Filed 06/06/2008    Page 35 of 92



ELECTRICAL SYMBOL'S LIST

ABBREVIATIONS







NEW ELEMENTARY SCHOOLS 1 AND 2

E810

ELECTRICAL SCHEDULE

EQUIPMENT SCHEDULE

ENLARGED KITCHEN PLAN & EQUIPMENT SCHEDULE

T-STAT STUB-UP DETAIL

KEYNOTES

GENERAL NOTES

BUILDING STEEL GROUNDING DETAIL

SITE LIGHTING PULL BOX DETAIL

EWC OUTLET MTD. DETAIL

MAIN WATER GROUNDING DETAIL

SITE TRENCHING DETAIL

MAIN SERVICE GROUNDING DETAIL

# Exhibit F

# Certificate of Registration.



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

**VAu 734 – 219**

EFFECTIVE DATE OF REGISTRATION

| 1 | 5 | 07 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
New (Plank) Junior High School
Plans and Project Manual – constructed 2006

**NATURE OF THIS WORK ▼** See Instructions
Architectural Work

**Previous or Alternative Titles ▼**
N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

**a** Kluber, Skahan & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
{ Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?  ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☒☒ Architectural work

**b** Name of Author ▼

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2005
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL  60510

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 0 5 2007
ONE DEPOSIT RECEIVED
JAN 0 5 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.      • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 2 pages

EXAMINED BY _____ SPW

CHECKED BY _____

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

N/A

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn-Suite 600
Chicago, IL 60603

Area code and daytime telephone number ▶ ( 312 ) 782-7606                    Fax number  312 ) 782-0943

Email Ngrojean@ancelglink.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Kluber, Skahan & Associates, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicholas A. Grojean                                    Date  1/2/07

Handwritten signature (X) ▼

X _____

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Nicholas A. Grojean
Number/Street/Apt ▼
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer
140 South Dearborn - Suite 600
City/State/ZIP ▼
Chicago, IL 60603

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full Rev. 07/2006 Print 07/2006—30,000 Printed on recycled paper                    U.S. Government Printing Office: 2004-320-059/60,105

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGI

**VAu 756 – 019**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

**EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION**

**MAY 2 1 2008**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
New (Plank) Junior High School Plans and Project Manual-constructed 2006

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 734-219 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

---

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  1                               Line Heading or Description  Nature of this Work

Incorrect Information as It Appears in Basic Registration ▼

The Nature of this Work was provided as Architectural Work.

Corrected Information ▼

The Nature of this Work should be Architectural Plans and Project Manual.

Explanation of Correction ▼

---

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number  6a                              Line Heading or Description  Derivative work

Amplified Information and Explanation of Information ▼

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

---

| | FORM CA |
|---|---|
| **FORM CA RECEIVED** | |
| MAY 2 1 2008 | |
| **FUNDS RECEIVED DATE** | |
| MAY 2 1 2008 | |
| **EXAMINED BY** *URB* | **FOR COPYRIGHT OFFICE USE ONLY** |
| **CORRESPONDENCE** ☐ | |
| **REFERENCE TO THIS REGISTRATION ADDED TO** | |
| **BASIC REGISTRATION** ☒ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of:☒ Part B or☒ Part C

## D

**Part B**
**Line 2a**      Description: Nature of Authorship

Incorrect Information:
The box was checked for "Architectural work."

Correct Information:
The boxes should be checked for "Technical Drawings" and "Text."

**Part C**
**Line 6b**      Description: Material added to this Work

Original work of authorship of specifications, text, and technical drawings.

---

## E

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr.  c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

Phone ( 630) 453-8380 _____ ☒ Fax ( 312) 268-5063 _____ Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

---

## F

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of    Kluber, Skahan & Associates, Inc.
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Michael T. Kluber                     Date ▼ 16 May 08

Handwritten signature (X) ▼

---

## G

| Certificate will be mailed in window envelope to this address: | | |
|---|---|---|
| | **Name ▼** Joseph T. Kucala, Jr. | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in Space F |
| | **Number/Street/Apt ▼** 1776 Ash Street | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | **City/State/ZIP ▼** Northfield, Illinois 60093 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ABBREVIATIONS

ELECTRICAL SYMBOL'S LIST

NEW JUNIOR HIGH SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

KS+A







TYP. CABLE RUNWAY SYSTEM DETAIL

FLOOR PENETRATION DETAIL

WALL PENETRATION DETAIL

MULTI-GANG J-BOX DETAIL

MDF/IDF CLOSET LAYOUT DETAIL

LOW VOLTAGE RISER DIAGRAM

COMMUNICATIONS OUTLET ROUGH-IN DETAIL

ROUGH-IN NOTES

PHONE & DATA OUTLET STUB-UP DETAIL

E630

NEW JUNIOR HIGH SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4125 ROUTE 71
OSWEGO, ILLINOIS 60543

KS+A



A/V MTD. DETAIL
SCALE: NTS (11)

PULL STATION MTD. DETAIL
SCALE: NTS (10)

NOT USED
SCALE: NTS (9)

NOT USED
SCALE: NTS (8)

FIRE ALARM MTD. DETAIL
SCALE: NTS

DUCT SMOKE INSTALLATION DETAIL
SCALE: NTS (7)

SMOKE DETECTOR FOR DOOR RELEASE DETAIL
SCALE: NTS (6)

NOT USED
SCALE: NTS (5)

NOT USED
SCALE: NTS (4)

NAC EXTENSION WIRING DETAIL
SCALE: N.T.S. (3)

FIRE ALARM SYSTEM RISER DIAGRAM
SCALE: N.T.S. (1)

ELEVATOR RECALL DETAIL
SCALE: N.T.S. (2)

E620

NEW JUNIOR HIGH SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
SITE SOUTH 71
OSWEGO, ILLINOIS 60543

KS A



ELECTRICAL ONE LINE DIAGRAM
SCALE: N.T.S.

E610

NEW JUNIOR HIGH SCHOOL
OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308
4175 ROUTE 71
OSWEGO, ILLINOIS 60543

KS·A

# Exhibit G

Certificate of Registratio...



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VAu 739-071**

EFFECTIVE DATE OF REGISTRATION

1 . 5 . 07

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **Title of This Work ▼**
New (Ashcroft) Junior High School
Architectural Plans-not yet constructed

**NATURE OF THIS WORK ▼** See Instructions
Architectural Work

**Previous or Alternative Titles ▼**
Alternative Title: New (Grande Park) Junior High School

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** **NAME OF AUTHOR ▼**
**a** Kluber, Skahan & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR { Citizen of USA
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☒ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

---

**3** **Year in Which Creation of This Work Was Completed**
**a** 2006
This information must be given in all cases.
Year in all cases.

**Date and Nation of First Publication of This Particular Work**
**b** Complete this information ONLY if this work has been published.
Month          Day          Year
Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL 60510

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
1.5.07    5.11.07
**ONE DEPOSIT RECEIVED**
1.5.07
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | SD LG | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A

**6**
a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   N/A

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

   N/A

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn-Suite 600
Chicago, IL  60603

Area code and daytime telephone number          312/782-7606          Fax number (          ) 312/782-0943
Email  Ngrojean@ancelglink.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Kluber, Skahan & Associates, Inc.__
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Nicholas A. Grojean          Date  5/17/07

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Nicholas A. Grojean Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 140 South Dearborn-Suite 600 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Chicago, IL  60603 | Mail to: Library of Congress Copyright Office 101 Independence Ave SE Washington, DC 20559-6000 |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Form VA—Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2006-XXX-XXX/XX,XXX

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REC'

**VAu 756 – 018**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**
New (Ashcroft) Junior High School Architectural Plans -not yet constructed

| **Registration Number of the Basic Registration ▼** | **Year of Basic Registration ▼** |
|---|---|
| VAu 739-071 | 2007 |

| **Name(s) of Author(s) ▼** | **Name(s) of Copyright Claimant(s) ▼** |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

---

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number  1          Line Heading or Description  Nature of this Work

**Incorrect Information as It Appears in Basic Registration ▼**

The Nature of this Work was provided as Architectural Work.

**Corrected Information ▼**

The Nature of this Work should be Architectural Plans.

**Explanation of Correction ▼**

---

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number  6a          Line Heading or Description  Preexisting material

**Amplified Information and Explanation of Information ▼**

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

---

FORM CA RECEIVED

**MAY 2 1 2008**

FUNDS RECEIVED DATE

**MAY 2 1 2008**

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B or ☒ Part C

**D**

Part B
Line 2a          Description: Nature of Authorship

Incorrect Information:
The box was checked for "Architectural work".

Corrected Information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b          Description: Material added to this Work

Original work of authorship of specifications, text, and technical drawings.

---

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr.  c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

Phone ( 630 ) 453-8380          ☒ Fax ( 312 ) 268-5063          Email jkucala@norvellip.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

---

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   Kluber, Skahan & Associates, Inc.
                                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  Michael T. Kluber                    Date ▼ 16 May 08

Handwritten signature (X) ▼

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joseph T. Kucala, Jr.

Number/Street/Apt ▼
1776 Ash Street

City/State/ZIP ▼
Northfield, Illinois 60093

**G**

• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §500(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

NEW JUNIOR HIGH SCHOOLS 1 AND 2

E050

ELECTRICAL SYMBOL'S LIST

ABBREVIATIONS



KS|A

NEW JUNIOR HIGH SCHOOLS 1 AND 2

ELECTRICAL ONE LINE DIAGRAM

E610

KEYNOTES





E630

NEW JUNIOR HIGH SCHOOLS 1 AND 2

LOW VOLTAGE RISER DIAGRAM

ROUGH-IN NOTES

PHONE & DATA OUTLET STUB-UP DETAIL

TYPICAL MDF CLOSET LAYOUT DETAIL

COMMUNICATIONS OUTLET ROUGH-IN DETAIL

MULTI-GANG J-BOX DETAIL

FLOOR PENETRATION DETAIL

TYP. CABLE RUNWAY SYSTEM DETAIL

WALL PENETRATION DETAIL



NEW JUNIOR HIGH SCHOOLS 1 AND 2

E730

INDOOR LUMINAIRE SCHEDULE (1)

INTERIOR LUMINAIRE SCHEDULE

EXTERIOR LUMINAIRE SCHEDULE

OUTDOOR LUMINAIRE SCHEDULE (2)

25' MAXIMUM PARKING LOT POLE BASE DETAIL (3)

SITE LIGHTING PULL BOX DETAIL (4)

GYM. LIGHTING MOUNTING DETAIL (5)

25' MAXIMUM WALKWAY POLE BASE DETAIL (6)



NEW JUNIOR HIGH SCHOOLS 1 AND 2

E810

1. EMERGENCY LIGHTING TRANSFER DEVICE
2. UTILITY CONTROLLER
3. T-STAT STUB-UP DETAIL
4. MAIN SERVICE GROUNDING DETAIL
5. GENERATOR CONTROL PANEL ONELINE
6. GENERATOR/ATS GROUNDING DETAIL
7. SITE LIGHTING TRENCHING DETAIL
8. MAIN WATER GROUNDING DETAIL
9. LIGHTING CONTROL DETAIL
10. BUILDING STEEL GROUNDING DETAIL
11. EWC OUTLET MTG. DETAIL
12. MOTION SENSOR STUB-UP DETAIL

# Exhibit H



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts

VAu 739 - 704

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Grande Park Elementary School
Plans and Project Manual - Under Construction

**NATURE OF THIS WORK ▼** See instructions
Architectural Work

**Previous or Alternative Titles ▼**
N/A

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
Kluber, Skahan & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a**

**Year in Which Creation of This Work Was Completed**
2006
This information must be given in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month    Day    Year
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 301
Batavia, IL 60510

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 1 1 2007
**ONE DEPOSIT RECEIVED**
JAN 1 1 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | Slaw | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

N/A

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn—Suite 600
Chicago, IL 60603
Area code and daytime telephone number  312 782-7606          Fax number  312 782-0943
Email  Ngrojean@ancelglink.com

**b**

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Kluber, Skahan & Associates, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicholas A. Grojean          Date  1/2-/07

Handwritten signature (X) ▼
X _Nicholas A.K.___

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Nicholas A. Grojean Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer Number/Street/Apt ▼ 140 South Dearborn—Suite 600 City/State/ZIP ▼ Chicago, IL   60603 |
|---|---|

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2004-330-658/80,125

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VAu 756 – 021**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
Grande Park Elementary School Plans and Project Manual-under construction

Registration Number of the Basic Registration ▼
VAu 739-704

Year of Basic Registration ▼
2007

Name(s) of Author(s) ▼
Kluber, Skahan & Associates, Inc.

Name(s) of Copyright Claimant(s) ▼
Kluber, Skahan & Associates, Inc.

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number   1          Line Heading or Description   Nature of this Work

Incorrect Information as It Appears in Basic Registration ▼

The Nature of this Work was provided as Architectural Work.

Corrected Information ▼

The Nature of this Work should be Architectural Plans and Project Manual.

Explanation of Correction ▼

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number   6a          Line Heading or Description   Derivative work

Amplified Information and Explanation of Information ▼

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

| FORM CA RECEIVED | FORM CA |
|---|---|
| **MAY 2 1 2008** | |
| FUNDS RECEIVED DATE | |
| **MAY 2 1 2008** | |
| EXAMINED BY     *WLB* | FOR |
| | COPYRIGHT |
| CORRESPONDENCE ☐ | OFFICE |
| | USE |
| REFERENCE TO THIS REGISTRATION ADDED TO | ONLY |
| BASIC REGISTRATION  ☒ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B *or* ☒ Part C

Part B
Line 2a          Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural Work."

Correct information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b          Description: Material added to this work

Original work of authorship of specifications, text, and technical drawings.

**D**

■

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr.  c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

Phone ( 630) 453-8380          ☒ Fax ( 312) 268-5063          Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of  Kluber, Skahan & Associates, Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Michael T. Kluber                    Date ▼ 16 May 08

Handwritten signature (X) ▼  *Kluber*

**F**

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ |
|---|
| Joseph T. Kucala, Jr. |
| Number/Street/Apt ▼ |
| 1776 Ash Street |
| City/State/ZIP ▼ |
| Northfield, Illinois 60093 |

**G**

YOU MUST
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

GRANDE PARK ELEMENTARY SCHOOL

ELECTRICAL SYMBOLS LIST

ABBREVIATIONS

E050



GRANDE PARK ELEMENTARY SCHOOL

ENLARGED KITCHEN PLAN & EQUIPMENT SCHEDULE

T-STAT STUB-UP DETAIL

KEYNOTES

GENERAL NOTES

BUILDING STEEL GROUNDING DETAIL

NOT USED

EWC OUTLET MTD. DETAIL

MAIN WATER GROUNDING DETAIL

NOT USED

MAIN SERVICE GROUNDING DETAIL

E810



GRANDE PARK ELEMENTARY SCHOOL

E720

INDOOR LUMINAIRE SCHEDULE ①

LIGHTING CONTROL DETAIL ②

EM. LIGHTING/BATTERY BACK-UP BALLAST ③

OUTDOOR LUMINAIRE SCHEDULE ④

INT. & EXT. LUMINAIRE SCHEDULE NOTES ⑤

SITE LIGHTING PULL BOX DETAIL ⑥

25' PARKING LOT POLE BASE DETAIL ⑦

SITE TRENCHING DETAIL ⑧



GRANDE PARK ELEMENTARY SCHOOL

E630

LOW VOLTAGE RISER DIAGRAM

ROUGH-IN NOTES

PHONE & DATA OUTLET STUB-UP DETAIL

MDF CLOSET LAYOUT DETAIL

MULTI-GANG J-BOX DETAIL

COMMUNICATIONS OUTLET ROUGH-IN DETAIL

FLOOR PENETRATION DETAIL

TYP. CABLE RUNWAY SYSTEM DETAIL

WALL PENETRATION DETAIL



GRANDE PARK ELEMENTARY SCHOOL

E620

FIRE ALARM SYSTEM RISER DIAGRAM

ELEVATOR RECALL DETAIL

NAC EXTENSION WIRING DETAIL

PULL STATION MTD. DETAIL

A/V MTD. DETAIL

SMOKE DETECTOR FOR DOOR RELEASE DETAIL

NOT USED

NOT USED

NOT USED

NOT USED



GRANDE PARK ELEMENTARY SCHOOL

ELECTRICAL ONE LINE DIAGRAM
SCALE: NTS

LOAD SCHEDULES
SCALE: NTS

E610

# Exhibit I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VAu 739–070**

**EFFECTIVE DATE OF REGISTRATION**

| | 5 | 07 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
New Elementary Schools 1 and 2
(Southbury Elementary)
Architectural Plans—not yet constructed.

**NATURE OF THIS WORK ▼** See instructions
Architectural Work

**Previous or Alternative Titles ▼**
Alternative Title: New Elementary Schools 1 and 2 (Hunt Club Elementary)

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
N/A

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a NAME OF AUTHOR ▼**
Kluber, Skahan & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☒ Architectural work

**b Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**

**a Year in Which Creation of This Work Was Completed**
2006
◄ Year  This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____  Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 1 ▼
Kluber, Skahan & Associates, Inc.
901 N. Batavia Avenue, Suite 101
Batavia, IL 60510.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
1 07  5 17 07
**ONE DEPOSIT RECEIVED**
1 07
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _Stw_    FORM VA

CHECKED BY

☐ CORRESPONDENCE    FOR
☐ Yes    COPYRIGHT
    OFFICE
    USE
    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

N/A

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Nicholas A. Grojean
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, PC
140 South Dearborn, Suite 600
Chicago, IL  60603

Area code and daytime telephone number    312/782-7606    Fax number    312/782-0943

Email    Ngrojean@ancelglink.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Kluber, Skahan & Associates, Inc._
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nicholas A. Grojean    Date  5/17/07

Handwritten signature (X) ▼

X _[signature]_

**8**

**Certificate will be mailed in window envelope to this address:**

Name ▼    Nicholas A. Grojean
    Ancel, Glink, Diamond, Bush, DiCianni &
Number/Street/Apt ▼    Krafthefer, PC
    140 South Dearborn-Suite 600
City/State/Zip ▼    Chicago, IL  60603

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full    Rev: 07/2006    Print: 07/2006—20,000    Printed on recycled paper    U.S. Government Printing Office: 2006-330-945/60,129

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGI...

**VAu 756 – 020**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAY 2 1 2008**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
New Elementary Schools 1 and 2 (Southbury Elementary) Architectural Plans-not yet constructed

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VAu 739-070 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Kluber, Skahan & Associates, Inc. | Kluber, Skahan & Associates, Inc. |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number __1__      Line Heading or Description __Nature of this Work__

Incorrect Information as It Appears in Basic Registration ▼

The Nature of this Work was provided as Architectural Work.

Corrected Information ▼

The Nature of this Work should be Architectural Plans.

Explanation of Correction ▼

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number __6a__      Line Heading or Description __Derivative work__

Amplified Information and Explanation of Information ▼

No claim is made to any preexisting material owned by third parties or information that is in the public domain.

---

FORM CA RECEIVED

**MAY 2 1 2008**

FUNDS RECEIVED DATE

**MAY 2 1 2008**

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☒ Part C

**D**

Part B
Line 2a          Description: Nature of Authorship

Incorrect information:
The box was checked for "Architectural plans."

Correct information:
The boxes should be checked for "Technical Drawings" and "Text."

Part C
Line 6b          Description: Material added to this work

Original work of authorship of specifications, text, and technical drawings.

Correspondence: Give name and address to which correspondence about this application should be sent.

Joseph T. Kucala, Jr.  c/o Norvell IP llc
1776 Ash Street
Northfield, IL 60093

**E**

Phone ( 630 ) 453-8380          ☒ Fax ( 312 ) 268-5063          Email jkucala@norvellip.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of __ Kluber, Skahan & Associates, Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**F**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    Michael T. Kluber          Date ▼ 16th day 08

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joseph T. Kucala, Jr.

Number/Street/Apt ▼
1776 Ash Street

City/State/ZIP ▼
Northfield, Illinois 60093

**G**

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Case 1:08-cv-01529    Document 25    Filed 06/06/2008    Page 78 of 92



FIRE ALARM SYSTEM RISER DIAGRAM

ELEVATOR RECALL DETAIL

NAC EXTENSION WIRING DETAIL

NOT USED

PULL STATION MTD. DETAIL

A/V MTD. DETAIL

SMOKE DETECTOR FOR DOOR RELEASE DETAIL

NOT USED

NEW ELEMENTARY SCHOOLS 1 AND 2

E620



NEW ELEMENTARY SCHOOLS 1 AND 2

E630

① LOW VOLTAGE RISER DIAGRAM

② ROUGH-IN NOTES

③ PHONE & DATA OUTLET STUB-UP DETAIL

④ TYPICAL MDF CLOSET LAYOUT DETAIL

⑤ COMMUNICATIONS OUTLET ROUGH-IN DETAIL

⑥ MULTI-GANG J-BOX DETAIL

⑦ FLOOR PENETRATION DETAIL

⑧ TYP. CABLE RUNWAY SYSTEM DETAIL

⑨ WALL PENETRATION DETAIL



# Exhibit J

**EMPLOYEE EXIT INTERVIEW**

| | |
|---|---|
| Employee Name | Jey Kim |
| Start Date | 4/8/02 |
| End Date | 4/12/04 |
| Exit Interview Date | 4/12/04 |
| End Rate of Pay | 63,000 |

Circle or Check Mark upon completion

1   Employee Termination or (Resignation)

2   Obtain Office Keys ✓

3   Continuation of Coverage Election Form for Blue Cross/Blue Shield Medical Benefits

*Elect to maintain until May 30th. Start premium in May.*

4   Continuation of Coverage Election Letter for Unum Disability Insurance ✓

5   Discuss Final Payroll Electronic Deposit Date

*Next week Paychex will deliver final withholding info. By Friday 3q Aproy. KSTA will send either check or invoice*

6   Remaining Vacation Pay (if applicable - see attached report)

*1 week remaining*

7   Severance Pay (if applicable)      Yes or (No)

8   Personal/Sick Time Taken - see attached report

*Report not available*

9   Exit Interviewer Comments

*1) Pleasure working, hard working, learned well.*
*2) Intellectual property plans and specs + work product not to be taken - possible by law.*
*3) MK west requested reimbursement for "PE exam and training $188 + 595. Jey Kim agrees to pay.*

10   Employee Comments (if any)

*Pleasure working*
*Learned a lot*

_____
Supervisor Signature

_____
Employee Signature

# Exhibit K





VALLEY ATHLETIC CENTER
ELECTRICAL
ONE LINE DIAGRAM

E6.1







VALLEY ATHLETIC CENTER
FOX VALLEY PARK DISTRICT
AURORA, ILLINOIS

ELECTRICAL
SCHEDULES + DETAILS

E7.4

CORDOGAN, CLARK & ASSOCIATES INC.
ARCHITECTS

VALLEY ATHLETIC CENTER
For VALLEY PARK DISTRICT
AURORA, ILLINOIS

ELECTRICAL
SCHEDULES + DETAILS

E7.5

3. WATER MAIN GROUND DETAIL
SCALE: NTS

2. MAIN SERVICE GROUND DETAIL
SCALE: NTS

7. NOT USED
SCALE: NTS

6. NOT USED
SCALE: NTS

5. TYP DUCT BANK DETAIL
SCALE: NTS

4. BUILDING STEEL GROUND DETAIL
SCALE: NTS

9. TYP COVE LIGHTING MTG DETAIL
SCALE: NTS

8. CORRIDOR LTG CONTROL WIRING DIAGRAM
SCALE: NTS

7. HEALTH FITNESS LIGHTING SWITCH BANK
SCALE: NTS

12. NOT USED
SCALE: NTS

11. NOT USED
SCALE: NTS

10. TYP ELEC OUTLET MOUNTING DETAIL
SCALE: NTS

# Exhibit L

CONTROL RELAY FUNCTION

| CR1 | RECALL TO ALTERNATE LEVEL |
| CR2 | RECALL TO DESIGNATED LEVEL |
| CR3 | ANNUNCIATION AT CONTROL UNIT AND REQUIRED REMOTE |
| CR4 | ELEVATOR POWER SHUTDOWN |

ELEVATOR LOBBY SMOKE DETECTOR

ELEVATOR LOBBY SMOKE DETECTOR AT ALT. LEVEL

UPPER LEVEL

ELEVATOR LOBBY SMOKE DETECTOR AT DESIGNATED LEVEL

ALT. LEVEL (APPROVED BY AHJ)

MAIN (DESIGNATED LEVEL)

SPRINKLER HOISTWAY HOISTWAY
HEAD HEAT SMOKE
DETECTOR DETECTOR

TOP OF ELEVATOR SHAFT

ELEVATOR HOISTWAYS

ELEVATOR PIT

ELEV. PIT SMOKE DETECTOR

ELEV. PIT HEAT DETECTOR

EOL Z

CR1 CR2 CR3 CR4

SPRINKLER MACHINE RM MACHINE RM
HEAD HEAT SMOKE
DETECTOR DETECTOR

ELEVATOR CONTROL 'R

POWER SUPERVISORY

Z

ELEVATOR MACHINE RM.

BUSSMAN PS SERIES
POWER MODULE
FUSIBLE SWITCH WITH
OPTIONS 1,2,6,7. SEE
POWER RISER FOR
SIZE REQ'TS.
COORDINATE WITH
ELEVATOR DRAWINGS.

NOTE:
1. HEAT DETECTOR SHALL BE PLACED WITHIN 2ft. OF SPRINKLER HEAD.

2. TEMP. RATING AND A LOWER RESPONSE TIME INDEX (FIXED) 135°F, 40 ft OR HIGHER LISTED SPACING)

3. ELEVATOR SHUTDOWN SHALL COMPLY WITH ANSI/ASME A17.1-1998, RULE 1022(C).

2 TYP. ELEVATOR RECALL DETAIL
N.T.S.