IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLUBER SKAHAN & ASSOCIATES, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08 CV 1529 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| CORDOGAN, CLARK & ASSOC., INC., an Illinois corporation, and JEYEONG KIM, an individual, | ) ) ) ) | Honorable Judge Zagel Mag. Judge Nolan |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### ADDITIONAL ATTORNEY APPEARANCE FORMS

Pursuant to Rule 83.17 of the Local Rules for the Northern District of Illinois, Plaintiff Kluber Skahan & Associates, Inc. ("KS+A") respectfully moves this Court for leave to file additional attorney appearance forms. Specifically, Plaintiff requests that this Court allow Kristin J. Achterhof and Breighanne A. Eggert, of Katten Muchin Rosenman LLP, to file their appearances as counsel for KS+A. The appearance forms for Kristin J. Achterhof and Breighanne A. Eggert are attached hereto as Exhibit A.

WHEREFORE, KS+A respectfully requests that this Court allow Kristin J. Achterhof and Breighanne A. Eggert to file, instanter, the attorney appearance forms attached hereto as Exhibit A.

Dated: September 9, 2008

By: /s/ Derke J. Price_____
Derke J. Price
Ellen K. Emery
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603
312-782-7606
312-782-0943 (fax)
Attorneys for Plaintiff KS+A

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record in this case, hereby certifies that a copy of the foregoing **Plaintiff's Motion to Substitute Counsel** has been served by ECF notification, this 9th day of September, 2008, upon the attorneys, addressed as follows:

Anthony Joseph Ashley
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
aashley@vedderprice.com
cstuyvesant@vedderprice.com

Joseph V. Norvell
Joseph T. Kucala
Norvell IP LLC
1776 Ash Street
Northfield, IL 60093
jkucala@norvellip.com
knorvell@norvellip.com


Dated:  September 9, 2008                /s/ Derke J. Price_____
                                         Derke J. Price

# EXHIBIT A

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number: 08-C-1529

KLUBER SKAHAN & ASSOCIATES, INC.
v.
CORDOGAN, CLARK & ASSOC., INC. and JEYEONG KIM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, KLUBER SKAHAN & ASSOCIATES, INC.

| NAME (Type or print) |
| --- |
| Kristin J. Achterhof |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kristin J. Achterhof |
| FIRM |
| Katten Muchin Rosenman LLP |
| STREET ADDRESS |
| 525 West Monroe Street |
| CITY/STATE/ZIP |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6206476 | 312-902-5200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-C-1529

KLUBER SKAHAN & ASSOCIATES, INC.
v.
CORDOGAN, CLARK & ASSOC., INC. and JEYEONG KIM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, KLUBER SKAHAN & ASSOCIATES, INC.

| NAME (Type or print) |
| --- |
| Breighanne A. Eggert |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Breighanne A. Eggert |

| FIRM |
| --- |
| Katten Muchin Rosenman LLP |

| STREET ADDRESS |
| --- |
| 525 West Monroe Street |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289475 | 312-902-5200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |