IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLUBER SKAHAN & ASSOCIATES, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> CORDOGAN, CLARK & ASSOC., INC., an Illinois corporation, and JEYEONG KIM, an individual, <br><br> Defendants. | Civil Action No. 08 CV 1529 <br><br> **JURY TRIAL DEMANDED** <br><br> Honorable Judge Zagel <br> Mag. Judge Nolan |

## NOTICE OF MOTION

TO:  Anthony Joseph Ashley           Joseph V. Norvell
     Cindy S. Stuyvesant              Joseph T. Kucala
     Vedder Price P.C.                Norvell IP LLC
     222 North LaSalle Street         1776 Ash Street
     Suite 2600                       Northfield, IL 60093
     Chicago, IL 60601                jkucala@norvellip.com
     aashley@vedderprice.com          knorvell@norvellip.com
     cstuyvesant@vedderprice.com

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable James B. Zagel on September 11, 2008, at 10:15 a.m. in Courtroom 2503 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any judge sitting in his place and stead to present **Plaintiff's Motion for Leave to File Additional Attorney Appearance Forms**, copies of which have been served upon you.

Dated: September 9, 2008            By: /s/ Derke J. Price_____
                                    Derke J. Price
                                    Ellen K. Emery
                                    Ancel, Glink, Diamond, Bush, DiCianni &
                                    Krafthefer, P.C.
                                    140 South Dearborn Street, Sixth Floor
                                    Chicago, IL 60603
                                    312-782-7606
                                    312-782-0943 (fax)

                                    Attorneys for Plaintiff KS+A

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record in this case, hereby certifies that a copy of the foregoing **Notice of Motion** has been served by ECF notification, this 9th day of September, 2008, upon the attorneys, addressed as follows:

Anthony Joseph Ashley
Cindy S. Stuyvesant
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
aashley@vedderprice.com
cstuyvesant@vedderprice.com

Joseph V. Norvell
Joseph T. Kucala
Norvell IP LLC
1776 Ash Street
Northfield, IL 60093
jkucala@norvellip.com
knorvell@norvellip.com


Dated:  September 9, 2008            /s/ Derke J. Price_____
                                     Derke J. Price